Matt Valenti (SBN 253978)
AntiCancer, Inc.
7917 Ostrow Street
San Diego, CA 92111
Tel: (619) 654-2555
Fax: (619) 268-4175
Email: mattvalenti@anticancer.com

Attorney for Plaintiff AntiCancer, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., | Civil Action No. 3:11-cv-02756-DMS-JMA |
| Plaintiff, | **DECLARATION OF MATT VALENTI IN SUPPORT OF PLAINTIFF ANTICANCER'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| LEICA MICROSYTEMS, INC., and DOES 1-10, inclusive, | |
| Defendants. | |

I, Matt Valenti, declare:

1.     I am a lawyer licensed to practice before this Court and am counsel of record for AntiCancer, Inc., plaintiff in this action. Everything in this declaration is true and correct of my own personal knowledge, and if called to testify in court, I could and would testify competently thereto.

2.     Attached hereto as Exhibit 1 is a true and correct copy of AntiCancer's proposed First Amended Complaint and its attached exhibits, exactly as filed with AntiCancer's motion to amend (De.E 10).

3.      Attached hereto as Exhibit 2 is a true and correct copy of a 2002 pleading filed on behalf of Leica in the Northern District of California.

4.      On or around February 10, 2012, I visited publically accessible portions of the website of LinkedIn at www.linkedin.com.  I made true and correct copy of a page in Portable Document Format or "PDF" which is attached hereto as Exhibit 3.


I declare under the pains and penalties of perjury under the laws of the United States that the foregoing is true and correct, and that I have executed this Declaration this 10th day of February, 2012, at San Diego, California.


Matt Valenti

2

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2012, the foregoing document entitled **DECLARATION OF MATT VALENTI IN SUPPORT OF PLAINTIFF ANTICANCER'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS and its accompanying exhibits 1-3** was filed via the Case Management/Electronic Case Filing (CM/ECF) system, with service to be made on all parties via the automated generation and e-mailing of a Notice of Electronic Filing (NEF) by the CM/ECF system.

February 10, 2012                    By:   /s/ Matt Valenti
                                          MATT VALENTI
                                          Attorney for Plaintiff AntiCancer, Inc.

3

# EXHIBIT 1

1  Matt Valenti (SBN 253978)
   AntiCancer, Inc.
2  7917 Ostrow Street
   San Diego, CA 92111
3  Tel:  (619) 654-2555
   Fax: (619) 268-4175
4  Email: mattvalenti@anticancer.com

5
   Attorney for Plaintiff AntiCancer, Inc.
6

7

8

9              **IN THE UNITED STATES DISTRICT COURT**
             **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
10

11 ANTICANCER, INC.,                    )  Civil Action No.  3:11-cv-02756-DMS-JMA
                                         )
12        Plaintiff,                     )  **FIRST AMENDED COMPLAINT FOR**
                                         )  **PATENT INFRINGEMENT AGAINST**
13 v.                                    )  **LEICA MICROSYSTEMS, INC., and DOES**
                                         )  **1-10; DEMAND FOR JURY**
14                                       )
   LEICA MICROSYTEMS, INC., and         )
15 DOES 1-10, inclusive,                 )
                                         )
16        Defendants.                    )
                                         )
17 _____      )

18

19

20

21

22

23

24

25

26

27

28

                                 1

AntiCancer, Inc., by and through its counsel, alleges for its <u>First Amended</u> Complaint against

Leica Microsystems, Inc., and Does 1-10, inclusive as follows:

JURISDICTION AND VENUE

1.    This Court has general and specific jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1338(a), and 2201.

2.    Venue is proper in this judicial district under pertinent law, including, *inter alia*, 28 U.S.C. §§ 1391 and 1400.

THE PARTIES

3.    Plaintiff AntiCancer, Inc. ("AntiCancer") is a corporation organized and existing under the laws of the State of California and having as its principal place of business San Diego, California. AntiCancer has both developed and practices groundbreaking methods of fluorescence optical imaging.  AntiCancer's scientists engineer cancer and other cell types encoded with green fluorescent protein (GFP), a protein which occurs naturally in a species of jellyfish or other color fluorescent proteins such as red fluorescent proteins which occur in corals and related organisms.  Researchers can track the expression of a gene of interest by viewing the animal with an appropriate filter after illumination at specific wavelengths or by creating optical images with appropriate instruments of the animal as it expresses GFP linked to the gene of interest and other fluorophores linked to the gene of interest.  In other embodiments of AntiCancer's technology, GFP-expressing cancer cells can be implanted into laboratory animals (such as live mice) via such means as subcutaneous injection and surgical orthotopic implantation.  When the cells fluoresce, they glow green (or other colors, depending on the fluorescent protein used), enabling scientists to track their growth and spread in the living animal in real time by fluorescence imaging.   These methods are highly useful for learning whether a given drug or treatment regimen is slowing, stopping, or having no effect on the cancer or other cells being looked at.

2

4.      AntiCancer is widely recognized as a world leader in fluorescence optical imaging.  For example, the National Cancer Institute (NCI) has recognized AntiCancer in its print publications as "a leader in small-animal imaging technology and mouse models" and the developer of "leading mouse models for cancer research."  In these same publications NCI noted that AntiCancer's mouse models "are now used in contract research with pharmaceutical and biotechnology companies to support novel cancer drug discovery and evaluation."  And, in announcing the 2008 award of the Nobel Prize in Chemistry to three pioneers in the field of GFP, the Nobel committee cited AntiCancer's methods of using GFP to watch cancer cells spread by stating:

> The remarkable brightly glowing green fluorescent protein, GFP, was first observed in the beautiful jellyfish, *Aequorea victoria*, in 1962.  Since then, this protein has become one of the most important tools used in contemporary bioscience.  With the aid of GFP, researchers have developed ways to watch processes that were previously invisible, such as the development of nerve cells in the brain <u>or how cancer cells spread.</u>

(Emphasis added in underlined portion.)

5.      Defendant Leica Microsystems, Inc. ("Leica") is Delaware Corporation having a principal place of business at 1700 Leider Lane, Buffalo Grove, Illinois, 60089.  Leica USA is a wholly-owned subsidiary of Leica Microsystems GmbH ("Leica GmbH"), a company organized and existing under the laws of Germany, maintaining its principal place of business at Ernst-Leitz Str. 17-37, 35578 Wetzlar, Hessen, Germany. AntiCancer is informed and believes, and on that basis alleges, that Leica develops and manufactures imaging devices and markets, sells, and offers to sell imaging devices to public and private researchers around the world, including within the United States and within this judicial district.

6.      The true names and capacities, whether individual, corporate, associate, representative or otherwise, of DOES 1 through 10, inclusive, are unknown to plaintiff, who therefore sues them by such fictitious names.  Plaintiff will seek leave to amend this complaint to show the true names and

3

capacities of said defendants when they are ascertained.  Plaintiff is informed and believes, and thereupon alleges, that each of the defendants named as a Doe, along with the named defendants, is responsible in some manner for the occurrences herein alleged, and that plaintiff's injuries herein alleged were legally or proximately caused by said defendants.  Wherever it is alleged that any act or omission was also done or committed by any specifically named defendant, or by defendants generally, plaintiff intends thereby to allege, and does allege, that the same act or omission was also done and committed by each and every defendant named as a Doe, and each named defendant, both separately and in concert or conspiracy with the named defendants.

7.     At all times mentioned herein, defendants, and each of them, were the agents, servants, co-conspirators, or employees of one another, and the acts and omissions herein alleged were done or suffered by them, acting individually and through or by their alleged capacity, within the scope of their authority.  Each of the defendants aided and abetted and rendered substantial assistance in the accomplishment of the acts complained of herein.  In taking the actions, as particularized herein, to aid and abet and substantially assist in the commission of the misconduct complained of, each defendant acted with an awareness of his, her or its primary wrongdoing and realized that his, her or its conduct would substantially assist in the accomplishment of that misconduct and was aware of his, her or its overall contribution to, and furtherance of the conspiracy, common enterprise, and common course of conduct.  Defendants' acts of aiding and abetting included, inter alia, all of the acts each defendant is alleged to have committed in furtherance of the conspiracy, common enterprise, and common course of conduct complained of herein.

## JURISDICTION AND VENUE FACTS

8.     Leica has specifically and purposefully directed its activities with respect to its products and AntiCancer's inventions into this judicial district by promoting its products to third parties within this district and by participating in and sponsoring one or more national tradeshows held in this judicial

4

district, including sponsoring the "Leica Scientific Forum San Diego" regarding "Pushing the Envelope of Biological Imaging", in which the key speaker discussed matters directly pertaining to AntiCancer's patented methods.  Leica USA is also licensed by Mauna Kea Technologies, a French company, to sell its "CellVizio" imaging device under Leica's brand name as the "Leica FCM1000." Mauna Kea Technologies is the plaintiff and counterdefendant in the related case of *Mauna Kea Technologies v. AntiCancer, Inc.*, Case No. 11cv1407 AJB (JMA), currently pending before this court. (The Leica FCM1000 has also been used by one or more Leica customers to practice the methods of one or more of the patents-in-suit, as detailed more fully below.)

9.       In addition, Leica has specifically and purposefully directed its activities at residents of this judicial district by, on information and belief, obtaining at least two documents from AntiCancer's website which it has used to market its products and to induce and or contribute to its customers' use of AntiCancer's patented methods with Leica products.  Attached hereto and incorporated herein as Exhibit 1 is a true and correct copy of a paper published by AntiCancer scientists entitled "Whole-body optical imaging of green fluorescent protein-expressing tumors and metastases" which was downloaded from Leica's website at http://www.e-leica.com/pdfs.nsf/(ALLIDs)/44EFFEFFE6B0B34480256C41003F2C23/$FILE/-whole_body_gfp.pdf.  The paper describes imaging methods performed by AntiCancer scientists using, among other things, a Leica device.  The methods described in the paper are directly related to the methods described in the patent-in-suit of this case.   In addition, attached hereto and incorporated herein as Exhibit 2 is a true and correct copy of a list of fluorescent tumor models offered by AntiCancer which was also downloaded from Leica's website at http://www.e-leica.com/pdfs.nsf/(ALLIDs)/490AD09F59B7348880256C41003E9EA0/$FILE/-gfp_tumor_models.pdf.  These fluorescent tumor models are also directly related to the methods of the

5

patents-in-suit and can be used to practice those methods with, among other devices, the Leica instruments alleged herein.

10. Leica has also specifically and purposefully directed its activities to this judicial district by marketing its infringing "TCS STED CW" instrument in San Diego. A Leica press release states that the "new superresolution system Leica TCS STED CW made its successful debut in December 2009 at the 49th annual meeting of the American Society for Cell Biology in San Diego. A large number of highly interested scientists who followed the product demonstrations were convinced by the progressive technology with its potential to revolutionize life science research."

11. The Leica press release goes on to state that the "Leica TCS STED CW combines the high-end confocal Leica TCS SP5 with purely optical and patented superresolution technology . . . ." On information and belief, this indicates that the TCS STED CW is a newer model of the Leica TCS SP5, which in turn is a newer model of the Leica TCS SP2 and its related model, the TCS SP2-AOBS. The Leica TCS SP2-AOBS has been used by Leica customers to practice the methods of one or more of the patent-in-suit, as described more fully below.

12. On information and belief, at least two units of the Leica M165FC (the subject of infringement allegations below) were purchased by the Sanford Burnham Medical Research Institute in La Jolla, California, and are currently in use there.

13. On information and belief, a Leica MZ16 FA, a Leica DC500 digital CCD camera, and a Leica MZFL3 Stereomicroscope (all of which are the subjects of infringement allegations below) were used by researchers at the University of California, San Diego and/or the San Diego-based biotech Genelux Corporation.

PATENTS-IN-SUIT

14. U.S. Patent No. 6,649,159 (the "'159 patent"). The '159 patent (Exhibit 3) relates to the whole-body external optical imaging of gene expression. It claims methods for such imaging, and

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AGAINST LEICA
MICROSYSTEMS, INC., and DOES 1-10; DEMAND FOR JURY

methods for evaluating candidate protocols or drugs for treating disease using fluorophores linked to the endogenous promoters of genes.  These methods offer noninvasive and real-time means for recording and analyzing gene expression in animals and humans.  The '159 patent does not limit the methods by which the images produced by fluorescence optical tumor imaging can be monitored.  Instead, any suitable methods are encompassed by the claims of the '159 patent.  (For example, Example 1 to the specification of the '159 patent provides that high resolution images can be captured by computer, or continuously through video output onto videotape.)

15.     U.S. Patent No. 6,759,038 (the "'038 patent").  The '038 patent (Exhibit 4) relates to the study of tumor progression.  Specifically, it concerns model systems for tracking cancer cells and tumor metastasis in vertebrates and evaluating candidate drugs for treating the tumors.  It claims methods for following metastasis by looking at GFP-expressing tumor cells in vertebrate animal organ tissues, including humans.

16.     U.S. Patent No. 6,251,384 (the "'384" patent").  The '384 patent (Exhibit 5) claims methods for evaluating candidate protocols or drugs for inhibiting metastasis of primary tumors via methods including administering that protocol or drug to a mammalian subject containing a primary tumor that expresses GFP when the tumor metastasizes, and monitoring the progression of the metastasis *in vivo* by observing the fluorescence at various locations in the animal by fluorescence optical tumor imaging ("FOTI").  Also included are methods for excising fresh organ tissues from the animal and putting those tissues under a fluorescence microscope to view the GFP-expressing cancer cells.

17.     When Leica or a customer of Leica uses AntiCancer's methods to image GFP-expressing cancer or other cells or gene expression in a lab animal, it infringes AntiCancer's patents unless done pursuant to a license with AntiCancer.

//

7

INFRINGEMENT FACTS

18.     A paper titled "Mouse Kif7Costal2 is a cilia-associated protein that regulates Sonic hedgehog signaling" published in 2009 by scientists from the Sloan-Kettering Institute and Cornell University (both in New York, NY) describes using a Leica TCS SP2 AOBS to image whole mouse embryos expressing GFP.

19.     A paper titled "Noninvasive *in vivo* imaging of pancreatic islet cell biology" published in 2007 by scientists from, among other places, the University of Miami describes using a Leica TCS SP2 AOBS to non-invasively image GFP expression in pancreatic islets implanted in the anterior chambers of the eyes of GFP-expressing mice.

20.     A paper titled "Visualization of lymphatic vessels by *Prox1*-promoter directed GFP reporter in a bacterial artificial chromosome-based transgenic mouse" published in 2010 by scientists from the University of Southern California describes using a Leica M165 FC device to image whole mouse embryos expressing GFP.

21.     A paper titled "In vivo imaging of graft-versus-host-disease in mice" published in 2004 by scientists from the University of Minnesota and the University of North Carolina, Chapel Hill describes using a Leica MZFLIII steromicroscope to obtain whole body images of mice expressing GFP.

22.     A paper titled "The longest telomeres: a general signature of adult stem cell compartments" published in 2007 by scientists from, among other places, the University of Pennsylvania School of Medicine describes obtaining non-invasive images of mice expressing GFP using the Leica FCM1000 endoscopic confocal microscope (the same instrument Leica partnered with Mauna Kea Technologies to distribute in the United States).

23.      A paper titled "Functional hyper-IL-6 from vaccine virus-colonized tumors triggers platelet formations and helps alleviate toxicity of mitomycin C enhanced virus therapy" published in

8

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AGAINST LEICA
MICROSYSTEMS, INC., and DOES 1-10; DEMAND FOR JURY

2012 by scientists from, among other places, the University of California, San Diego, and Genelux Corporation, a San Diego biotech, describes obtaining non-invasive images of GFP-expressing tumors in mice tails using the Leica MZ16 FA equipped with a Leica DC500 digital CCD camera.

24.     A paper titled "Real-time intraoperative detection of melanoma lymph node metastases using recombinant vaccine virus GLV-1h68 in an immunocompetent animal model" published in 2009 by scientists from, among other places, Memorial Sloan-Kettering Cancer Center in New York, NY and Genelux Corporation in San Diego, describes obtaining non-invasive images of GFP-expressing tumors using a Leica MZFL3 Stereomicroscope.

25.     In 2008 Leica issued a press release promoting, among other instruments, the M165 FC, the TCS SP5, and the FCM1000 endoscopic microscope (all referred to above).  Describing the FCM1000, the press release states the following:

> **Smallest fiber-optic confocal microscope for endoscopic in vivo microscopy**
> The endoscopic confocal microscope Leica FCM1000 enables <u>non-invasive real time examinations to be conducted on living animals</u>.  High-speed recordings can be made of cellular or vascular processes simply by bringing the flexible and minimally invasive micro probe in contact with tissue of interest.  This new method allows repeat measurements as well as follow-up analysis of living processes on the same animal.  The innovative fiber-optic confocal <u>fluorescence</u> microscope Leica FCM1000 was developed by Leica Microsystems' partnering company Mauna Kea Technologies in Paris and is <u>fully adapted to *in vivo* and *in situ* small animal imaging</u>.

(Emphasis added in underlined portions.)

26.     Leica's website published a promotional article titled "Fluorescence in Microscopy" in or around April 2011.  The article discusses various methods of imaging proteins of interest, including by "tagging with fluorescent proteins" and includes a very prominently displayed image captioned as a "Transgenic Mouse Embryo, GFP."

9

27.     Leica's website published a promotional article titled "An Introduction In Fluorescence" in or around May 2011.  The article discusses "fluorescence as a tool in microscopy" and states the following:

> Fluorescence microscopy also allows time lapse imaging of living cells or tissue. For this purpose <u>proteins of interest can be tagged with genetically encoded fluorescing molecules like GFP (green fluorescing protein)</u>. Molecules of interest (e.g. $Ca^{2+}$) can also be tagged using reversibly binding synthetic dyes (e.g. fura-2) or genetically modified naturally occurring proteins (e.g. GFP-derivates).

(Emphasis added in underlined portions.)

28.     A promotional brochure published by Leica in 2007 includes an article written by Anja Schue, "Leica P.R. Editor."  The article describes the "new research standard" of using GFP as a way to make target proteins visible to imaging devices such as those produced by Leica.  The article states that "GFP [is] ideal for in-vivo studies of biological processes."  It goes on to state the following:

> The use of [G]FP is now standard in biological and medical research, <u>for example when studying gene expression</u>.  It is now possible to create proteins related to GFP that fluoresce in other colors such as yellow, blue or red. Various parts of the cell and interactions between proteins can be investigated using a variety of fluorescent markers.

(Emphasis added in underlined portions).  On the same page, Leica advertises a promotion for one of its products capable of studying gene expression using GFP, stating:

> Purchase a completely configured inverted research microscope with fluorescence (DMI4000 B model) and receive a FREE Leica EL6000 fluorescence illuminator (>$5,000 value)!

29.     A brochure for the Leica DMI4000 B model referenced above includes a picture of the device with an adjacent computer screen displaying what appears to be the exact image of a "Transgenic Mouse Embryo, GFP" referenced above, indicating that the device produced the image.

30.     A brochure for the Leica MZ16 FA referenced above contains prominent images of GFP-expressing zebrafish embryos.  The brochure quotes a self-described "cancer researcher"

10

implying that he has used the Leica MZ16 FA device in his research.  It also includes the following

statement:

> <u>Mice</u>, frogs, zebrafish, and fruit flies <u>serve as representatives to investigate the</u>
> <u>developmental biology of humans and their illnesses in the form of a model</u>. At
> the center of the interest are indicator areas such as heart/circulation, blood
> vessels, nerves, as well as bone and cartilage formation.  In research labs,
> millions of gene-treated model organisms are examined in different stages of
> their life cycle for mutated phenotypes.  <u>For this purpose, fluorescence</u>
> <u>microscopy has established itself as the most effective method for examining,</u>
> <u>identifying, sorting, screening and selecting. For all of these tasks, the new</u>
> <u>Leica MZ16 F and MZ16 FA from Leica Microsystems are the best</u>
> <u>fluorescence stereomicroscopes</u>.

(Emphasis added in underlined portions.)

31.    Leica's website and promotional brochures contain links and references to numerous

published articles and scientific applications related to each of the Leica devices described herein,

demonstrating that Leica monitors its customers' use of its instruments and knows in detail the facts

related to its customers' practice of the methods of the patents-in-suit, and intends to encourage and

assist its customers to practice such methods.

<u>FIRST CLAIM FOR RELIEF</u>

(Infringement of U.S. Patent No. 6,649,159)

32.    AntiCancer realleges and incorporates by reference as though fully set forth preceding

paragraphs 1 through 31.

33.    United States Patent No. 6,649,159 (the "'159 Patent") was issued by the United States

Patent and Trademark Office on November 18, 2003.

34.    AntiCancer is the sole owner of all rights, title and interest in and to the '159 Patent.

35.    AntiCancer is informed and believes, and on that basis alleges, that Leica has directly

infringed the '159 Patent in violation of 35 U.S.C. §271(a) by, inter alia, using the Leica TCS STED

CW, Leica TCS SP5, Leica TCS SP2-AOBS, Leica M165 FC, Leica FCM1000, and Leica DMI4000 B

devices to perform one or more of the claimed methods of the '159 Patent, within the United States, during the term of the '159 Patent, without AntiCancer's authorization.

36.     AntiCancer is informed and believes, and on that basis alleges that Leica has also indirectly infringed the '159 Patent in violation of 35 U.S.C. §271(b) by inducing direct infringements of the '159 Patent by third parties, including its customers.  In particular, Leica has sold or provided its Leica TCS STED CW, Leica TCS SP5, Leica TCS SP2-AOBS, Leica M165 FC, Leica FCM1000, and Leica DMI4000 B devices to customers or other third parties and has instructed and aided and induced them to perform one or more of the claimed methods of the '159 Patent using the devices, within the United States, during the term of the '159 Patent, without AntiCancer's authorization, as detailed herein.  AntiCancer is informed and believes, and on that basis alleges, that Leica had actual knowledge of the '159 Patent and its claimed inventions, and has known and intended that its customers would directly infringe the '159 Patent by using the Leica TCS STED CW, Leica TCS SP5, Leica TCS SP2-AOBS, Leica M165 FC, Leica FCM1000, and Leica DMI4000 B devices in their intended manner and according to Leica USA's instructions.

37.     Leica has also indirectly infringed the '159 Patent in violation of 35 U.S.C. §271(c) by contributing to the direct infringements of the '159 Patent by third parties, including its customers.  In particular, Leica USA has imported Leica TCS STED CW, Leica TCS SP5, Leica TCS SP2-AOBS, Leica M165 FC, Leica FCM1000, and Leica DMI4000 B devices into the United States and has sold it to customers for use in practicing the claimed inventions of the '159 Patent, during the term of the '159 Patent, without AntiCancer's authorization, as detailed herein, and, upon information and belief, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

38.     By reason of the foregoing, AntiCancer has suffered damages in an amount to be proven at trial and, in addition, has suffered irreparable loss and injury.

12

39.     The acts of infringement described above have been willful, deliberate and in reckless disregard of AntiCancer's patent rights.

<u>SECOND CLAIM FOR RELIEF</u>

(Infringement of U.S. Patent No. 6,759,038)

40.     AntiCancer realleges and incorporates by reference as though fully set forth preceding paragraphs 1 through 39.

41.     United States Patent No. 6,759,038 (the "'038 Patent") was issued by the United States Patent and Trademark Office on July 6, 2004.

42.     AntiCancer is the sole owner of all rights, title and interest in and to the '038 Patent.

43.     AntiCancer is informed and believes, and on that basis alleges, that Leica has directly infringed the '038 Patent in violation of 35 U.S.C. §271(a) by, inter alia, by using the the Leica MZ16, Leica DC500 digital CCD camera, and Leica MZFL3 Stereomicroscope devices to perform one or more of the claimed methods of the '038 Patent, within the United States, during the term of the '038 Patent, without AntiCancer's authorization.

44.     AntiCancer is informed and believes, and on that basis alleges that Leica has also indirectly infringed the '038 Patent in violation of 35 U.S.C. §271(b) by inducing direct infringements of the '038 Patent by third parties, including its customers.  In particular, Leica has sold or provided its Leica MZ16, Leica DC500 digital CCD camera, and Leica MZFL3 Stereomicroscope devices to customers or other third parties and has instructed and aided and induced them to perform one or more of the claimed methods of the '038 Patent using the devices, within the United States, during the term of the '038 Patent, without AntiCancer's authorization, as detailed herein.  AntiCancer is informed and believes, and on that basis alleges, that Leica had actual knowledge of the '038 Patent and its claimed inventions, and has known and intended that its customers would directly infringe the '038 Patent by

13

using the Leica MZ16, Leica DC500 digital CCD camera, and Leica MZFL3 Stereomicroscope devices in their intended manner and according to Leica USA's instructions.

45.     Leica has also indirectly infringed the '038 Patent in violation of 35 U.S.C. §271(c) by contributing to the direct infringements of the '038 Patent by third parties, including its customers.  In particular, Leica USA has imported Leica MZ16, Leica DC500 digital CCD camera, and Leica MZFL3 Stereomicroscope devices into the United States and has sold it to customers for use in practicing the claimed inventions of the '038 Patent, during the term of the '038 Patent, without AntiCancer's authorization, as detailed herein, and, upon information and belief, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

46.     By reason of the foregoing, AntiCancer has suffered damages in an amount to be proven at trial and, in addition, has suffered irreparable loss and injury.

47.     The acts of infringement described above have been willful, deliberate and in reckless disregard of AntiCancer's patent rights.

<u>THIRD CLAIM FOR RELIEF</u>

(Infringement of U.S. Patent No. 6,251,384)

48.     AntiCancer realleges and incorporates by reference as though fully set forth preceding paragraphs 1 through 47.

49.     United States Patent No. 6,251,384 (the "'384 Patent") was issued by the United States Patent and Trademark Office on June 26, 2001.

50.     AntiCancer is the sole owner of all rights, title and interest in and to the '384 Patent.

51.     AntiCancer is informed and believes, and on that basis alleges, that Leica has directly infringed the '384 Patent in violation of 35 U.S.C. §271(a) by, inter alia, by using the the Leica MZ16, Leica DC500 digital CCD camera, and Leica MZFL3 Stereomicroscope devices to perform one or

14

more of the claimed methods of the '384 Patent, within the United States, during the term of the '384 Patent, without AntiCancer's authorization.

52.     AntiCancer is informed and believes, and on that basis alleges that Leica has also indirectly infringed the '384 Patent in violation of 35 U.S.C. §271(b) by inducing direct infringements of the '384 Patent by third parties, including its customers.  In particular, Leica has sold or provided its Leica MZ16, Leica DC500 digital CCD camera, and Leica MZFL3 Stereomicroscope devices to customers or other third parties and has instructed and aided and induced them to perform one or more of the claimed methods of the '384 Patent using the devices, within the United States, during the term of the '384 Patent, without AntiCancer's authorization, as detailed.  AntiCancer is informed and believes, and on that basis alleges, that Leica had actual knowledge of the '384 Patent and its claimed inventions, and has known and intended that its customers would directly infringe the '384 Patent by using the Leica MZ16, Leica DC500 digital CCD camera, and Leica MZFL3 Stereomicroscope devices in their intended manner and according to Leica USA's instructions.

53.     Leica has also indirectly infringed the '384 Patent in violation of 35 U.S.C. §271(c) by contributing to the direct infringements of the '384 Patent by third parties, including its customers.  In particular, Leica USA has imported Leica MZ16, Leica DC500 digital CCD camera, and Leica MZFL3 Stereomicroscope devices into the United States and has sold it to customers for use in practicing the claimed inventions of the '384 Patent, during the term of the '384 Patent, without AntiCancer's authorization, as detailed herein, and, upon information and belief, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

54.     By reason of the foregoing, AntiCancer has suffered damages in an amount to be proven at trial and, in addition, has suffered irreparable loss and injury.

15

55.     The acts of infringement described above have been willful, deliberate and in reckless disregard of AntiCancer's patent rights.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff AntiCancer prays for relief as follows:

(1)     That AntiCancer have judgment against defendants on the claims;

(3)     That all defendants, and each of them, be adjudged to have willfully infringed the patents-in-suit under 35 U.S.C. § 271(a), (b), (c), and (g);

(4)     That the Court award AntiCancer enhanced damages, and defendants' profits, pursuant to 35 U.S.C. § 284, for defendants' willful infringement of the patents-in-suit;

(5)     That the Court deem this to be an exceptional case under 35 U.S.C., and award increased damages and attorney's fees pursuant to 35 U.S.C. §§ 284 and 285;

(6)     That defendants, and each of them, be preliminarily and permanently restrained and enjoined under 35 U.S.C. § 283 from directly or indirectly infringing the patents-in-suit;

(7)     That the Court assess pre-judgment and post-judgment interest and costs of suit against defendants, and award such interest and costs to AntiCancer; and,

(8)     That AntiCancer have such other and further relief as this Court may deem just and proper.

Respectfully submitted,

ANTICANCER, INC.

DATED:      February 9, 2012          By:   _/s/ Matt Valenti_____
                                                          MATT VALENTI
                                              Attorney for Plaintiff AntiCancer, Inc.

**FIRST AMENDED** COMPLAINT FOR PATENT INFRINGEMENT AGAINST LEICA
**MICROSYSTEMS, INC., and DOES 1-10; DEMAND FOR JURY**

1

<u>DEMAND FOR TRIAL BY JURY</u>

2

AntiCancer hereby demands a trial by jury as to all issues triable by jury.

3

4

5

ANTICANCER, INC.

6

7   DATED:        February 9, 2012          By:   ___/s/ Matt Valenti_____
                                                 MATT VALENTI
8                                                Attorney for Plaintiff AntiCancer, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

# Whole-body optical imaging of green fluorescent protein-expressing tumors and metastases

Meng Yang*[†‡], Eugene Baranov*, Ping Jiang*, Fang-Xian Sun*, Xiao-Ming Li*, Lingna Li*, Satoshi Hasegawa*[†‡], Michael Bouvet[†], Maraya Al-Tuwaijri*[†], Takashi Chishima*[†‡], Hiroshi Shimada[‡], A. R. Moossa[†], Sheldon Penman[§], and Robert M. Hoffman*[†¶]

*AntiCancer, Inc., 7917 Ostrow Street, San Diego, CA 92111; [†]Department of Surgery, University of California, 200 West Arbor Drive, San Diego, CA 92103-8220; [‡]Department of Surgery, Yokohama City University School of Medicine, Yokohama 236, Japan; and [§]Department of Biology, Massachusetts Institute of Technology, 77 Massachusetts Avenue, Cambridge, MA 02139-4307

Contributed by Sheldon Penman, November 24, 1999

We have imaged, in real time, fluorescent tumors growing and metastasizing in live mice. The whole-body optical imaging system is external and noninvasive. It affords unprecedented continuous visual monitoring of malignant growth and spread within intact animals. We have established new human and rodent tumors that stably express very high levels of the *Aequorea victoria* green fluorescent protein (GFP) and transplanted these to appropriate animals. B16F0-GFP mouse melanoma cells were injected into the tail vein or portal vein of 6-week-old C57BL/6 and nude mice. Whole-body optical images showed metastatic lesions in the brain, liver, and bone of B16F0-GFP that were used for real time, quantitative measurement of tumor growth in each of these organs. The AC3488-GFP human colon cancer was surgically implanted orthotopically into nude mice. Whole-body optical images showed, in real time, growth of the primary colon tumor and its metastatic lesions in the liver and skeleton. Imaging was with either a trans-illuminated epifluorescence microscope or a fluorescence light box and thermoelectrically cooled color charge-coupled device camera. The depth to which metastasis and micrometastasis could be imaged depended on their size. A 60-$\mu$m diameter tumor was detectable at a depth of 0.5 mm whereas a 1,800-$\mu$m tumor could be visualized at 2.2-mm depth. The simple, noninvasive, and highly selective imaging of growing tumors, made possible by strong GFP fluorescence, enables the detailed imaging of tumor growth and metastasis formation. This should facilitate studies of modulators of cancer growth including inhibition by potential chemotherapeutic agents.

cancer | animal model | fluorescence gene | external imaging

Current methods of external imaging of internally growing tumors include x-rays, MRI, and ultrasonography. Although these methods are well suited for the noninvasive imaging of large-scale structures in the human body (1), they have limitations in the investigation of internal growing tumors. In particular, monitoring growth and metastatic dissemination by these methods is impractical because they either use potentially harmful irradiation or require harsh contrast agents and, therefore, cannot be repeated on a frequent, real-time basis.

Optical imaging of cancers has been challenging because tumor cells usually do not have a specific optical quality that clearly distinguishes them from normal tissue. Also, conventional optical imaging has been severely limited by the strong absorbance and scattering of the illuminating light by tissue surrounding the target. As a result, neither the sensitivity nor spatial resolution of current methods is sufficient to image early-stage tumor growth or metastasis (2).

Previous attempts to endow tumors with specific, detectable spatial markers have met mostly with indifferent success. These included labeling with mAbs and other high-affinity vector molecules targeted against tumor-associated markers (3–7). However, results were limited due to a low tumor/background contrast and by the toxicity of the procedures.

Intravital videomicroscopy (IVVM) is another approach to optical imaging of tumor cells. IVVM allows direct observation of cancer cells but only if they are visible in the blood vessels (8). Even in this limited arena, IVVM does not lend itself to following tumor growth, progression, and internal metastasis in a live, intact animal.

A major conceptual advance in optical imaging was to make the target tumor the source of light. This renders the incident light scattering much less relevant. One early attempt inserted the luciferase gene into tumors so that they emit light (9). However, luciferase enzymes transferred to mammalian cells require the exogenous delivery of their luciferin substrate, an essentially impractical requirement in an intact animal. Also, it is not known whether luciferase genes can function stably over significant time periods in tumors and in the metastases derived from them.

A more practical approach to tumor luminance is to make the target tissue selectively fluorescent. Tumor-bearing animals were infused with protease-activated, near-infrared fluorescent probes (10). Tumors with appropriate proteases could activate the probes and be imaged externally. However, the system proved to have severe restrictions. The selectivity was limited because most normal tissues have significant protease activity. In fact, the normal activity in liver is so high as to preclude imaging in this most important of metastatic sites. The short lifetime of the fluorescence probes would appear to rule out growth and efficacy studies. The requirement of appropriate, tumor-specific protease activity and the requirement of effective tumor delivery of the probes also limit this approach (10).

We report here a new approach to producing tumors whose fluorescence can be viewed externally in intact animals. This is an extension of our previous work, which used stable green fluorescent protein (GFP) expression in cancer cells as an extremely effective tumor cell marker in conventional diagnostic dissections. The fluorescence-enhanced sensitivity illuminated tumor progression and allowed detection of metastases in exposed or isolated fresh visceral organs and tissues down to the single-cell level (11). Tracking cancer cells that stably express GFP *in vivo* is far more sensitive and rapid than the traditional, cumbersome procedures of histopathological examination or immunohistochemistry. In particular, GFP labeling markedly improved the ability to visualize metastases in fresh soft organs and bone (11–18).

A major advantage of GFP-expressing tumor cells is that imaging requires no preparative procedures and, therefore, is uniquely suited for visualizing in live tissue (11–18). Using stable, high-GFP-expression tumor cells that we have selected (11–18),

---

Abbreviation: GFP, green fluorescent protein.

[¶]To whom reprint requests should be addressed. E-mail: all@anticancer.com.

The publication costs of this article were defrayed in part by page charge payment. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. §1734 solely to indicate this fact.



**Fig. 1.** Stable, high-level GFP-expressing B16F0 murine melanoma transductants *in vitro*. The murine malignant melanoma cell line B16F0 was transduced previously with the RetroXpress vector pLEIN, which expresses EGFP (19) and the neomycin resistance gene on the same bicistronic message (18). Stable, high-expression clones were selected in 800 μg/ml G418 (18). (Bar = 40 μm.)

we demonstrate external, noninvasive, whole-body, real-time fluorescence optical imaging of internally growing tumors and metastases in transplanted animals.

## Materials and Methods

**Microscopy.** A Leica fluorescence stereo microscope (model MZ12) equipped with a mercury 50-W lamp power supply was used. Selective excitation of GFP was produced through a D425/60 band-pass filter and 470 DCXR dichroic mirror. Emitted fluorescence was collected through a long-pass filter (GG475; Chroma Technology, Brattleboro, VT) on a Hamamatsu C5810 three-chip cooled color charge-coupled-device camera (Hamamatsu Photonics Systems, Hamamatsu City, Japan). Images were processed for contrast and brightness and analyzed with the use of IMAGE PRO PLUS 3.1 software (Media Cybernetics, Silver Springs, MD). High-resolution images of $1,024 \times 724$ pixels were captured directly on an IBM PC or continuously through video output on a high-resolution Sony VCR, model SLV-R1000 (Sony, Tokyo).

**Doubling Time of Stable GFP Clones.** B16F0-GFP (18) or nontransduced cells were seeded at $1.5 \times 10^4$ in 35-mm culture dishes. The cells were harvested and counted every 24 hr with a hemocytometer (Reichert). The doubling time was calculated from the cell-growth curve over 6 days (data not shown).

**Animals and Cell Injection.** Six-week-old female B57CL/6 mice were injected with $10^6$ B16F0-GFP cells in the lateral tail vein. Cells first were harvested by trypsinization and washed three times with cold serum-free medium and then injected in a total volume of 0.2 ml by using a 1-ml 27G2 latex-free syringe (Becton Dickinson) within 30 min of harvesting. Six-week-old BALB/c *nu/nu* male and female mice were transplanted with $10^6$ B16F0-GFP cells in the lateral tail vein or portal vein by using the same method as described above.

All animal studies were conducted in accordance with the principles and procedures outlined in the National Institutes of Health Guide for the Care and Use of Animals under assurance number A3873-1. Mice were fed with autoclaved laboratory rodent diet (Teklad LM-485; Western Research Products, Orange, CA).

**Surgical Orthotopic Implantation (SOI) (20).** Tumor fragments (1 mm³) from the liver-metastatic AC3488 tumor (21), stably expressing GFP after *in vivo* transduction (M.Y. and R.H.M., unpublished data), were implanted by SOI in nude mice. During proper exposure of the colon after a lower midline abdominal incision, the serosa of the colon was removed and two pieces of 1-mm³ tumor fragments per mouse were implanted. An 8-0 surgical suture was used to penetrate these small tumor pieces and suture them on the wall of the intestine, which then was



**Fig. 2.** External images of murine melanoma (B16F0-GFP) metastasis in brain. Murine melanoma metastases in the mouse brain were imaged by GFP expression under fluorescence microscopy. Clear images of metastatic lesions in the brain can be visualized through the scalp and skull. See *Materials and Methods* for imaging equipment and procedures. (*A*) External GFP image of brain metastasis through the scalp and scull of an intact mouse 3 weeks after injection of $10^6$ B16F0-GFP cells in the tail vein. (Bar = 1,280 μm.) (*B*) GFP image of same area as in *A*, with skull opened. (Bar = 1,280 μm.) (*C*) External image obtained of the tumor in the brain of the nude mouse on day 14 after GFP tumor cell injection. (Bar = 1,280 μm.) (*D*) Same as *C*, day 19 after injection. (Bar = 1,280 μm.) (*E*) Same as *C* and *D*, day 25 after injection. (Bar = 1,280 μm.) (*F*) Brain tumor growth curve determined by external images (*C*–*E*).

MEDICAL SCIENCES









**Fig. 4.** External images of B16F0-GFP colonizing the liver. A metastatic lesion of B16F0-GFP in the liver growing at a depth of 0.8 mm after portal vein injection was externally imaged through the abdominal wall of the intact nude mouse. (*A*) An external image of multilobe liver metastases of the B16F0-GFP cells (large arrows). (*B*) An external image of small liver metastatic lesions of approximately 1.5 mm in diameter (small arrows) and other larger metastatic lesions (large arrows).

**Fig. 3.** External images of B16F0-GFP bone metastasis. In the proximal tibia of the left hind leg of C57BL/6 mouse (hair removed). No metastasis can be detected under bright-field microscopy (*A*). Clear, external images of metastatic lesions of B16F0-GFP in the proximal tibia of the intact mouse were obtained under fluorescence microscopy (*B*). Time course metastatic growth of B16F0-GFP in the proximal tibia of the intact nude mouse was imaged externally under fluorescence microscopy (*C–E*). (*A*) Bright-field microscopy of knee joint of hind leg. (Bar = 640 μm.) (*B*) Same as *A*; external fluorescent image of knee joint visualizing extensive melanoma metastasis, day 21 after injection. (Bar = 640 μm.) (*C*) External image obtained in tibia of nude mouse day 14 after tail vein injection. (Bar = 640 μm.) (*D*) Same as *C*, day 20. (Bar = 640 μm.) (*E*) Same as *C* and *D*, day 25. (Bar = 640 μm.) (*F*) Growth curve of tibia metastatic lesion determined by external images (Fig. 2 *C–E*).

returned to the abdominal cavity. The incision in the abdominal wall was closed with a 7-0 surgical suture in one layer (20). The animals were kept under isoflurane anesthesia during surgery. All procedures of the operation described above were performed with a 40x magnification stereomicroscope, Leica MZ6. Animals were kept in a barrier facility under HEPA filtration (20).

**Analysis of Metastases.** Periodically, the tumor-bearing mice were examined by whole-body fluorescence microscopy or in a fluorescence light box (Lightools Research, Encinitas, CA), as described above. In the case of C57BL/6 mice, hair was removed with Nair (Carter–Wallace, New York, NY).

**Fluorescent Cross-Section.** A cross-section was made at the position, as shown in Fig. 5*B*, to simulate tomography and localize the external images. The animals were sacrificed and kept frozen after external fluorescence images were acquired. The whole mouse then was sliced in cross-section at approximately 1-mm thickness by using disposable microtome blades (Model 818; Leica). The sections then were observed directly under fluorescence microscopy.

**Determination of Minimum GFP-Expressing Tumor Size Externally Imaged at Various Depths.** A Leica MZ12 fluorescence microscope coupled with a Hamamatsu C5810 three-chip cooled color



**Fig. 5.** External and internal images of liver lesions of AC3488-GFP. (*A*) Lateral, whole-body image of metastatic liver lesions of a GFP-expressing human colon cancer in the left (thick arrow) and right lobes (fine arrow) of a live nude mouse at day 21 after surgical orthotopic transplantation. (*B*) Cross-section of mouse shown in *A* corresponding to the level of the external image of the tumor in the liver that was acquired (*A*). Fine arrows show metastatic lesions in the right lobe of liver, and the thick arrow shows the metastatic lesion in the left lobe of liver. (*C*) Fluorescent whole-body ventral image of primary colon tumor (arrow). (*D*) Dorsal external image of metastatic tumor in the caudal region of the left and right lobes of the liver (thick arrows) and skull metastasis (arrowheads).

charge-coupled-device camera was used to acquire the images as described above. The actual size of the GFP-expressing tumors or metastases externally imaged was measured directly by imaging the GFP-expressing tumor after direct exposure of the tumor-containing tissue. Tumor specimen size is expressed as a diameter assuming spherical geometry. The depth of the GFP-expressing tumors was determined in isolated tissues by acquiring calibrated images with IMAGE PRO PLUS 3.1 software.

## Results

**Isolation of Stable, High-Level Expression GFP Transductants of B16F0-GFP Cells.** GFP- and neomycin-transduced B16F0 cells were selected previously in multiple steps for growth in levels of Geneticin (G418) up to 800 $\mu$g/ml and for high GFP expression (18). The selected B16F0-GFP cells have a strikingly bright GFP fluorescence that remains stable in the absence of selective agents after numerous passages (18) (Fig. 1). There was no difference in the doubling times of parental cells and selected transductants as determined by comparison of proliferation in monolayer culture (data not shown).

**External Images of Internally Growing B16F0-GFP Tumors.** Metastatic lesions of B16F0-GFP in the brain, bone, liver, and lymph nodes were externally imaged by GFP expression in intact mice after tail vein or portal vein cell injection of B16F0-GFP cells (Figs. 2, 3, and 4).

**External Images of Brain Metastasis of B16F0-GFP.** A comparison was made between an external and direct image of a brain metastasis of B16F0-GFP. A fluorescent image (5.5 mm in diameter and 0.8 mm in depth) of B16F0-GFP cells was obtained externally through the scalp and skull of a C57BL/6 mouse (Fig. 2*A*). The externally acquired image closely matched the image acquired from the open brain after the scalp and skull were removed (Fig. 2*B*). A series of external fluorescence images of the B16F0-GFP brain tumor in a single animal was obtained from day 14 to day

25 after tail vein injection of B16F0-GFP in a nude mouse. As determined by external imaging, the size of the metastatic lesion grew progressively with time (Fig. 2 *C*–*E*). The size of the external image was ≈1.2 mm in diameter at day 14, ≈2.25 mm at day 20, and ≈3.5 mm at day 25.

**External Images of Bone Metastasis of B16F0-GFP.** An example of an external fluorescence image of a B16F0-GFP bone metastasis is shown in Fig. 3. The tumor was ≈0.8 mm deep and 2.33 mm in equivalent diameter. The image was acquired at day 21 after tail vein injection. External fluorescent images were acquired throughout the axial skeleton, including the skull, scapula, femur, tibia, and pelvis. Fig. 3 *C*–*E* shows a series of external fluorescence images of a tumor in the tibia that were obtained from day 14 to day 25 after tail vein injection of B16F0-GFP in nude mice. The size of the metastatic lesion was ≈0.96 mm in diameter at day 14, ≈1.76 mm at day 20, and ≈3.14 mm at day 25 (Fig. 3*F*).

**External Images of Liver Metastasis of B16FP-GFP.** Metastatic lesions of B16F0-GFP in the nude mouse liver were formed after portal vein injection. A clear external image of multiple metastatic lesions in the liver could be seen through the abdominal wall of the intact mouse at a depth of 0.8 mm (Fig. 4). The image was comparable to the image acquired from the exposed liver (data not shown).

**External Images of the AC3488 GFP Human Colon Tumor.** Fluorescent images of the primary colon tumor, multilobe liver metastases, and a skull metastases are shown in Fig. 5. A lateral view of the mouse demonstrates fluorescent liver metastases on the left and right lobes of the liver (Fig. 5*A*). A cross-section of the mouse, simulating a tomograph, internally localizes the external lateral images of metastatic tumor in the left and right lobes of the liver (Fig. 5*B*). A dorsal view of the mouse shows the images of metastatic tumors on the caudal portion of these two lobes of the

MEDICAL SCIENCES



**Fig. 6.** External and internal images of bone metastasis of AC3488 GFP. External fluorescent whole-body images compared with direct images of skeletal metastases. (*A*) External images of tumors in the skeletal system including the skull (arrow heads), scapula (thick arrows), spine (fine arrows), and liver metastasis (largest arrows) in a dorsal view of live, intact nude mouse. (*B–I*) Series of external fluorescence images of metastatic lesions in the skull, ribs, spine, and tibia, (*B*, *D*, *F*, and *H*) compared with corresponding images of the exposed skeletal metastases (*C*, *E*, *G*, and *I*) (Bars = 1280 μm).

liver (Fig. 5*D*). The primary colon tumor is imaged in a ventral view of the mouse and suggests local–regional spread (Fig. 5*C*).

**External Images of Skeletal Metastasis of AC3488 GFP.** External fluorescent images of colon tumor metastases throughout the nude mouse skeleton were acquired and compared with direct images of the exposed metastatic lesions (Fig. 6). Fig. 6*A* shows external, whole-body images of tumors in the skeletal system including the skull, scapula, and spine in a dorsal view of a live, intact nude mouse. External and direct images of the bone metastases were compared. Fig. 6 *B–I* shows a series of external fluorescent images of metastatic lesions in the skull, ribs, spine, and tibia, which are compared with corresponding images of these skeletal sites acquired after direct exposure of the metastases. It can be seen that the external images correspond highly to the images of the exposed metastatic lesions.

**Imaging Sensitivity and Resolution.** GFP-expressing primary and metastatic lesions were considered to be externally measurable if the average fluorescence of the GFP-expressing tumor was at least 20% above the average fluorescence of the surrounding skin. The level of background dorsal and abdominal skin fluorescence of nude mice was in a range of 6–9% of the exposed tumor fluorescence. The intensity of GFP fluorescence of a

**Table 1. Minimum-sized fluorescent optical tumor images at increasing depth**

| Depth, mm | Minimum-sized tumor imaged, μm (equivalent diameter) |
|---|---|
| 0.5 | 59 |
| 0.6 | 100 |
| 0.7 | 210 |
| 0.8 | 250 |
| 1 | 283 |
| 1.3 | 488 |
| 2.2 | 1,861 |

Tumor images were acquired with a Leica MZ12 microscope coupled with a Hamamatsu C5810 three-chip cooled color charge-coupled device camera. See *Materials and Methods* for details.

tumor (1 mm in diameter) growing at a depth of ≈0.8 mm was approximately ≈25% of that of the exposed tumor. The minimum tumor size that could be imaged was a function of depth. The range of minimal size of GFP-expressing tumors that have been imaged externally thus far was from ≈59 μm in diameter at a depth of 0.5 mm to ≈1.86 mm in diameter at a depth of 2.2 mm in various tissues (Table 1).

External imaging can provide invaluable real-time data for tracking tumor growth and metastasis formation in live, intact animals. Melanoma metastases in the brain and tibia were imaged over 11 days when they grew from 1.2 to 3.5 mm (Fig. 2 *C–F*) and from 0.95 to 3.14 mm (Fig. 3 *C–F*) in equivalent diameter, respectively.

**Discussion**

The GFP-based fluorescent optical tumor imaging system presents many powerful features. Only the tumors and metastases contain the heritable GFP gene and therefore are selectively imaged with very high intrinsic contrast to other tissues. GFP expression in the tumor cells is stable over indefinite time periods, allowing the quantitative imaging of tumor growth and metastasis formation as well as their inhibition by agents of all types. The very bright GFP fluorescence enables internal tumors and metastases to be observed externally in critical organs such as colon, liver, bone, brain, pancreas (data not shown), and, presumably, breast, lymph nodes, prostate, etc. No contrast agents or other compounds or treatment need to be administered to the animals; only blue light illumination is necessary.

Current sensitivity is limited, in part, by the nonoptimal spectrum of the green GFP fluorescence (520 nm). At this relatively short wavelength, the emitted radiation is strongly scattered by surrounding tissue. However, powerful new techniques of using ultrafast lasers (22), dual photon imaging (23), and ballistic photon imaging (24, 25) may offer large gains in sensitivity, increased depth of detection, and spatial resolution.

The experiments with the B16 melanoma utilized tumor cells that were labeled by external GFP transduction and implanted. However, external labeling is not a necessary limitation on the technique. Recent findings in our laboratory suggest that *in situ* labeling, with the GFP gene, of tumors growing *in vivo* is feasible, as shown by the labeling of AC3488 colon tumor in this study (S.H., M.Y., and R.M.H., unpublished data). A wide variety of tumors now can be followed for subsequent tumor growth, spread, and metastases, all reported by inherited GFP expression.

GFP does not appear to be antigenic in either the nude mouse or normal C57B1/6 mouse, because long-term tumor growth and metastasis readily occur in these animals. This new technology will be of very broad use for the understanding of tumor growth and metastasis as well as therapy.

1. Tearney, G. J., Brezinski, M. E., Bouma, B. E., Boppart, S. A., Pitris, C., Southern, J. F. & Fujimoto, J. G. (1997) *Science* **276,** 2037–2039.
2. Taubes, G. (1997) *Science* **276,** 1991–1993.
3. Baum, P. R. & Brummendorf, T. H. (1998) *Q. J. Nucleic Med.* **42,** 33–42.
4. Teates, C. D. & Parekh, J. S. (1993) *Curr. Probl. Diagn. Radiol.* **22,** 229–226.
5. Dessureault, S. (1997) *Breast Cancer Res. Treat.* **45,** 29–37.
6. Pasqualini, R., Koivunen, E. & Ruoslahti, R. (1997) *Nat. Biotechnol.* **15,** 542–546.
7. Neri, D., Carnelmolla, B., Nissim, A., Leprini, A., Querze, G., Balza, E., Pini, A., Tarli, L., Halin, C., Neri, P., *et al.* (1997) *Nat. Biotechnol.* **15,** 1271–1275.
8. Chambers, A. F., MacDonald, I. C., Schmidt, E. E., Koop, S., Morris, V. L., Khokha, R. & Groom, A. C. (1995) *Cancer Metastasis Rev.* **14,** 279–301.
9. Sweeney, T. J., Mailander, V., Tucker, A. A., Olomu, A. B., Zhang, W., Cao, Y.-A., Negrin, R. S. & Contag, C. H. (1999) *Proc. Natl. Acad. Sci. USA* **96,** 12044–12049.
10. Weissleder, R., Tung, C. H., Mahmood, U. & Bogdanov, A., Jr. (1999) *Nat. Biotechnol.* **17,** 375–378.
11. Chishima, T., Miyagi, Y., Wang, X., Yamaoka, H., Shimada, H., Moossa, A. R. & Hoffman, R. M. (1997) *Cancer Res.* **57,** 2042–2047.
12. Chishima, T., Miyagi, Y., Wang, X., Tan, Y., Shimada, H., Moossa, A. R. & Hoffman, R. M. (1997) *Anticancer Res.* **17,** 2377–2384.
13. Chishima, T. Miyagi, Y., Wang, X., Baranov, E., Tan, Y., Shimada, H., Moossa, A. R. & Hoffman, R. M. (1997) *Clin. Exp. Metastasis* **15,** 547–552.
14. Chishima, T., Miyagi, Y., Li, L., Tan, Y., Baranov, E., Yang, M., Shimada, H., Moossa, A. R. & Hoffman, R. M. (1997) *In Vitro Cell Dev. Biol. Animal* **33,** 745–747.
15. Chishima, T., Yang, M., Miyagi, Y., Li, L., Tan, Y., Baranov, E., Shimada, H., Moossa, A. R., Penman, S. & Hoffman, R. M. (1997) *Proc. Natl. Acad. Sci. USA* **94,** 11573–11576.
16. Yang, M., Hasegawa, S., Jiang, P., Wang, X., Tan, Y., Chishima, T., Shimada, H., Moossa, A. R. & Hoffman, R. M. (1998) *Cancer Res.* **58,** 4217–4221.
17. Yang, M., Jiang, P., Sun, F.-X., Hasegawa, S., Baranov, E., Chishima, T., Shimada, H., Moossa, A. R. & Hoffman, R. M. (1999) *Cancer Res.* **59,** 781–786.
18. Yang, M., Jiang, P., An, Z., Baranov, E., Li, L., Hasegawa, S., Al-Tuwaijri, M., Chishima, T., Shimada, H., Moossa, A. R. & Hoffman, R. M. (1999) *Clin. Cancer Res.*, **5,** 3549–3559.
19. Flotte, T. R., Beck, S. E., Chesnet, K., Potter, M., Poirier, A. & Zolotukhin, S. (1998) *Gene Ther.* **5,** 166–173.
20. Fu, X., Besterman, J. M., Monosov, A. & Hoffman, R. M. (1991) *Proc. Natl. Acad. Sci. USA* **88,** 9345–9349.
21. Sun, F.-X., Sasson, A. R., Jiang, P., An, Z., Gamagami, R., Li, L., Moossa, A. R. & Hoffman, R. M. (1999) *Clin. Exp. Metastasis* **17,** 41–48.
22. Alfano, R. R., Demos, S. G. & Gayen, S. K. (1997) *Ann. N. Y. Acad. Sci.* **820,** 248–270.
23. Masters, B. R., So, P. T. & Gratton, E. (1998) *Ann. N. Y. Acad. Sci.* **838,** 58–67.
24. Wu, J., Perelman, L., Dasari, R. & Feld, M. (1997) *Proc. Natl. Acad. Sci. USA* **94,** 8783–8788.
25. Alfano, R. R., Demos, S. G., Galland, P., Gayen, S. K., Guo, Y., Ho, P. P., Liang, X., Liu, F., Wang, L., Wang, Q. Z., *et al.* (1998) *Ann. N. Y. Acad. Sci.* **838,** 14–28.

MEDICAL SCIENCES

# Exhibit 2

# *IN VIVO* GFP TUMOR MODELS

| Tumor Type LINE | CELL | WHOLE-BODY IMAGING OF ORTHOTOPIC PC-3-GFP IN NUDE MICE |
|---|---|---|
| Bladder | | |
| | HTB-9 | |
| | UC-14 | |
| Breast cancer | | |
| 435 | MDA-MB- | |
| 231 | MDA-MB- | |
| 468 | MDA-MB- | |
| | MCF-7 | |
| | MX-1 | |
| CNS | | |
| | SNB-19 | |
| | U87-MG | |
| Colon cancer | | |
| | HCT-116 | |
| | COLO-205 | |
| | SW- | |
| 620 | | |
| | Ls- | |
| 180 | | |
| | HCT-15 | |
| | KM-12 | |
| | WiDr | |
| | HT-29 | |
| | CaCo-2 | |
| | RKO | |
| Fibrosarcoma | | |
| | HT-1080 | |
| Hepatoma | | |
| | SMMC- | |
| 7721 | | |
| Larynx | | |
| | Hep-2 | |
| Lung cancer | | |
| | H-460 | |
| | HOP-62 | |
| | EKVX | |
| | Anip-973 | |
| | A549 | |
| | Lewis | |
| Lung | | |
| Melanoma | | |
| | B16-F10 | |
| | B16F0 | |
| | LOX | |
| | SK-mel-5 | |
| Osteosarcoma | | |
| | OST | |
| | L-SLM | |
| Ovarian | | |
| | CHOK-1 | |
| | OVCAR-8 | |
| | RGMI-186 | |
| | SKOV-3 | |
| Pancreas | | |
| | Bx-PC-3 | |
| | MIA-PaCa-2 | |
| | ASPC -1 | |
| | Cfpaca | |
| | PaCa-1 | |
| | Capan-1 | |
| Prostate | | |
| | PC-3 | |



Week 2          Week 3          Week 4

White solid arrows: Primary tumor;   white hollow arrows: mesenteric lymph nodes;   pink arrows: inguinal lymph nodes, green arrow: axial lymph node

**3327**
**2b**
**Renal**

DU-145
LnCaP
Dunning-

MDA PCa

SN-12C
A498

**Stomach**

NUGC-4

**Tounge**

SCC-25

# *IN VIVO* RFP TUMOR MODELS

| Tumor Type | CELL LINE |
|---|---|
| **Breast** | MDA-MB-435 |
| | MX-1 |
| **CNS** | U87-MG |
| **Colon** | RKO<br>Colon-38<br>SL-4<br>Colo-320 |
| **Lung** | H-460<br>Lewis |
| **Lung** | A549 |
| **Melanoma** | B16-F10 |
| **Osteosarcoma** | OST<br>H-1080 |
| **Pancreas** | Capan-1 |
| **Prostate** | PC-3<br>DU-145<br>MDA-PCa<br>Dunning |
| **3327** | |
| **Sarcoma** | MES |
| **SA/Dx5** | |

### REAL-TIME WHOLE-BODY IMAGING OF U87-RFP HUMAN GLIOMA GROWING IN THE BRAIN OF NUDE MOUSE

  

| Week 1 | Week 3 | Week 5 |

Tumor growing in the brain after surgical orthotopical implantation

## GFP Publications

1.  Chishima, T., Miyagi, Y., Wang, X., Yamaoka, H., Shimada, H., Moossa, A.R., and Hoffman, R.M.  Cancer invasion and micrometastasis visualized in live tissue by green fluorescent protein expression.  Cancer Res. **57**, 2042-2047, 1997.

2.  Chishima, T., Miyagi, Y., Wang, X., Baranov, E., Tan, Y., Shimada, H., Moossa, A.R., and Hoffman, R.M.  Metastatic patterns of lung cancer visualized live and in process by green fluorescent protein expression.  Clinical & Experimental Metastasis **15**, 547-552, 1997.

3.  Chishima, T., Miyagi, Y., Wang, X., Tan, Y., Shimada, H., Moossa, A.R., and Hoffman, R.M.  Visualization of the metastatic process by green fluorescent protein expression.  Anticancer Res. **17**, 2377-2384, 1997.

4.  Chishima, T., Yang, M., Miyagi, Y., Li, L., Tan, Y., Baranov, E., Shimada, H., Moossa, A.R., Penman, S., and Hoffman, R.M.  Governing step of

metastasis visualized *in vitro*.  Proc. Natl. Acad. Sci. USA **94**, 11573-11576, 1997.

5.    Chishima, T., Miyagi, Y., Li, L., Tan, Y., Baranov, E., Yang, M., Shimada, H., Moossa, A.R., and Hoffman, R.M.  The use of histoculture and green fluorescent protein to visualize tumor cell host interaction.  In Vitro Cell. Dev. Biol. **33**, 745-747, 1997.

6.    Yang, M., Hasegawa, S., Jiang, P., Wang, X., Tan, Y., Chishima, T., Shimada, H., Moossa, A.R., and Hoffman, R.M.  Widespread skeletal metastatic potential of human lung cancer revealed by green fluorescent protein expression.  Cancer Res. **58**, 4217-4221, 1998.

7.    Yang, M., Jiang, P., Sun, F.X., Hasegawa, S., Baranov, E., Chishima, T., Shimada, H., Moossa, A.R., and Hoffman, R.M.  A fluorescent orthotopic bone metastasis model of human prostate cancer. Cancer Res. **59**, 781-786, 1999.

8.    Hoffman, R.M.  Orthotopic transplant mouse models with green fluorescent protein-expressing cancer cells to visualize metastasis and angiogenesis.  Cancer and Metastasis Reviews **17**, 271-277, 1999.

9.    Hoffman, R.M.  Green fluorescent protein to visualize cancer progression and metastasis.  Methods in Enzymology, Green Fluorescent Protein, Vol. 302. Ed: P. Michael Conn, Academic Press, San Diego, pp. 20-31, 1999.

10.    Naumov, G.N., Wilson, S.M., MacDonald, I.C., Schmidt, E.E., Morris, V.L., Groom, A.C., Hoffman, R.M., and Chambers, A.F.  Cellular expression of green fluorescent protein, coupled with high-resolution in vivo videomicroscopy, to monitor steps in tumor metastasis.  Journal of Cell Science **112**, 1835-1842, 1999.

11.    Yang, M., Chishima, T., Baranov, E., Shimada, H., Moossa, A.R., and Hoffman, R.M.  Green fluorescent protein: A new light to visualize metastasis and angiogenesis in cancer.  Proc. of SPIE Conference on Molecular Imaging: Reporters, Dyes, Markers and Instrumentation **3500**, 117-124, 1999.

12.    Yang, M., Jiang, P., An, Z., Baranov, E., Li, L., Hasegawa, S., Al-Tuwaijri, M., Chishima, T., Shimada, H., Moossa, A.R., Hoffman, R.M.  Genetically fluorescent melanoma bone and organ metastasis models.  Clinical Cancer Res. **5**, 3549-3559, 1999.

13.    Yang, M., Chishima, T., Wang, X., Baranov, E., Shimada, H., Moossa, A.R., and Hoffman, R.M. Multi-organ metastatic capability of Chinese hamster ovary cells revealed by green fluorescent protein (GFP) expression.  Clinical & Experimental Metastasis, **17**, 417-422, 1999.

14.    Hoffman, R.M.  Visualization of metastasis in orthotopic mouse models with green fluorescent protein.  *In:* Relevance of Tumor Models in Anticancer Drugs Development.  Eds.: Fiebig, H.H., Burger, A.M., Kluwver Academic Publishers, Dordrecht, The Netherlands, Vol. 54, 81-87, 1999.

15.    Yang, M., Baranov, E., Jiang, P., Sun, F-X., Li, X-M., Li, L., Hasegawa, S., Bouvet, M., Al-Tuwaijri, M., Chishima, T., Shimada, H., Moossa, A.R., Penman, S., Hoffman, R.M. Whole-body optical imaging of green fluorescent protein-expressing tumors and metastases.  Proc. Natl. Acad. Sci. USA **97**, 1206-1211, 2000.

16.    Dove, A. Illuminating cancer models.  Nature Biotechnology **18**, 261, 2000.

17.    Hoffman, R.M.  Correspondence re: Initial stages of tumor cell-induced angiogenesis: Evaluation via skin window chambers in rodent models.  Journal of the National Cancer Institute **92**, 1445, 2000.

18.    Yang, M., Baranov, E., Shimada, H., Moossa, A.R., and Hoffman, R.M.  External optical imaging freely-moving mice with green fluorescent protein-expressing metastatic tumors.  Proc. of SPIE Proceedings **3921**, 256-259, 2000.

19.    Corrigendum, BioFeedback.  Biotechniques **29**, 544, September 2000.

20.    Yang, M., Baranov, E., Moossa, A.R., Penman, S., Hoffman, R.M.  Visualizing gene expression by whole-body fluorescence imaging.  Proc. Natl. Acad. Sci. USA **97**, 12278-12282, 2000.

21.    Hasegawa, S., Yang, M., Chishima, T., Shimada, H., Moossa, A.R., Hoffman, R.M.  *In vivo* tumor delivery of the green fluorescent protein gene to report future occurrence of metastasis. Cancer Gene Therapy **7**, 1336-1340, 2000.

22.    Rashidi, B., Yang, M., Jiang, P., Baranov, E., An, Z., Wang, X., Moossa, A.R., and Hoffman, R.M.  A highly metastatic Lewis lung carcinoma orthotopic green fluorescent protein model.  Clinical & Experimental Metastasis **18**, 57-60, 2000.

23.    Bouvet, M., Yang, M., Nardin, S., Wang, X., Jiang, P., Baranov, E., Moossa, A.R., Hoffman, R.M. Chronologically-specific metastatic targeting of human pancreatic tumors in orthotopic models.  Clinical & Experimental Metastasis **18**, 213-218, 2000.

24.    Yang, M., Baranov, E., Li, X-M., Wang, J-W., Jiang, P., Li, L., Moossa, A.R., Penman, S., Hoffman, R.M.  Whole-body and intravital optical imaging of angiogenesis in orthotopically implanted tumors.  Proc. Natl. Acad. Sci. USA **98**, 2616-2621, 2001.

25.    Robinson, K.  Imaging system captures whole-body GFP images.  Biophotonics International, **April**, 54-55, 2001.

26.    Pfeifer, A., Kessler, T., Yang, M., Baranov, E., Kootstra, N., Cheresh, D.A., Hoffman, R.M., and Verma, I.M.  Transduction of liver cells by lentiviral vectors: Analysis in living animals.  Molecular Therapy **3**, 319-322, 2001.

27.    Hoffman, Robert M.  Visualization of GFP-expressing tumors and metastasis *in vivo*.  BioTechniques **30**, 1016-1016, 2001.

28.    Hutchinson, E.  Fluorescence imaging of tumour metastasis and angiogenesis.  The Lancet Oncology, **2**, 254, 2001.

29.    McCann, J.  Jellyfish protein gives new glow to tumor imaging.  Journal of the National Cancer Institute **93**, 976-977, 2001.

30.    Lee, N.C., Bouvet, M., Nardin, S., Jiang, P., Baranov, E., Rashidi, B., Yang, M., Wang, X., Moossa, A.R., and Hoffman, R.M.  Antimetastatic efficacy of adjuvant gemcitabine in a pancreatic cancer orthotopic model.  Clinical & Experimental Metastasis **18**, 379-384, 2001.

31.   Kamiyama, M., Ichikawa, Y., Ishikawa, T., Chishima, T., Hasegawa, S., Hamaguchi, Y., Nagashima, Y., Miyagi, Y., Mitsuhashi, M., Hyndman, D., Hoffman, R.M., Ohki, S., and Shimada, H.  VEGF-receptor antisense therapy inhibits angiogenesis and metastasis peritoneal dissemination of human gastric cancer in nude mice.  Cancer Gene Therapy, **9**, 197-201, 2002.

32.   Li, X-M., Wang, J-W., An, Z., Yang, M. Baranov, E., Jiang, P., Sun, F-X., Moossa, A.R., and Hoffman, R.M. Optically-imageable metastatic model of human breast cancer. Clinical & Experimental Metastasis, in press.

33.   Bouvet, M., Wang, J-W., Nardin, S.R., Nassirpour, R., Yang, M., Baranov, E., Jiang, P., Moossa, A.R., and Hoffman, R.M.  Real-time optical imaging of primary tumor growth and multiple metastatic events in a pancreatic cancer orthotopic model.  Cancer Research **62**, 1534-1540, 2002.

34.   Yang, M., Baranov, E., Wang, J-W., Jiang, P., Wang, X., Sun, F-X., Bouvet, M., Moosa, A.R., Penman, S., and Hoffman, R.M. Direct external imaging of nascent cancer, tumor progression, angiogenesis, and metastasis on internal organs in the fluorescent orthotopic model. Proc. Natl. Acad. Sci. USA **99**, 3824-3829, 2002

35.   Schmitt, C.A., Fridman, J.S., Yang, M., Baranov, E., Hoffman, R.M., and Lowe, S.W. Dissecting p53 tumor suppressor functions in vivo. Cancer Cell, **1**, 289-298, 2002

36.   Hoffman, R.M., Green Fluorescent Protein Imaging of Tumor Cells in Mice. Lab Animal, **31**, 4, 34-41, 2002.

37.   Schmitt, C.A., Fridman, J.S., Yang, M., Lee, S., Baranov, E., Hoffman R.M., and Lowe, S.W. A Senescence Program Contolled by p53 and p16$^{INK4a}$ Contributes to the Outcome of Cancer Therapy. Cell, **109**, 335-346, May 3, 2002.

# Exhibit 3

US006649159B2

(12) **United States Patent**
Yang et al.

(10) Patent No.: **US 6,649,159 B2**
(45) Date of Patent: **Nov. 18, 2003**

(54) **WHOLE-BODY OPTICAL IMAGING OF GENE EXPRESSION AND USES THEREOF**

(75) Inventors: **Meng Yang**, San Diego, CA (US);
**Eugene Baranov**, San Diego, CA (US)

(73) Assignee: **AntiCancer, Inc.,** San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/812,710**

(22) Filed: **Mar. 19, 2001**

(65) **Prior Publication Data**

US 2002/0013954 A1 Jan. 31, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/190,196, filed on Mar. 17, 2000.

(51) **Int. Cl.**[7] ....................... **A61K 48/00**; A61K 49/00; A01N 63/00; C12N 15/63; C12N 15/85

(52) **U.S. Cl.** ................. **424/93.21**; 424/93.1; 424/93.2; 424/9.1; 435/320.1; 435/325

(58) **Field of Search** ........................... 800/8; 435/320.1, 435/325; 536/24.5; 424/93.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,650,135 | A | 7/1997 | Contag et al. | 424/9.1 |
| 5,876,711 | A | 3/1999 | Fattaey | 424/932 |
| 6,020,192 | A | 2/2000 | Muzyczka et al. | 435/320.1 |

OTHER PUBLICATIONS

Yang et al., Whole–body optical imaging of green fluorescent protein–expressing tumors and metastates, 2000, PNAS, vol. 97, pp. 1206–1211.*

Edinger et al., Noninvasive assessment of tumor cell proliferation in animal models, 1999, NEOPLASIA, vol. 1, pp. 303–310.*

Zhang et al., An enhanced green fluorescent protein allows sensitive detection of gene transfer in mammalian cells, 1996, Biochemical and Biophysical Communications, vol. 227, pp. 707–711.*

Yang, M. et al. "Whole–Body Optical Imaging of Green Fluorescent Protein–Expressing Tumors and Metastases" PNAS 97(3): 1206–1211 (2000).

Yang, M. et al. "Visualizing Gene Expression by Whole–Body Fluorescence Imaging" PNAS 97(22):12278–12282 (2000).

Benard et al., J. Nucl. Med. (1999) 40(8):1257–1263.

Brenner et al., Eur. J. Nucl. Med. (1999) 26(12):1567–1571.

Engelson et al., Am. J. Clin. Nutr. (1999) 69(9):1162–1169.

Eustace et al., Magn. Reson. Imaging Clin. (N. Am.) (1999) 7(2):209–236.

Jerusalem et al., Blood (1999) 9492):429–433.

Saunders et al., Ann. Thorac. Surg. (1999) 67(3):790–797.

Valk et al., Arch. Surg. (1999) 134(5):503–511.

Yang et al., Proc. Natl. Acad. Sci. USA (2000) 97(3):1206–1211.

* cited by examiner

Primary Examiner—Anne-Marie Falk
Assistant Examiner—Celine Qian
(74) Attorney, Agent, or Firm—Morrison & Foerster LLP

(57) **ABSTRACT**

The invention relates to the whole-body external optical imaging of gene expression. Specifically, methods for whole-body external optical imaging of gene expression and methods for evaluating a candidate protocol or drug for treating diseases or disorders using a fluorophore operatively linked to the promoter of a gene and external optical imaging are provided herein. Methods to screen for substances or genes that regulate target promoters are also provided.

**13 Claims, 2 Drawing Sheets**



**FIG. 1A**



**FIG. 1B**



*GFP-LV*

**FIG. 2A**



**FIG. 2B**

US 6,649,159 B2

1

# WHOLE-BODY OPTICAL IMAGING OF GENE EXPRESSION AND USES THEREOF

This application claims priority under 35 U.S.C. 119 from provisional application U.S. Ser. No. 60/190,196 filed Mar. 17, 2000, the contents of which are incorporated herein by reference.

## TECHNICAL FIELD

The invention relates to the whole-body external optical imaging of gene expression. Specifically, methods for whole-body external optical imaging of gene expression and methods for evaluating a candidate protocol or drug for treating diseases or disorders using a fluorophore operatively linked to the promoter of a gene and external optical imaging are provided herein. Methods to screen for substances or genes that regulate target promoters are also provided.

## BACKGROUND ART

Whole-body imaging technology has been used to monitor "tracer molecules" in the intact body. For example, Brenner et al. studied the diagnostic value of iodine-123-2-hydroxy-3-iodo-6-methoxy-N-[(1-ethyl-2-pyrrolidinyl) methyl] benzamide (IBZM) whole-body imaging in comparison to thallium-201 scintigraphy in patients with metastatic malignant melanoma (Brenner et al., *Eur. J. Nucl. Med.,* 26(12):1567–71 (1999)). Benard et al. conducted clinical evaluation of processing techniques for attenuation correction with [137]Cs in whole-body PET imaging (Benard et al., *J. Nucl. Med.,* 40(8):1257–63 (1999)). Jerusalem et al. showed that whole-body positron emission tomography using [18]F-fluorodeoxyglucose for posttreatment evaluation in Hodgkin's disease and non-Hodgkin's lymphoma has higher diagnostic and prognostic value than classical computed tomography scan imaging (Jerusalem et al., *Blood,* 94(2):429–33 (1999)). Eustace et al. discussed practical issues, clinical applications, and future directions of whole-body MR imaging (Eustace et al., *Magn. Reson. Imaging Clin.* (*N. Am*), 7(2):209–36 (1999)). Engelson et al. studied fat distribution in HIV-infected patients reporting truncal enlargement quantified by whole-body magnetic resonance imaging (Engelson et al., *Am. J. Clin. Nutr.,* 69(6 :1162–9 (1999)). Valk et al. used whole-body positron emission tomography (PET) imaging with [18]Fluorodeoxyglucose in management of recurrent colorectal cancer (Valk et al., Arch. Surg., 134(5):503–11 (1999)). Saunders et al. evaluated fluorine-18-fluorodeoxyglucose whole body positron emission tomography imaging in the staging of lung cancer (Saunders et al., *Ann. Thorac. Surg.,* 67(3):790–7 (1999)).

U.S. Pat. No. 5,650,135 discloses a noninvasive method for detecting the localization of an entity under study from within a mammalian subject, which method comprises: (a) administering to the subject a conjugate of the entity and a light-generating moiety or a transformed cell expressing the light-generating moiety; (b) after a period of time in which the conjugate or transformed cell can achieve localization in the subject, immobilizing the subject within the detection field of a photodetector device; (c) maintaining the subject in an immobilized condition, (d) during said maintaining, measuring photon emission from the light-generating moiety, localized in the subject, with the photodetector device until an image of photon emission can be constructed; and (e) detecting said image through an opaque tissue of said mammal. U.S. Pat. No. 5,650,135 also discloses a noninvasive method for detecting the level of an entity under study in a mammalian subject over time, which

2

method comprises: (a) administering to the subject a conjugate of the entity and a light-generating moiety or a transformed cell expressing the light-generating moiety; (b) placing the subject within the detection field of a photodetector device; (c) maintaining the subject in the detection field of the device; (d) during said maintaining, measuring photon emission from the light-generating moiety, in the subject, with the photodetector device; and (e) repeating steps (b) through (d) at selected intervals, wherein said repeating is effective to detect changes in the level of the entity in the subject over time.

Recently, Yang et al. conducted whole-body optical imaging of green fluorescent protein-expressing tumors and metastases (Yang et al., *Proc. Natl. Acad. Sci.* (*USA*), 97(3): 1206–11 (2000)). Yang et al. have imaged, in real time, fluorescent tumors growing and metastasizing in live mice. The whole-body optical imaging system is external and noninvasive. It affords unprecedented continuous visual monitoring of malignant growth and spread within intact animals. Yang et al. have established new human and rodent tumors that stably express very high levels of the Aequorea victoria green fluorescent protein (GFP) and transplanted these to appropriate animals. B16F0-GFP mouse melanoma cells were injected into the tail vein or portal vein of 6-week-old C57BL/6 and nude mice. Whole-body optical images showed metastatic lesions in the brain, liver, and bone of B 16F0-GFP that were used for real time, quantitative measurement of tumor growth in each of these organs. The AC3488-GFP human colon cancer was surgically implanted orthotopically into nude mice. Whole-body optical images showed, in real time, growth of the primary colon tumor and its metastatic lesions in the liver and skeleton. Imaging was with either a trans-illuminated epifluorescence microscope or a fluorescence light box and thermoelectrically cooled color charge-coupled device camera. The depth to which metastasis and micrometastasis could be imaged depended on their size. A 60-micrometer diameter tumor was detectable at a depth of 0.5 mm whereas a 1, 800-micrometer tumor could be visualized at 2.2-mm depth. The simple, noninvasive, and highly selective imaging of growing tumors, made possible by strong GFP fluorescence, enables the detailed imaging of tumor growth and metastasis formation. This should facilitate studies of modulators of cancer growth including inhibition by potential chemotherapeutic agents.

Methods for monitoring gene expression are known in the art (see generally, Ausubel et al. (Ed.), Current Protocols in Molecular Biology, John Wiley & Sons, Inc.). However, whole-body external optical imaging of gene expression, which offers simple, noninvasive, highly selective, and real-time recording and analysis of gene expression in an intact multi-cellular organisms, e.g., animals, is not available currently. The present invention addresses this and other related needs in the art.

## DISCLOSURE OF THE INVENTION

The invention provides for whole-body external optical imaging of gene expression and methods for evaluating a candidate protocol or drug for treating diseases or disorders. The method uses a fluorophore operatively linked to the promoter of a gene and external optical imaging. Methods to screen for substances or genes that regulate target promoters are also provided.

In a specific embodiment, a method to monitor the expression of a gene is provided, which method comprises: a) delivering to a multi-cellular organism a nucleic acid encod-

US 6,649,159 B2

ing a fluorophore operatively linked to the promoter of a gene whose expression is to be analyzed or delivering a cell containing said nucleic acid; and b) observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations in said organism by whole-body external fluorescent optical imaging, whereby the expression of said gene is monitored.

In a preferred embodiment, a nucleic acid encoding a fluorophore operatively linked to the promoter of the gene is delivered directly to the organism. Also preferably, the nucleic acid encoding a fluorophore operatively linked to the promoter of the gene is in a viral vector such as a viral vector derived from adenovirus or a lentivirus.

In another preferred embodiment, a cell containing a nucleic acid encoding a fluorophore operatively linked to the promoter of the gene is delivered to the organism. More preferably, the cell is delivered to the organism via a surgical procedure such as direct implantation by surgical orthotopic implantation (SOI) at a desired site.

In still another preferred embodiment, the fluorophore operatively linked to the promoter of a gene is a humanized fluorophore. Also preferably, the fluorophore is a green fluorescent protein (GFP), a blue fluorescent protein (BFP) or a red fluorescent protein (RFP). More preferably, the GFP is the humanized hGFP-S65T.

In yet another preferred embodiment, the multi-cellular organism to be analyzed is a plant or an animal, including a transgenic animal. More preferably, the animal is a mammal. A human can also be analyzed by the present method.

In yet another preferred embodiment, the gene to be analyzed is expressed in a tissue or organ specific manner. More preferably, the gene is expressed in connective, epithelium, muscle or nerve tissue. Also more preferably, the gene is expressed in an internal animal organ such as brain, lung, liver, spleen, bone marrow, thymus, heart, lymph, blood, bone, cartilage, pancreas, kidney, gall bladder, stomach, intestine, testis, ovary, uterus, rectum, nervous system, gland, internal blood vessels, etc. Yet more preferably, the gene to be analyzed is a tumor or cancer associated gene such as an oncogene or a tumor suppressor gene.

In yet another preferred embodiment, the expression of more than one gene is monitored simultaneously.

In another specific embodiment, a method to evaluate a candidate protocol or drug for treating a disease or disorder is provided, which method comprises: a) administering said protocol or drug to a non-human mammalian subject which expresses a fluorophore under the direction of a promoter of a gene associated with a disease or disorder, and determining the expression of said promoter via observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations in said mammalian subject by whole-body external fluorescent optical imaging; b) determining the expression of said promoter, via observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations in said mammalian subject by whole-body external fluorescent optical imaging, in a control non-human mammalian subject which expresses said fluorophore under the direction of said promoter of said gene; and c) comparing the expression of said promoter determined in steps a) and b), wherein the expression determined in step a) is different from that in step b) identifies said protocol or drug as effective in treating the disease or disorder.

If overexpression of the gene is associated with the disease or disorder, the expression determined in step a) is

lower than that in step b) when said protocol or drug is effective in treating the disease or disorder.

If underexpression of the gene is associated with the disease or disorder, the expression determined in step a) is higher than that in step b) when said protocol or drug is effective in treating the infection.

Preferably, the disease or disorder is a cancer, an immune system disease or disorder, a metabolism disease or disorder, a muscle and bone disease or disorder, a nervous system disease or disorder, a signal disease or disorder, or a transporter disease or disorder.

Preferably, the non-human mammalian subject which expresses a fluorophore under the direction of a promoter of the gene is produced by delivering a nucleic acid encoding the fluorophore operatively linked to the promoter of the gene, or a cell containing the nucleic acid, to the non-human mammalian subject. Alternatively, the non-human mammalian subject used in the screen is a transgenic animal.

The non-human mammalian subject used in the screening is preferably a well established laboratory animal such as a mice, a rabbit or a non-human primate.

The fluorophore used in the screening is preferably a green fluorescent protein (GFP), a blue fluorescent protein (BFP) or a red fluorescent protein (RFP).

More than one candidate protocol or candidate drug is preferably screened for simultaneously.

If the non-human mammalian subject expresses a fluorophore under the direction of a promoter of an infectious organism, the expression determined in step a) is lower than that in step b) when said protocol or drug is effective in treating infection caused by the infectious organism.

The non-human mammalian subject used in the screening is preferably an infectious disease animal model.

The infectious organism screened against is preferably a fungus such as a yeast, a bacterium such as an eubacteria or an archaebacteria, or a virus such as a Class I virus, a Class II virus, a Class III virus, a Class IV virus, a Class V virus or a Class VI virus.

If the infection is caused by a bacterium, the candidate drug to be screened is preferably an antibiotic.

In still another specific embodiment, a method to screen for a modulator of the expression of a gene in a non-human multi-cellular organism is provided, which method comprises: a) administering a test substance to a non-human multi-cellular organism which expresses a fluorophore under the direction of a promoter of a gene, and determining the expression of said promoter via observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations in said multi-cellular organism by whole-body external fluorescent optical imaging; b) determining the expression of said promoter, via observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations by whole-body external fluorescent optical imaging, in a control multi-cellular organism which expresses said fluorophore under the direction of said promoter of said gene; and c) comparing the expression of said promoter determined in steps a) and b), wherein the expression determined in step a) is different from that in step b) identifies said test substance as a modulator of said gene expression. Preferably, the promoter is an endogenous promoter of the multi-cellular organism.

In yet another specific embodiment, a method to screen for a non-human multi-cellular organism that expresses a gene at an altered level is provided, which method com-

5

prises: a) administering a mutation-inducing agent or treatment to a non-human multi-cellular organism which expresses a fluorophore under the direction of a promoter of a gene, and determining the expression of said promoter via observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations in said multi-cellular organism by whole-body external fluorescent optical imaging; b) determining the expression of said promoter, via observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations by whole-body external fluorescent optical imaging in an untreated control multi-cellular organism which expresses said fluorophore under the direction of said promoter of said gene; and c) comparing the expression of said promoter determined in steps a) and b), wherein the expression determined in step a) is different from that in step b) identifies a multi-cellular organism that expresses said gene at the altered level. Preferably, the mutation-inducing agent or treatment causes a mutation in germ-line cells of the multi-cellular organism so that the desired mutation is stably-transferable to offspring of the multi-cellular organism.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A and 1B show the time course of expression of adenoviral-administered GFP in brain and liver respectively. Fluorescence first becomes visible in the brain within six (6) hours after local delivery and liver fluorescence became detectable at about seven (7) hours after injection into the tail vein.

FIGS. 2A and 2B art pertinent to administration of lentiviral vectors. FIG. 2A is a diagram of lentiviral vector GFP-LV. FIG. 2B is a diagram of a control observation method; whole body measurement involved use of a light box.

## MODES FOR CARRYING OUT THE INVENTION

### A. Definitions

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as is commonly understood by one of ordinary skill in the art to which this invention belongs. All patents, applications, published applications and other publications and sequences from GenBank and other data bases referred to herein are incorporated by reference in their entirety.

As used herein, "delivering a nucleic acid to a multi-cellular organism" refers to a process in which the nucleic acid is either administered directly into the body of the multi-cellular organism, or the nucleic acid is administered into a cell first, and then the cell containing the nucleic acid is administered into the body of the multi-cellular organism. After delivery into the organism, the nucleic acid may exist independently from the genome of the host organism or may be integrated into the genome of the host organism. If the nucleic acid is integrated into a germline cell of the host organism, such nucleic acid may be transmitted into the host organism's offspring.

As used herein, "whole-body external fluorescent optical imaging" refers to an imaging process in which the presence, absence or intensity of the fluorescence generated by the fluorophore at various locations in the host organism is monitored, recorded and/or analyzed externally without any procedure, e.g., surgical procedure, to expose and/or to excise the desired observing site from the host organism. To achieve the whole-body external fluorescent optical

6

imaging, it is necessary that the intensity of the fluorescence generated by the fluorophore is sufficiently high so that, even when the fluorescence site is an internal one within the host organism body, the fluorescence signal can be analyzed externally without exposing or excising the site from the host body, or while the animal is not controlled.

As no invasive procedures are required and the intensity of the signal is sufficiently great for direct observation, the animal may remain completely mobile and need not be restrained. The ability to provide a completely non-invasive observation protocol is highly significant. If the animal is traumatized either by, e.g., incision or by physical restraint, e.g., straps or pins, the alteration in metabolism may affect the expression of the genes in organs or tissues.

Since whole-body external fluorescent optical imaging are quick and easily amenable to automation, it can be used for monitoring large number of gene expression simultaneously. In addition, it can be employed in high-throughput screening methods for identifying protocols, substances including candidate drugs, and cis-acting regulators that regulate the expression of a target gene. Using the whole-body external fluorescent optical imaging provided in this application, multiple candidate protocols, substances, drugs, and cis-acting regulators can be screened for, either against a single target gene or against multiple target genes, in either a single animal or in multiple animals, simultaneously.

As used herein, "fluorophore" refers to a protein that is auto-fluorescent such that no other substrates or co-factors are needed for it to fluoresce. Non-limiting examples of such fluorophores include green fluorescent proteins (GFPs), blue fluorescent proteins (BFPs) and red fluorescent protein (RFPs), and functional fragments, derivatives and analogues thereof.

As used herein, "a promoter region or promoter element" refers to a segment of DNA or RNA that controls transcription of the DNA or RNA to which it is operatively linked. The promoter region includes specific sequences that are sufficient for RNA polymerase recognition, binding and transcription initiation. This portion of the promoter region is referred to as the promoter. In addition, the promoter region includes sequences that modulate this recognition, binding and transcription initiation activity of RNA polymerase. These sequences may be cis acting or may be responsive to trans acting factors. Promoters, depending upon the nature of the regulation, may be constitutive or regulated.

As used herein, "operatively linked or operationally associated" refers to the functional relationship of DNA with regulatory and effector sequences of nucleotides, such as promoters, enhancers, transcriptional and translational stop sites, and other signal sequences. For example, operative linkage of DNA to a promoter refers to the physical and functional relationship between the DNA and the promoter such that the transcription of such DNA is initiated from the promoter by an RNA polymerase that specifically recognizes, binds to and transcribes the DNA. In order to optimize expression and/or in vitro transcription, it may be necessary to remove, add or alter 5' untranslated portions of the clones to eliminate extra, potential inappropriate alternative translation initiation (i.e., start) codons or other sequences that may interfere with or reduce expression, either at the level of transcription or translation. Alternatively, consensus ribosome binding sites (see, e.g., Kozak, *J. Biol. Chem.*, 266:19867–19870 (1991)) can be inserted immediately 5' of the start codon and may enhance expression. The desirability of (or need for) such modification may be empirically determined.

US 6,649,159 B2

7

As used herein, "humanized fluorophore" refers to a fluorophore whose codon is modified according to the codon usage pattern in human genome to enhance its expression while substantially maintaining its fluorescent characteristics.

As used herein, "multi-cellular organism" refers to an organism with certain cell numbers, mass, and internal structure so that internal sites of such multi-cellular organism are not externally detectable by non-fluorescent optical imaging without exposing the internal sites. Sufficiently high intensity of internal fluorescence is needed for external fluorescent optical imaging of the internal site.

As used herein, "plant" refers to any of various photosynthetic, eucaryotic multi-cellular organisms of the kingdom Plantae, characteristically producing embryos, containing chloroplasts, having cellulose cell walls and lacking locomotion.

As used herein, "animal" refers to a multi-cellular organism of the kingdom of Animalia, characterized by a capacity for locomotion, nonphotosynthetic metabolism, pronounced response to stimuli, restricted growth and fixed bodily structure. Non-limiting examples of animals include birds such as chickens, vertebrates such fish and mammals such as mice, rats, rabbits, cats, dogs, pigs, cows, ox, sheep, goats, horses, monkeys and other non-human primates.

As used herein, "expressed in a tissue or organ specific manner" refers to a gene expression pattern in which a gene is expressed, either transiently or constitutively, only in certain tissues or organs, but not in other tissues or organs.

As used herein, "tissue" refers to a collection of similar cells and the intracellular substances surrounding them. There are four basic tissues in the body: 1) epithelium; 2) connective tissues, including blood, bone, and cartilage; 3) muscle tissue; and 4) nerve tissue.

As used herein, "organ" refers to any part of the body exercising a specific function, as of respiration, secretion or digestion.

As used herein, "disease or disorder" refers to a pathological condition in an organism resulting from, e.g., infection or genetic defect, and characterized by identifiable symptoms.

As used herein, neoplasm (neoplasia) refers to abnormal new growth, and thus means the same as tumor, which may be benign or malignant. Unlike hyperplasia, neoplastic proliferation persists even in the absence of the original stimulus.

As used herein, cancer refers to a general term for diseases caused by any type of malignant tumor.

As used herein, "oncogene" refers to a mutated and/or overexpressed version of a normal gene of animal cells (the proto-oncogene) that in a dominant fashion can release the cell from normal restraints on growth, and thus alone, or in concert with other changes, convert a cell into a tumor cell. Exemplary oncogenes include, but are not limited to, abl, erbA, erbB, ets, fes (fps), fgr, fms, fos, hst, int1, int2, jun, hit, B-lym, mas, met, mil (raf), mos, myb, myc, N-myc, neu (ErbB2), ral (mil), Ha-ras, Ki-ras, N-ras, rel, ros, sis, src, ski, trk and yes.

As used herein, "tumor suppressor gene" (or anti-oncogene, cancer susceptibility gene) refers to a gene that encodes a product which normally negatively regulates the cell cycle, and which must be mutated or otherwise inactivated before a cell can proceed to rapid division. Exemplary tumor suppressor genes include, but are not limited to, p16, p21, p53, RB (retinoblastoma), WT-1 (Wiln's tumor), DCC

8

(deleted in colonic carcinoma), NF-1 (neurofibrosarcoma) and APC (adenomatous polypopsis coli).

As used herein, "an immune system disease or disorder" refers to a pathological condition caused by a defect in the immune system. The immune system is a complex and highly developed system, yet its mission is simple: to seek and kill invaders. If a person is born with a severely defective immune system, death from infection by a virus, bacterium, fungus or parasite will occur. In severe combined immunodeficiency, lack of an enzyme means that toxic waste builds up inside immune system cells, killing them and thus devastating the immune system. A lack of immune system cells is also the basis for DiGeorge syndrome: improper development of the thymus gland means that T cell production is diminished. Most other immune disorders result from either an excessive immune response or an 'autoimmune attack'. For example, asthma, familial Mediterranean fever and Crohn disease (inflammatory bowel disease) all result from an over-reaction of the immune system, while autoimmune polyglandular syndrome and some facets of diabetes are due to the immune system attacking 'self' cells and molecules. A key part of the immune system's role is to differentiate between invaders and the body's own cells—when it fails to make this distinction, a reaction against 'self' cells and molecules causes autoimmune disease.

As used herein, "a metabolism disease or disorder" refers to a pathological condition caused by errors in metabolic processes. Metabolism is the means by which the body derives energy and synthesizes the other molecules it needs from the fats, carbohydrates and proteins we eat as food, by enzymatic reactions helped by minerals and vitamins. There is a significant level of tolerance of errors in the system: often, a mutation in one enzyme does not mean that the individual will suffer from a disease. A number of different enzymes may compete to modify the same molecule, and there may be more than one way to achieve the same end result for a variety of metabolic intermediates. Disease will only occur if a critical enzyme is disabled, or if a control mechanism for a metabolic pathway is affected.

As used herein, "a muscle and bone disease or disorder" refers to a pathological condition caused by defects in genes important for the formation and function of muscles, and connective tissues. Connective tissue is used herein as a broad term that includes bones, cartilage and tendons. For example, defects in fibrillin—a connective tissue protein that is important in making the tissue strong yet flexible—cause Marfan syndrome, while diastrophic dysplasia is caused by a defect in a sulfate transporter found in cartilage. Two diseases that originate through a defect in the muscle cells themselves are Duchenne muscular dystrophy (DMD) and myotonic dystrophy (DM). DM is another 'dynamic mutation' disease, similar to Huntington disease, that involves the expansion of a nucleotide repeat, this time in a muscle protein kinase gene. DMD involves a defect in the cytoskeletal protein, dystrophin, which is important for maintaining cell structure.

As used herein, "a nervous system disease or disorder" refers to a pathological condition caused by defects in the nervous system including the central nervous system, i.e., brain, and the peripheral nervous system. The brain and nervous system form an intricate network of electrical signals that are responsible for coordinating muscles, the senses, speech, memories, thought and emotion. Several diseases that directly affect the nervous system have a genetic component: some are due to a mutation in a single gene, others are proving to have a more complex mode of

9

inheritance. As our understanding of the pathogenesis of neurodegenerative disorders deepens, common themes begin to emerge: Alzheimer brain plaques and the inclusion bodies found in Parkinson disease contain at least one common component, while Huntington disease, fragile X syndrome and spinocerebellar atrophy are all 'dynamic mutation' diseases in which there is an expansion of a DNA repeat sequence. Apoptosis is emerging as one of the molecular mechanisms invoked in several neurodegenerative diseases, as are other, specific, intracellular signaling events. The biosynthesis of myelin and the regulation of cholesterol traffic also figure in Charcot-Marie-Tooth and Neimann-Pick disease, respectively.

As used herein, "a signal disease or disorder" refers to a pathological condition caused by defects in the signal transduction process. Signal transduction within and between cells mean that they can communicate important information and act upon it. Hormones released from their site of synthesis carry a message to their target site, as in the case of leptin, which is released from adipose tissue (fat cells) and transported via the blood to the brain. Here, the leptin signals that enough has been eaten. Leptin binds to a receptor on the surface of hypothalamus cells, triggering subsequent intracellular signaling networks. Intracellular signaling defects account for several diseases, including cancers, ataxia telangiectasia and Cockayne syndrome. Faulty DNA repair mechanisms are also invoked in pathogenesis, since control of cell division, DNA synthesis and DNA repair all are inextricably linked. The end-result of many cell signals is to alter the expression of genes (transcription) by acting on DNA-binding proteins. Some diseases are the result of a lack of or a mutation in these proteins, which stop them from binding DNA in the normal way. Since signaling networks impinge on so many aspects of normal function, it is not surprising that so many diseases have at least some basis in a signaling defect.

As used herein, "a transporter disease or disorder" refers to a pathological condition caused by defects in a transporter, channel or pump. Transporters, channels or pumps that reside in cell membranes are key to maintaining the right balance of ions in cells, and are vital for transmitting signals from nerves to tissues. The consequences of defects in ion channels and transporters are diverse, depending on where they are located and what their cargo is. For example, in the heart, defects in potassium channels do not allow proper transmission of electrical impulses, resulting in the arrhythmia seen in long QT syndrome. In the lungs, failure of a sodium and chloride transporter found in epithelial cells leads to the congestion of cystic fibrosis, while one of the most common inherited forms of deafness, Pendred syndrome, looks to be associated with a defect in a sulphate transporter.

As used herein, "infection" refers to invasion of the body of a multi-cellular organism with organisms that have the potential to cause disease.

As used herein, "infectious organism" refers to an organism that is capable to cause infection of a multi-cellular organism. Most infectious organisms are microorganisms such as viruses, bacteria and fungi.

As used herein, "bacteria" refers to small prokaryotic organisms (linear dimensions of around 1 $\mu$m) with noncompartmentalized circular DNA and ribosomes of about 70S. Bacteria protein synthesis differs from that of eukaryotes. Many anti-bacterial antibiotics interfere with bacteria proteins synthesis but do not affect the infected host.

As used herein, "eubacteria" refers to a major subdivision of the bacteria except the archaebacteria. Most Gram-

10

positive bacteria, cyanobacteria, mycoplasmas, enterobacteria, pseudomonas and chloroplasts are eubacteria. The cytoplasmic membrane of eubacteria contains esterlinked lipids; there is peptidoglycan in the cell wall (if present); and no introns have been discovered in eubacteria.

As used herein, "archaebacteria" refers to a major subdivision of the bacteria except the eubacteria. There are 3 main orders of archaebacteria: extreme halophiles, methanogens and sulphur-dependent extreme thermophiles. Archaebacteria differs from eubacteria in ribosomal structure, the possession (in some case) of introns, and other features including membrane composition.

As used herein, "virus" refers to obligate intracellular parasites of living but non-cellular nature, consisting of DNA or RNA and a protein coat. Viruses range in diameter from about 20 to about 300 nm. Class I viruses (Baltimore classification) have a double-stranded DNA as their genome; Class II viruses have a single-stranded DNA as their genome; Class III viruses have a double-stranded RNA as their genome; Class IV viruses have a positive single-stranded RNA as their genome, the genome itself acting as mRNA; Class V viruses have a negative single-stranded RNA as their genome used as a template for mRNA synthesis; and Class VI viruses have a positive single-stranded RNA genome but with a DNA intermediate not only in replication but also in mRNA synthesis. The majority of viruses are recognized by the diseases they cause in plants, animals and prokaryotes. Viruses of prokaryotes are known as bacteriophages.

As used herein, "fungi" refers to a division of eucaryotic organisms that grow in irregular masses, without roots, stems, or leaves, and are devoid of chlorophyll or other pigments capable of photosynthesis. Each organism (thallus) is unicellular to filamentous, and possess branched somatic structures (hyphae) surrounded by cell walls containing glucan or chitin or both, and containing true nuclei.

As used herein, "antibiotic" refers to a substance either derived from a mold or bacterium or organically synthesized, that inhibits the growth of certain microorganisms without substantially harming the host of the microorganisms to be killed or inhibited.

As used herein, "test substance" refers to a chemically defined compound (e.g., organic molecules, inorganic molecules, organic/inorganic molecules, proteins, peptides, nucleic acids, oligonucleotides, lipids, polysaccharides, saccharides, or hybrids among these molecules such as glycoproteins, etc.) or mixtures of compounds (e.g., a library of test compounds, natural extracts or culture supernatants, etc.) whose effect on the promoter to be analyzed is determined by the disclosed and/or claimed methods herein.

For clarity of disclosure, and not by way of limitation, the detailed description of the invention is divided into the subsections that follow.

B. Methods of Whole-Body External Optical Imaging of Gene Expression

In a specific embodiment, a method to monitor the expression of a gene is provided herein, which method comprises: a) delivering to a multi-cellular organism a nucleic acid encoding a fluorophore operatively linked to the promoter of a gene whose expression is to be analyzed or a cell containing said nucleic acid; and b) observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations in said organism by wholebody external fluorescent optical imaging, whereby the expression of said gene is monitored.

The present methods can be used to monitor gene expression for any suitable purposes including prognostic, diag-

US 6,649,159 B2

11

nostic and screening purposes. For example, if abnormal gene expression is associated with a disease or disorder in a multi-cellular organism such as a plant or an animal, the present method can be used in prognosis or diagnosis by monitoring the abnormal gene expression. The present monitoring methods are advantageous over the currently available gene expression monitoring methods in several aspects. First, the present monitoring methods can avoid any invasive procedures and this is particularly advantageous for human clinical uses. Second, the present monitoring methods offer in vivo, real-time and continuous monitor and analysis of gene expression in plants or animals, which cannot be accomplished using the currently available monitoring methods. Third, the present monitoring methods are quick and easily amenable to automation, which are important for monitoring large number of gene expression simultaneously. Since many diseases or disorders involve abnormal gene expression of more than gene, the present monitoring methods are particularly suitable for the prognosis and diagnosis of these diseases or disorders. Besides prognosis or diagnosis, if expression of certain genes is a good indicator of tissue or organ health or functionality, the present monitoring methods can also be used in monitoring the health or functionality of these tissues or organs without any invasive procedures.

1. Methods for Delivering the Nucleic Acids into the Multi-Cellular Organism

The nucleic acids encoding a fluorophore operatively linked to the promoter of a gene whose expression is to be analyzed can be a DNA or a RNA. Such nucleic acids can be delivered into the body of the multi-cellular organism by any methods known in the art.

For example, if the host multi-cellular organism is an animal, the DNA or RNA sequence can be delivered to the interstitial space of tissues of the animal body, including those of muscle, skin, brain, lung, liver, spleen, bone marrow, thymus, heart, lymph, blood, bone, cartilage, pancreas, kidney, gall bladder, stomach, intestine, testis, ovary, uterus, rectum, nervous system, eye, gland, and connective tissue. Interstitial space of the tissues comprises the intercellular, fluid, mucopolysaccharide matrix among the reticular fibers or organ tissues, elastic fibers in the walls of vessels or chambers, collagen fibers of fibrous tissues, or that same matrix within connective tissue ensheathing muscle cells or in the lacunae of bone. It is similarly the space occupied by the plasma of the circulation of the lymph fluid of the lymphatic channels.

The DNA or RNA sequence can be conveniently delivered by injection into the tissues comprising these cells. They are preferably delivered to and expressed in persistent, non-dividing cells which are differentiated, although delivery and expression can be achieved in non-differentiated or less completely differentiated cells, such as, for example, stem cells of blood or skin fibroblasts.

In a specific embodiment, the DNA or RNA sequence is delivered directly to a tissue of the host animal. Preferably, the DNA or RNA sequence is delivered directly to muscle, skin or mucous membrane. Delivery to the interstitial space of muscle tissue is preferred because muscle cells are particularly competent in their ability to take up and express polynucleotides.

The DNA or RNA sequence can be delivered directly to a tissue of the host animal by injection, by gene gun technology or by lipid mediated delivery technology. The injection can be conducted via a needle or other injection devices. The gene gun technology is disclosed in U.S. Pat.

12

No. 5,302,509 and the lipid mediated delivery technology is disclosed in U.S. Pat. No. 5,703,055.

In still another specific embodiment, the DNA or RNA sequence is delivered to a cell of host animal and said cell containing the DNA or RNA sequence is delivered to a suitable tissue of the host animal. Preferably, the DNA or RNA sequence is delivered to tail or portal vein of the host animal.

The DNA or RNA sequence can be delivered to the cells of the host animal by a number of methods (see generally Koprowski & Weiner, DNA vaccination/genetic vaccination, 1998. Springer-verlag Berlin Heidelberg) including $Ca_3(PO_4)_2$-DNA transfection (Sambrook et al., *Molecular Cloning,* 2nd Edition, Plainview, N.Y. Cold Spring Harbor Press, 1989), DEAE dextran-DNA transfection (Sambrook et al., *Molecular Cloning,* 2nd Edition, Plainview, N.Y. Cold Spring Harbor Press, 1989), electroporation (e.g., protocols from Bio-Rad), transfection using "LIPOFECTIN"™ reagent (e.g., protocols from BRL-Life Science), gene gun technology (U.S. Pat. No. 5,302,509), or viral gene delivery system (Kaplitt et al., *Viral Vectors, Academic Press, Inc.,* 1995).

Gold-particle based gene gun delivery is disclosed in U.S. Pat. No. 5,302,509. In a specific embodiment, Bio-Rad helios gene gun system is used in the DNA delivery. (BIO-RAD Inc. New England). The helios gene gun is a convenient, hand-held device that provides rapid and direct gene transfer in vivo. The device employs an adjustable, helium pulse to sweep DNA coated gold microcarriers from the inner wall of a small plastic cartridge directly into the target cells. The tubing prepstation and tubing cutter provide a simple way to prepare 50 cartridge "bullets" at a time.

In a preferred embodiment, a nucleic acid encoding a fluorophore operatively linked to the promoter of the gene is delivered directly to the organism. More preferably, the nucleic acid encoding a fluorophore operatively linked to the promoter of the gene is delivered to the organism, or to a cell to be delivered to the organism, in a viral vector such as a viral vector derived from adenovirus or a lentivirus.

Any viral vectors known in the art can be used. For example, vectors derived from a parvovirus (U.S. Pat. Nos. 5,252,479 and 5,624,820), a paramyxovirus such as simian virus 5 (SV5) (U.S. Pat. No. 5,962,274), a retrovirus such as HIV (U.S. Pat. Nos. 5,753,499 and 5,888,767), and a baculovirus such as a nuclear polyhedrosis virus (U.S. Pat. No. 5,674,747) can be used. Preferably, a vector derived from adenovirus can be used (U.S. Pat. Nos. 5,670,488, 5,817, 492, 5,820,868, 5,856,152, 5,981,225).

U.S. Pat. No. 5,670,488 discloses an adenoviral vector comprising an adenovirus genome from which one or more of the E4 open reading frames has been deleted, but retaining sufficient E4 sequences to promote virus replication in vitro, and additionally comprising a DNA sequence of interest operably linked to expression control sequences and inserted into said adenoviral genome.

U.S. Pat. No. 5,817,492 discloses a recombinant adenoviral vector comprising: two DNA sequences which serve as a substrate for a recombinase enzyme, an origin of replication which is operable in an animal cell, a promoter, a foreign gene and a poly(A) sequence, wherein said origin of replication, promoter, foreign gene and poly(A) sequence are located between the two DNA sequences, and wherein said vector contains an E1A gene region deletion.

U.S. Pat. No. 5,820,868 discloses a live recombinant bovine adenovirus vector (BAV) wherein a part or all of the E3 multiple gene coding region is replaced by a heterolo-

US 6,649,159 B2

13

gous nucleotide sequence encoding a foreign gene or fragment thereof. It also discloses a live recombinant bovine adenovirus vector (BAV) wherein part or all of the E3 multiple gene coding region is replaced by a heterologous nucleotide sequence encoding a foreign gene or fragment thereof and wherein said heterologous nucleotide sequence is optionally under the control of a promoter not normally associated with either said foreign gene or the bovine adenovirus genome.

U.S. Pat. No. 5,856,152 discloses a hybrid viral vector comprising: (a) adenovirus sequences comprising the adenovirus 5'and 3' cis-elements necessary for replication and virion encapsidation; and (b) adeno-associated virus sequences comprising the 5' and 3' ITRs of an adeno-associated virus, said adeno-associated virus sequences flanked by the adenoviral sequences of (a); and (c) a selected gene operatively linked to regulatory sequences which direct its expression in a target cell, said gene and regulatory sequences flanked by the adeno-associated virus sequences of (b).

U.S. Pat. No. 5,981,225 discloses a gene transfer vector consisting essentially of, in 5' to 3' orientation, the following elements: (i) a first adenovirus inverted terminal repeat, (ii) an adenoviral VAI gene and/or VAII gene, (iii) a gene foreign to adenovirus, wherein said gene is operably linked to a promoter functional in adenovirus target cells, and (iv) a second adenovirus inverted terminal repeat, wherein the order of elements (ii) and (iii) may be reversed; and wherein one or both of element (i) and element (iv) additionally comprise an adenovirus packaging signal, and wherein said vector is incapable of producing, in vitro, recombinant adenovirus virus particles which have encapsidated therein said vector unless said vector is co-transfected or co-infected into adenovirus host cells with adenovirus genomic DNA or adenovirus particles containing adenovirus genomic DNA, respectively.

In another preferred embodiment, cells containing a nucleic acid encoding a fluorophore operatively linked to the promoter of the gene are delivered to the organism. More preferably, the cells are delivered to the organism via a surgical procedure such as direct implantation by surgical orthotopic implantation (SOI) at a desired site (see e.g., Chang et al., *Anticancer Res.,* 19(5B):4199 (1999); and An et al., *Prostate,* 34(3 :169–74 (1998)).

It will be understood, that by introducing a nucleic acid molecule wherein a promoter is coupled to a nucleotide sequence encoding a fluorescent reporter gene, the introduced nucleic acid molecule can be used as a surrogate for the endogenous promoter. Thus, if the endogenous gene is over-expressed or under-expressed in the context of a particular condition, the behavior of the introduced construct will mimic that of the endogenous promoter. It is not necessary that the reporter-encoding nucleotide sequence be operably linked only to a promoter; the nucleotide sequence encoding reporter may be introduced into the nucleotide sequence encoding the protein normally under control of the promoter or coupled to another protein. Any method of operably linking the nucleotide sequence encoding reporter to the control sequences for the gene whose expression is to be monitored falls within the scope of the invention.

It will be seen that there are a number of ways to introduce this construct. First, the nucleic acid comprising the reporter encoding nucleotide sequence operably linked to the control sequences/promoter of interest can be introduced to the multicellular organism by direct injection, but preferably using a viral vector, such as a adenoviral vector or a antiviral

14

vector. Since the introduced construct is not endogenous, the expression of this construct essentially functions as a surrogate for the endogenous gene. That is, the same influences which influence the endogenous gene will also influence the introduced construct. Thus, the conclusions reached by observing the expression of the construct, including the effects of various treatments on such expression, can be extrapolated to, and are equally valid for, the counterpart endogenous gene.

Second, the reporter encoding nucleotide sequence could be introduced into the cells of a particular tissue by targeting to the promoter to be studied and inserted using position-specific techniques, such as homologous recombination. When this method is used, the expression of the endogenous promoter can be observed directly as well as can the effect of various treatments thereon.

Third, a construct such as those described for the first method can be provided to embryonic tissue to obtain transgenic organisms where the reporter construct is itself endogenous, see, for example, Fukumura, D., et al., *Cell* (1998) 94:715–725, incorporated herein by reference, which describes transgenic mice which use GFP as a reporter for VEGF promoter activity.

Techniques for all three methods are well known in the art.

2. Fluorophores

Any fluorophores known in the art can be used in the present methods. In a preferred embodiment, the fluorophore operatively linked to the promoter of a gene is a humanized fluorophore. Also preferably, the fluorophore is a green fluorescent protein (GFP), a blue fluorescent protein (BFP) and a red fluorescent protein (RFP). More preferably, the GFP is the humanized hGFP-S65T.

The native gene encoding GFP has been cloned from the bioluminescent jellyfish Aequorea victoria (Morin et al., *J. Cell Physiol.,* 77:313–318 (1972)). The availability of the gene has made it possible to use GFP as a marker for gene expression. GFP itself is a 283 amino acid protein with a molecular weight of 27 kD. It requires no additional proteins from its native source nor does it require substrates or cofactors available only in its native source in order to fluoresce (Prasher et al., *Gene,* 111:229–233 (1992); Yang et al., *Nature Biotechnol.,* 14:1252–1256 (1996); and Cody et al., *Biochemistry,* 32:1212–1218 (1993)). Mutants of the GFP gene have been found useful to enhance expression and to modify excitation and fluorescence. GFP-S65T (wherein serine at 65 is replaced with threonine) is particularly useful in the invention method and has a single excitation peak at 490 nm. (Heim et al., *Nature,* 373:663–664 (1995)); and U.S. Pat. No. 5,625,048). Other mutants have also been disclosed by Delagrade et al., *Biotechnology,* 13:151–154 (1995); Cormack et al., *Gene,* 173:33–38 (1996); and Cramer et al. *Nature Biotechnol.,* 14:315–319 (1996). Additional mutants are also disclosed in U.S. Pat. No. 5,625,048. By suitable modification, the spectrum of light emitted by the GFP can be altered. Thus, although the term "GFP" is used in the present application, the proteins included within this definition are not necessarily green in appearance. Various forms of GFP exhibit colors other than green and these, too, are included within the definition of "GFP" and are useful in the methods and materials of the invention. In addition, it is noted that green fluorescent proteins falling within the definition of "GFP" herein have been isolated from other organisms, such as the sea pansy, *Renilla reriformis.* Any suitable and convenient form of the GFP gene can be used in the invention. Techniques for labeling cells in general using GFP are disclosed in U.S. Pat. No. 5,491,084 (supra).

US 6,649,159 B2

15

Other GFP, BFP and RFP can be used in the present methods. For instances, the green fluorescent proteins encoded by nucleic acids with the following GenBank accession Nos. can be used: U47949 (AGP1); U43284; AF007834 (GFPuv); U89686 (*Saccharomyces cerevisiae* synthetic green fluorescent protein (cox3::GFPm-3) gene); U89685 (*Saccharomyces cerevisiae* synthetic green fluorescent protein (cox3::GFPm) gene); U87974 (Synthetic construct modified green fluorescent protein GFP5-ER (mgfp5-ER)); U87973 (Synthetic construct modified green fluorescent protein GFP5 (mgfp5)); U87625 (Synthetic construct modified green fluorescent protein GFP-ER (mfgp4-ER)); U87624 (Synthetic construct green fluorescent protein (mgfp4) mRNA); U73901 (Aequorea victoria mutant 3); U50963 (Synthetic); U70495 (soluble-modified green fluorescent protein (smGFP)); U57609 (enhanced green fluorescent protein gene); U57608 (enhanced green fluorescent protein gene); U57607 (enhanced green fluorescent protein gene); U57606 (enhanced green fluorescent protein gene); U55763 (enhanced green fluorescent protein (egfp); U55762 (enhanced green fluorescent protein (egfp); U55761 (enhanced green fluorescent protein (egfp); U54830 (Synthetic *E. coli* Tn3-derived transposon green fluorescent protein (GF); U36202; U36201; U19282; U19279; U19277; U19276; U19281; U19280; U19278; L29345 (Aequorea victoria); M62654 (Aequorea victoria); M62653 (Aequorea victoria); AAB47853 ((U87625) synthetic construct modified green fluorescent protein (GFP-ER)); AAB47852 ((U87624) synthetic construct green fluorescent protein).

Similarly, the blue fluorescent proteins encoded by nucleic acids with the following GenBank accession Nos. can be used: U70497 (soluble-modified blue fluorescent protein (smBFP); 1BFP (blue variant of green fluorescent protein); AAB16959 (soluble-modified blue fluorescent protein).

Also similarly, the red fluorescent proteins encoded by nucleic acids with the following GenBank accession Nos. can be used: U70496 (soluble-modified red-shifted green fluorescent protein (smRSGFP); AAB16958 (U70496) soluble-modified red-shifted green fluorescent protein).

A fluorophore that changes color with time is reported by Teiskikh, A., et al., *Science* (2000) 290:1585–1588, incorporated herein by reference. This permits tracing time dependent expression.

3. Multi-Cellular Organisms

The present methods can be used in monitoring gene expression in any suitable multi-cellular organisms. In a preferred embodiment, the multi-cellular organism to be analyzed is a plant or an animal, including a transgenic animal. More preferably, the animal is a mammal including a human. Animals that can be analyzed with the present monitoring methods include, but are not limited to, mice, rats, rabbits, cats, dogs, pigs, cows, ox, sheep, goats, horses, monkeys and other non-human primates.

4. Tissue or Organ Specific Gene Expression

The present methods can be used in monitoring expression of genes that are expressed in a tissue or organ specific manner. The present methods can be used in monitoring health and/or functionality of tissues and/or organs if expression pattern of certain genes are associated with health

16

and/or functionality of these tissues and organs. Preferably, the gene to be monitored is expressed in connective, epithelium, muscle or nerve tissue. Also preferably, the gene to be monitored is expressed in an accessory organ of the eye, annulospiral organ, auditory organ, Chievitz organ, circumventricular organ, Corti organ, critical organ, enamel organ, end organ, external female genital organ, external male genital organ, floating organ, flower-spray organ of Ruffini, genital organ, Golgi tendon organ, gustatory organ, organ of hearing, internal female genital organ, internal male genital organ, intromittent organ, Jacobson organ, neurohemal organ, neurotendinous organ, olfactory organ, otolithic organ, ptotic organ, organ of Rosenmüller, sense organ, organ of smell, spiral organ, subcommissural organ, subfornical organ, supernumerary organ, tactile organ, target organ, organ of taste, organ of touch, urinary organ, vascular organ of lamina terminalis, vestibular organ, vestibulocochlear organ, vestigial organ, organ of vision, visual organ, vomeronasal organ, wandering organ, Weber organ and organ of Zuckerkandl. More preferably, the gene to be monitored is expressed in an internal animal organ such as brain, lung, liver, spleen, bone marrow, thymus, heart, lymph, blood, bone, cartilage, pancreas, kidney, gall bladder, stomach, intestine, testis, ovary, uterus, rectum, nervous system, gland, internal blood vessels, etc.

In other embodiments, the fluorophore, e.g., GFP, BFP or RFP, can be operatively linked to the following animal transcriptional control regions that exhibit tissue specificity to monitor these tissue specific gene expressions in animals: elastase I gene control region which is active in pancreatic acinar cells (Swift et al., *Cell* 38:639–646 (1984); Ornitz et al., *Cold Spring Harbor Symp. Quant. Biol.* 50:399–409 (1986); MacDonald, *Hepatology* 7:425–515 (1987)); insulin gene control region which is active in pancreatic beta cells (Hanahan et al., *Nature* 315:115–122 (1985)), immunoglobulin gene control region which is active in lymphoid cells (Grosschedl et al., *Cell* 38:647–658 (1984); Adams et al., *Nature* 318:533–538 (1985); Alexander et al., *Mol. Cell Biol.* 7:1436–1444 (1987)), mouse mammary tumor virus control region which is active in testicular, breast, lymphoid and mast cells (Leder et al., *Cell* 45:485–495 (1986)), albumin gene control region which is active in liver (Pinckert et al., *Genes and Devel.* 1:268–276 (1987)), alpha-fetoprotein gene control region which is active in liver (Krumlauf et al., *Mol. Cell. Biol.* 5:1639–1648 (1985); Hammer et al., *Science* 235:53–58 1987)), alpha-1 antitrypsin gene control region which is active in liver (Kelsey et al., *Genes and Devel.* 1:161–171 (1987)), beta globin gene control region which is active in myeloid cells (Mogram et al., *Nature* 315:338–340 (1985); Kollias et al., *Cell* 46:89–94 (1986)), myelin basic protein gene control region which is active in oligodendrocyte cells of the brain (Readhead et al., *Cell* 48:703–712 (1987)), myosin light chain-2 gene control region which is active in skeletal muscle (Sani, *Nature* 314:283–286 (1985)), and gonadotrophic releasing hormone gene control region which is active in gonadotrophs of the hypothalamus (Mason et al., *Science* 234:1372–1378 (1986)).

5. Tumor or Cancer Associated Gene Expression

The present methods can be used in monitoring expression of genes that are specifically expressed in tumors or cancers. Preferably, the gene to be analyzed is a tumor or cancer associated gene such as an oncogene or a tumor suppressor gene. For instance, the expression of the oncogenes listed in the following Table 1 can be monitored by the present methods.

US 6,649,159 B2

17                                                                              18

TABLE 1

Oncogenes and tumor viruses

| Acronym | Virus | Species | Tumor origin | Comments |
|---|---|---|---|---|
| abl | Abelson leukemia | Mouse | Chronic myelogenous leukemia | TyrPK(src) |
| erbA | Erythroblastosis | Chicken | | Homology to human glucocorticoid receptor |
| erbB | Erythroblastosis | Chicken | | TryPK EGF/TGFc receptor |
| ets | E26 myeloblastosis | Chicken | | Nuclear |
| fes (fps)[a] | Snyder-Thellen sarcoma Gardner-Arnstein sarcoma | Cat | | TryPK(src) |
| fgr | Gardner-Rasheed sarcoma | Cat | | TyrPK(src) |
| fms | McDonough sarcoma | Cat | | TyrPK CSF-1 receptor |
| fps (fes)[a] | Fujinami sarcoma | Chicken | | TyrPK(src) |
| fos | FBJ osteosarcoma | Mouse | | Nuclear, TR |
| hst | NVT | Human | Stomach tumor | FGF homologue |
| intl | NVT | Mouse | MMTV-induced carcinoma | Nuclear, TR |
| int2 | NVT | Mouse | MMTV-induced carcinoma | FGF homologue |
| jun | ASV17 sarcoma | Chicken | | Nuclear, TR |
| hit | Hardy-Zuckerman 4 sarcoma | Cat | | TyrPK GFR L |
| B-lym | NVT | Chicken | Bursal lymphoma | |
| mas | NVT | Human | Epidermoiod carcinoma | Potentiates response to angiotensin II |
| met | NVT | Mouse | Osteosarcoma | TyrPK GFR L |
| mil (raf)[b] | Mill Hill 2 acute leukemia | Chicken | | Ser/ThrPK |
| mos | Moloney sarcoma | Mouse | | Ser/ThrPK |
| myb | Myeloblastosis | Chicken | Leukemia | Nuclear, TR |
| myc | MC29 myelocytomatosis | Chicken | Lymphomas | Nuclear TR |
| N-myc | NVT | Human | Neuroblastomas | Nuclear |
| neu (ErbB2) | NVT | Rat | Neuroblastoma | TryPK GFR L |
| ral (mil)[b] | 3611 sarcoma | Mouse | | Ser/ThrPK |
| Ha-ras | Harvey murine sarcoma | Rat | Bladder, mammary and skin carcinomas | GTP-binding |
| Ki-ras | Kirsten murine sarcoma | Rat | Lung, colon carcinomas | GTP-binding |
| N-ras | NVT | Human | Neuroblastomas leukaemias | GTP-binding |
| rel | Reticuloendothe-liosis | Turkey | | |
| ros | UR2 | Chicken | | TyrPK GFR L |
| sis | Simian sarcoma | Monkey | | One chain of PDGF |
| src | Rous sarcoma | Chicken | | TyrPK |
| ski | SKV770 | Chicken | | Nuclear |
| trk | NVT | Human | Colon carcinoma | TyrPK GFR L |
| yes | Y73, Esh sarcoma | Chicken | | TyrPK(src) |

Similarly, the expression of the following tumor suppressor genes can be monitored by the present methods: p16, p21, p27, p53, RB, WT-1, DCC, NF-1 and APC.

Since abnormally high level of oncogene expression and abnormally low expression of tumor suppressor gene are often good indicators of oncogenesis, the present methods can be used in prognosis or diagnosis of cancer, in monitoring the development of oncogenesis and in evaluating the efficacy of the cancer therapy.

C. Methods to Evaluate a Candidate Protocol or Drug for Treating Disease or Disorder

Since the method of the invention evaluates gene expression with regard to particular control sequences, the effect of various compounds, treatments (such as irradiation) or other perturbations of the genetic environment can be evaluated for their effect on expression using the methods of the invention. Thus, gene toxic agents, for example, can be identified.

In a specific embodiment, a method to evaluate a candidate protocol or drug for treating a disease or disorder is provide herein, which method comprises: a) administering said protocol or drug to a non-human mammalian subject which expresses a fluorophore under the direction of a promoter of a gene associated with a disease or disorder, and determining the expression of said promoter via observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations in said mammalian subject by whole-body external fluorescent optical imaging; b) determining the expression of said promoter, via observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations in said mammalian subject by whole-body external fluorescent optical imaging, in a control non-human mammalian subject which expresses said fluorophore under the direction of said promoter of said gene; and c) comparing the expression of said promoter determined in steps a) and b), wherein the expression determined in step a) is different from that in step b) identifies said protocol or drug as effective in treating the disease or disorder.

In a preferred embodiment, overexpression of the gene is associated with the disease or disorder and the expression determined in step a) is lower than that in step b) identifies said protocol or drug as effective in treating the disease or disorder.

US 6,649,159 B2

19

In another preferred embodiment, underexpression of the gene is associated with the disease or disorder and the expression determined in step a) is higher than that in step b) identifies said protocol or drug as effective in treating the infection.

In still another preferred embodiment, the non-human mammalian subject which expresses a fluorophore under the direction of a promoter of a gene associated with a disease or disorder is produced by delivering a nucleic acid encoding the fluorophore operatively linked to the promoter, or a cell containing the nucleic acid, to the non-human mammalian subject (see Section B supra).

Any non-human mammalian subject can be used in the present screening methods. Preferably, the non-human mammalian subject used in the screening is a well established laboratory animal such as a mice, a rabbit or a non-human primate. Also preferably, the non-human mammalian subject used in the screening is an infectious disease animal model. Still preferably, the non-human mammalian subject used in the screen is a transgenic animal.

Any fluorophores known in the art, including the ones described in Section B, can used in the present screening methods. In a preferred embodiment, the fluorophore used in the screening is s a green fluorescent protein (GFP), a blue fluorescent protein (BFP) or a red fluorescent protein (RFP).

The present methods can be used to screen candidate protocols or drugs for treating any known diseases or disorders. In a preferred embodiment, the diseases or disorders to be screened against are cancers, immune system diseases or disorders, metabolism diseases or disorders, muscle and bone diseases or disorders, nervous system diseases or disorders, signal diseases or disorders and transporter diseases or disorders.

In yet another preferred embodiment, the non-human mammalian subject expresses a fluorophore under the direction of a promoter of an infectious organism and the expression determined in step a) is lower than that in step b) identifies said protocol or drug as effective in treating infection caused by the infectious organism.

The non-human mammalian subject used in the screening may be an infectious disease animal model.

The infectious organism screened against may be a fungus such as a yeast, a bacterium such as an eubacteria or an archaebacteria, or a virus such as a Class I virus, a Class II virus, a Class III virus, a Class IV virus, a Class V virus or a Class VI virus.

Any substances can be screened using the present screening methods for finding drug candidates for treating infection. In a preferred embodiment, a combinatorial library is used in the screening assays. Methods for synthesizing combinatorial libraries and characteristics of such combinatorial libraries are known in the art (See generally, *Combinatorial Libraries: Synthesis, Screening and Application Potential* (Cortese Ed.) Walter de Gruyter, Inc., 1995; Tietze and Lieb, *Curr. Opin. Chem. Biol.,* 2(3):363–71 (1998); Lam, *Anticancer Drug Des.,* 12(3 :145–67 (1997); Blaney and Martin, *Curr. Opin. Chem. Biol.,* 1(1):54–9 (1997); and Schultz and Schultz, *Biotechnol. Prog.,* 12(6 :729–43 (1996)).

If the infection is caused by bacteria, known antibiotics can be screened using the present screening methods for finding a suitable drug candidate. Preferably, the antibiotics to be screened are aminoglycosides (e.g., streptomycin, gentamicin, sisomicin, tobramycin, amicacin), ansamycins (e.g., rifamycin), antimycotics polyenes (e.g., nystatin, pimaricin, amphotericin B., pecilocin), benzofuran deriva-

20

tives (e.g., griseofulvin), β-lactam antibiotics penicillins (e.g., penicillin G and its derivatives, oral penicillins, penicillinase-fixed penicillin broad-spectrum penicillins, penicillins active against Proteus and Pseudomonas), cephalosporins (e.g., cephalothin, cephaloridine, cephalexin, cefazolin, cefotaxime), chloramphenicol group (e.g., chloramphenicol, thiamphenicol, azidamphenicol), lmidazole fluconazole, itraconazole, linosamides (e.g., lincomycin, clindamycin), macrolides (e.g., azithromycin, erythromycin, oleandomycin, spiramycin, clarithromycin), peptides, peptolides, polypeptides (e.g., polymyxin B and E, bacitracin, tyrothricin, capreomycin, vancomycin), quinolones (e.g., nalidixic acid, ofloxacin, ciprofloxacin, norfloxin), tetracyclines (e.g., tetracycline, oxytetracycline, minocycline, doxycycline) and other antibiotics (e.g., phosphomycin, fusidic acid).

D. Methods to Screen for Gene Expression Modulators and Regulators

The above-described screening methods can also be used to identify gene expression modulators, i.e., trans-acting substances that modulate the expression of a target gene in a multi-cellular organism, or regulators, i.e., cis-acting genes of a multi-cellular organism that regulate the expression of the target gene. Besides for identifying disease or disorder treatment protocols or drugs, the screening methods described herein have wide applications in industrial, agricultural, environmental protection and many other fields. For example, transgenic animals such as transgenic cows are commercially used. It is desirable to find a suitable substance that increases the expression of the transgene and such substance can be added to the animal feed. Similarly, it is desirable to find and modify gene(s) within the transgenic cow that enhances the expression of the target transgene.

Once it is decided that alteration of the expression level of a target gene is desirable, a fluorophore can be operatively linked to the promoter, or other transcriptional control region, of the target gene and be expressed in a multi-cellular organism. Then, the multi-cellular organism expressing the fluorophore can be treated with a test substance to identify which substance modulates the fluorophore expression. Alternatively, the multi-cellular organism expressing the fluorophore itself can be mutagenized to identify genes within itself that alter the fluorophore expression. These screening principles have long been used to identify cis- or trans-acting regulators of gene expression in unicellular organisms such as bacteria or yeast. However, due to the lack of quick and simple screening methods, such screening are impractical for multi-cellular organisms such as plants and animals. The whole-body external optical imaging of gene expression disclosed herein makes such screening or mutant-haunt practical for multi-cellular organisms.

In a specific embodiment, a method to screen for a modulator of the expression of a gene in a multi-cellular organism is provided herein, which method comprises: a) administering a test substance to a non-human multi-cellular organism which expresses a fluorophore under the direction of a promoter of a gene, and determining the expression of said promoter via observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations in said multi-cellular organism by whole-body external fluorescent optical imaging; b) determining the expression of said promoter, via observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations by whole-body external fluorescent optical imaging, in a control multi-cellular organism which expresses said fluorophore under the direc-

21                                                                    22

tion of said promoter of said gene; and c) comparing the expression of said promoter determined in steps a) and b), wherein the expression determined in step a) is different from that in step b) identifies said test substance as a modulator of said gene expression. Preferably, the promoter is an endogenous promoter of the multi-cellular organism.

In another specific embodiment, a method to screen for a multi-cellular organism that expresses a gene at an altered level is provided herein, which method comprises: a) administering a mutation-inducing agent or treatment to a non-human multi-cellular organism which expresses a fluorophore under the direction of a promoter of a gene, and determining the expression of said promoter via observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations in said multi-cellular organism by whole-body external fluorescent optical imaging; b) determining the expression of said promoter, via observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations by whole-body external fluorescent optical imaging, in an untreated control multi-cellular organism which expresses said fluorophore under the direction of said promoter of said gene; and c) comparing the expression of said promoter determined in steps a) and b), wherein the expression determined in step a) is different from that in step b) identifies a multi-cellular organism that expresses said gene at said altered level. Preferably, the mutation-inducing agent or treatment causes a mutation in germ-line cells of the multi-cellular organism so that the desired mutation is stably-transferable to offspring of the multi-cellular organism.

In addition, the various protocols described in the art for "Big Blue" transgenic mice can be utilized in the system of the invention.

The following examples are included for illustrative purposes only and are not intended to limit the scope of the invention.

EXAMPLE 1

Visualization of Gene Expression in Various Tissues using Adenovirus

Four six-week-old male of female nude/nude, nude/+, or C57BL/6 mice were used. All animal studies were conducted in accordance with the principles and procedures outlined in the National Institute of Health Guide for the Care and Use of Animals under assurance number A3873-1. Mice were fed with autoclaved laboratory rodent diet (Tecklad LM-485, Western Research Products, Orange, Calif.).

The vector employed was adenoviral (vAd) vector AdCMV5GFPAE1/AE3 [vAd-green fluorescent protein (GFP)] (Quantum, Montreal, Canada), which expresses enhanced GFP and the ampicillin resistance gene.

This vector was provided to various tissues to visualize expression of the CMV promoter in these tissues. Expression of reporter under control of any desired promoter can be visualized by suitable modification of this vector, as described above.

Liver: After exposure of the portal vein following an upper midline abdominal incision, total volume of 100 $\mu l$ ($8 \times 10^{10}$ pfu/ml) vAd-GFP per mouse were injected in the portal vein using a 1 ml 39G1 latex-free syringe (Becton Dickinson, Franklin Lakes, N.J.). The puncture hole of portal vein was pressed for about 10 seconds with sterile cotton to stop any bleeding. The incision in the abdominal

wall was closed with a 7-0 surgical suture in one layer. The animals were kept under Ketamine anesthesia during surgery. All procedures of the operation described above were performed with a 7× magnification microscope (Leica MZ6, Nussloch, Germany). Animals were kept in a barrier facility under HEPA filtration.

Brain: The parietal bone of the skull was exposed after an upper midline scalp incision. Twenty microliters containing $8 \times 10^{10}$ plaque-forming units (pfu)/ml vAd-GFP per mouse was injected in the brain by using a 1-ml 27G1/2 latex-free syringe (Becton Dickinson). The puncture hole in the skull was plugged with bone wax. The incision in the scalp was closed with a 7-0 surgical suture in one layer. The animals were kept under isofluorane anesthesia during surgery.

Pancreas: The pancreas was exposed after an upper midline abdominal incision. One-hundred microliters containing $8 \times 10^{10}$ pfu/ml vAd-GFP per mouse was injected in the pancreas by using a 1-ml $30G_{1/2}$ latex-free syringe (Becton Dickinson). The puncture hole was pressed for about 10 sec with sterile cotton for hemostasis. The incision was closed with a 7-0 surgical suture in one layer. The animals were kept under Kersel anesthesia during surgery. All procedures of the operation described above were performed with a ×7 magnification stereo microscope.

Prostate: The bladder and prostate were exposed after a lower midline abdominal incision. Thirty microliters containing $8 \times 10^{10}$ pfu/ml vAd-GFP per mouse was injected in the prostate by using a 1-ml $30G_{1/2}$ latex-free syringe (Becton Dickinson). The puncture hole in the prostate was pressed for about 10 sec with sterile cotton for hemostasis. The incision in the abdominal wall was closed with a 6-0 surgical suture in one layer. The animals were kept under isofluorane anesthesia during surgery. All procedures of the operation described above were performed with a ×7 magnification stereo miscroscope.

Bone Marrow: For bone marrow injection, animals were anesthetized by inhalation of isofluorane. The skin on the hind leg was opened with a 1-cm incision to expose the tibia. A 27-gauge needle with latex-free syringe (Becton Dickinson) then was inserted in the bone marrow cavity. A total volume of 20 $\mu l$ ($8 \times 10^{10}$ pfu/ml) vAd-GFP per mouse was injected into the bone marrow cavity. The puncture hole in the bone was plugged with bone wax, and the incision was closed with a 6-0 surgical suture.

Visualization: For visualization at high magnification, Leica fluorescence stereo microscope, model LZ12, equipped with a 50-W mercury lamp, was used. Selective excitation of GFP was produced through a D425/60 band-pass filter and 470 DCXR dichroic mirror. Emitted fluorescence was collected through a long-pass filter GG475 (Chroma Technology, Brattleboro, Vt.) on a Hamamatsu C5810—3-chip cooled color charge-coupled device camera (Hamamatsu Photonics Systems, Bridgewater, N.J.). Images were processed for contrast and brightness and analyzed with the use of IMAGE PRO PLUS 3.1 software (Media Cybernetics, Silver Springs, Md.). Images of 1,024×724 pixels were captured directly on an IBM PC or continuously through video output on a high-resolution Sony VCR model SLV-R-1000 (Sony, Tokyo).

Imaging at lower magnification that visualized the entire animal was carried out in a light box illuminated by blue light fiber optics (Lightools Research, Encinitas, Calif.) and imaged by using the thermoelectrically cooled color charge-coupled device camera, as described above.

Quantitation: The intensity of GFP fluorescence is measured to account for variations in the exciting illumination

US 6,649,159 B2

23

with time and across the imaging area. These factors are corrected for by using the intrinsic red fluorescence of mouse skin as a base line to correct the increase over intrinsic green fluorescence caused by GFP. This can be done because there is relatively little red luminance in the GFP radiance. Consequently, the green fluorescence was calculated relative to red based on red and green channel composition in the skin image. A ratio (γ) of green to red channels was determined for each pixel in the image of skin without and with GFP. Values of γ for mouse skin throughout the image in the absence of GFP were fairly constant, varying between 0.7 and 1.0. The contribution of GFP fluorescence from within the animal increased the green component relative to red, which was reflected in higher γ values. The total amount of GFP fluorescence was approximated by multiplying the number of pixels in which value γ was higher than 1 times the γ value of each pixel. Such a product roughly corresponds to the integral GFP fluorescence $[\Gamma_{GFP}]$ above the maximum value of γ for skin without GFP. The number of pixels in mouse skin images with γ value >1.0 without GFP was less than 0.02% and increased with GFP expression. The value of $[\Gamma_{GFP}]$ is shown as a function of time after virus injection in FIGS. 1A and 1B for brain and liver respectively.

Images of the various organs were compared when taken at high magnification on live intact animals or similar organs viewed directly after death and dissection. The images show the distribution of gene expression in the various organs. In all cases, the images made externally are similar to those of the exposed organs.

When the live animal was viewed in a light box, it was also possible to monitor the expression of the gene, thus permitting a real time observation of the living animal and expression as it occurs in this animal. For example, a light box determination of expression of the GFP in nude mouse liver taken at 72 hours clearly shows this result. Similar results are observed in the nude mouse brain 24 hours after gene delivery. The method is quite sensitive in that the intensity of GFP fluorescence in the mouse liver at a depth of 0.8 mm under the skin was about 25% of that of the exposed organ. Gene expression is externally measurable if the average fluorescence of the GFP expressing organs is at least 20% above the average fluorescence of the surrounding skin, and at maximal level of GFP expression, the intensity in the liver exceeded more than 100 times the back dorsal and abdominal skin fluorescence.

EXAMPLE 2

Visualization of Genes Using Lentiviral Vectors

Lentiviral vectors have been shown to transduce a broad spectrum of non-dividing cells in vitro, such as neurons, retina, liver, muscle and hematopoietic stem cells (see, for example, Naldini, L. et al., *Science* (1996) 272:263–267; Kafri T. et al.; *Nat. Genet* (1997) 17:314–317; Takahashi, M. et al., *J. Virol* (1999) 73:7812–7816; Miyoshi, H. et al. *Science* (1999) 283:682–686). Although it has been reported that hepatocytes are refractory to lentiviral transduction unless they progress into the cell cycle (Park, F. et al. *Nat. Genet* (2000) 24:49–52), it is shown below that lentiviral gene delivery to the liver for expression visualization is practical.

A lentiviral vector based on HIV1 designated GFP-LV was used. This vector contains a self-inactivating mutation in the U-3 region, a post-transcriptional element, and an internal CMV promoter. It also contains cppt, the central

24

polypurine tract derived from HIV-pol and a woodchuck hepatitis virus post-transcriptional element (WPRE). A diagram of this vector is shown in FIG. 2A.

The vector GHP-LV at $1 \times 10^9$ IU was injected into the portal vein of nude mice; (Hsd:asymic nude-nu). Six (6) days after injection green fluorescence was testable in the liver using in-vivo fluorescence optical imaging, as shown in FIG. 2B. At day 21, all lobes of the liver of the mice injected with this vector exhibited a homogeneous green fluorescence.

GHP-LV at $1 \times 10^9$ IU was also injected intraperitoneally and this method also resulted in a high level of transduction of liver and spleen.

Western Blot demonstrated dose dependence of GFP expression in the range of $0.5–2.5 \times 10^9$ IU. Vector integration in the liver 3 weeks after injection was demonstrated by PCR.

Confirmation that the transduced cells were not rapidly dividing was achieved by administering 5' bromo-2' deoxyuridine (BrdU) 15 mgs/kg by daily IP injections in order to label dividing cells. While the cells in the duodenum showed high labelling, only about 3% of liver cells were BrdU positive in either control or lentiviral-treated livers.

EXAMPLE 3

Additional Applications

In addition to the procedures exemplified in Examples 1 and 2, the methods of the invention may be used to monitor expression of control sequences that are regulated by the unfolded protein response (UPR) as described, for example, by Niwa, M., et al., *Cell* (1999) 99:691–702, the contents of which are incorporated herein by reference. Another suitable target for study is the circadian rhythm controlling genes which were studied using less convenient techniques by Yamaguchi, S., et al, *Nature* (2001) 409:684, incorporated herein by reference.

Since modifications will be apparent to those of skill in this art, it is intended that this invention be limited only by the scope of the appended claims.

What is claimed is:

1. A method to monitor the ability of a promoter to promote expression in an animal of an endogenous gene that is controlled by said promoter, which method comprises:

   a) delivering, to an animal, cells containing a nucleic acid encoding a fluorophore operatively linked to the promoter of said endogenous gene whose ability to promote expression is to be analyzed; and

   b) observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations in said animal by whole-body external fluorescent optical imaging,

   whereby the ability of said promoter to promote expression is monitored, and

   wherein said fluorophore is a protein that is autofluorescent such that no substrates or cofactors are needed for it to fluoresce.

2. The method of claim 1, wherein the cells are delivered to the animal via a surgical procedure.

3. The method of claim 2, wherein the cells are delivered to the animal via direct implantation by surgical orthotopic implantation (SOI) at a desired site.

4. The method of claim 1, wherein the animal is a human and the fluorophore is a humanized fluorophore.

US 6,649,159 B2

25

**5**. The method of claim **1**, wherein the fluorophore is selected from the group consisting of a green fluorescent protein (GFP), a blue fluorescent protein (BFP) and a red fluorescent protein (RFP).

**6**. The method of claim **5**, wherein the animal is a human and the GFP is the humanized hGFP-S65T.

**7**. The method of claim **1**, wherein the animal is a mammal.

**8**. The method of claim **7**, wherein the mammal is selected from the group consisting of a mouse, a rat, a rabbit, a cat, a dog, a pig, a cow, an ox, a sheep, a goat, a horse, a monkey and a non-human primate.

**9**. The method of claim **1**, wherein the endogenous gene is normally expressed in a tissue or organ specific manner.

26

**10**. The method of claim **9**, wherein the tissue is selected from the group consisting of connective, epithelium, muscle and nerve tissues.

**11**. The method of claim **9**, wherein the organ is selected from the group consisting of brain, lung, liver, spleen, bone marrow, thymus, heart, lymph, blood, bone, cartilage, pancreas, kidney, gall bladder, stomach, intestine, testis, ovary, uterus, rectum, nervous system, gland, and internal blood vessels.

**12**. The method of claim **1**, wherein the endogenous gene is an endogenous tumor or cancer associated gene.

**13**. The method of claim **12**, wherein the tumor or cancer associated gene is an oncogene or a tumor suppressor gene.

*   *   *   *   *

# Exhibit 4

US006759038B2

(12) **United States Patent**　　(10) **Patent No.:**　　**US 6,759,038 B2**

Tan et al.　　(45) **Date of Patent:**　　**\*Jul. 6, 2004**

(54) **METASTASIS MODELS USING GREEN FLUORESCENT PROTEIN (GFP) AS A MARKER**

(75) Inventors: **Yuying Tan**, San Diego, CA (US); **Takashi Chishima**, Yokohama (JP)

(73) Assignee: **AntiCancer, Inc.**, San Diego, CA (US)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/870,268**

(22) Filed: **May 29, 2001**

(65) **Prior Publication Data**

US 2002/0026649 A1 Feb. 28, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/226,856, filed on Jan. 7, 1999, now Pat. No. 6,251,384, which is a continuation-in-part of application No. 09/067,734, filed on Apr. 28, 1998, now Pat. No. 6,235,968, which is a continuation-in-part of application No. 09/049,544, filed on Mar. 27, 1998, now Pat. No. 5,235,967, which is a continuation-in-part of application No. 08/848,539, filed on Apr. 28, 1997, now Pat. No. 6,232,523.

(51) Int. Cl.[7] ........................ A61K 48/00; C12N 5/00; C12N 15/63

(52) U.S. Cl. ............................ 424/93.21; 800/8; 800/9; 800/10; 435/320.1; 435/325; 435/455; 514/44

(58) Field of Search ............................. 435/325, 320.1, 435/455; 800/8, 9, 10; 514/44; 424/93.2, 93.21

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,650,135 A 7/1997 Contag et al. ............... 424/9.1
5,874,304 A 2/1999 Zolotukhin et al. ......... 435/366

FOREIGN PATENT DOCUMENTS

WO WO 97/18841 5/1997
WO WO 97/45550 12/1997
WO WO 98/49336 11/1998

OTHER PUBLICATIONS

Merriam–Webster Online, http://www.m–w.com/cgi–bin/ dictionary, definition of "intact". 2003.\*
Fu, X. et al., *Anticancer Res.* (1993) 13:283–286.
Heim, R. et al., *Nature* (1995) 373:663–664.
Hoffman, R.M., *Cancer Cells* (1991) 3:86–92.
Hoffman, *Investigational New Drugs* (1999) 17(4):343–359.
Hyer, M. L. et al., *Cancer Gene Therapy* (1997) 4(6):s29–s30.
Kaufman, R.J. et al., *Nucleic Acids Res.* (1991) 19:4485–4490.
Kaufman et al., *Annu. Rev. Immunol.* (1995) 13:339–367.
Khokha, R. et al., *Cancer Metastasis Rev.* (1995) 14:279–301.
Koop, S. et al., *Cancer Res.* (1995) 55:2520–2523.
Leighton, J., *Cancer Res.* (1957) 17:929–941.
Leighton, J., *Cancer Res.* (1960) 20:575–597.
Levy, J.P. et al., *Nature Biotechnol.* (1996) 14:610–614.
Li, Y. et al., *Biotechnologies*, (1997) 23:1026–1029.
Lin, W.C. et al., *Cancer Res.* (1990) 50:2808–2817.
Lin, W.C. et al., *Invasion and Metastasis* (1992) 12:197–209.
Margolis, L.B. et al., *In Vitro Cell Dev. Biol.* (1995) 31:221–226.
Margolis et al., *Annu. Rev. Immunol.* (1995) 13:339–367.
Miller et al., *FASEB* (1995) 9:190–199.
Morin, J. et al., *J. Cell. Physiol.* (1972) 77:313–318.
Plautz, J. D. et al., *Gene* (1996) 173:83–87.
Prasher, D.C. et al., *Gene* (1992) 111:229–233.
Romer et al., *APMIS* (1995) 103:582–587.
Vieweg et al., *Cancer Invest.* (1995) 13(2):193–201.
Yang et al., *Cancer Research* (1999) 59(4):781–786.
Yang et al., *Proc. SPIE–Int. Soc. Opt. Eng.* (1999) 117–124.
Yokoe, H. et al., *Nature Biotechnol.* (1996) 14:1252–1256.
Zolotukhin, S. et al., *J. Virol.* (1996) 70:4646–4654.
Aboody–Guterman et al., *Society for Neuroscience Abstracts* (1996) 22:949–1998.
Astoul, P. et al., *Anticancer Res.* (1994) 14:85–92.
Astoul, P. et al., *J. Cell Biochem.* (1994) 56:9–15.
Chalfie, M. et al., *Science* (1994) 263:802–805.
Chishima et al., *Proc. Am. Assoc. Canc. Res* (1997) 38:489 (#3276–3/97).
Chishima, T. et al., *Clinical and Experimental Metastis* (1997) 15(5):547–552.
Chishima, T. et al., *AnticancerRes.* (1997) 17:2377–2384.
Chishima, T. et al., *Cancer Res.* (1997) 57(10):2042–2047.
Chishima, T. et al., *Proc. Nat'l Academy of Sciences of USA* (1997) 94:11573–11576.
Cody, C.W. et al., *Biochemistry* (1993) 32:1212–1218.
Cormack, B. et al., *Gene* (1996) 173:33–38.
Crameri, A. et al., *Nature Biotechnol.* (1996) 14:315–319.
Delagrave, S. et al., *Biotechnology* (1995) 13:151–154.

\* cited by examiner

*Primary Examiner*—Anne M. Wehbe'

(74) *Attorney, Agent, or Firm*—Morrison & Foerster LLP

(57) **ABSTRACT**

A method to follow the progression of metastasis of a primary tumor, which method comprises removing fresh organ tissues from a vertebrate subject which has been modified to contain tumor cells that express GFP and observing the excised tissues for the presence of fluorescence is disclosed. The fluorescence can also be monitored by observing the tissues in situ. Vertebrate subjects which contain GFP producing tumors are useful models to study the mechanism of metastasis, as well as to evaluate candidate protocols and drugs. In addition, subjects already harboring tumors can be treated so as to modify the endogenous tumors to contain GFP. This permits clinical applications. Finally, by injecting a contrast dye into a subject harboring a GFP–labeled tumor, angiogenesis in the tumor can be observed directly.

**12 Claims, 2 Drawing Sheets**



pL(EGFP—Methioninase)SN

Fig. 1a



Fig. 1b

US 6,759,038 B2

1

# METASTASIS MODELS USING GREEN FLUORESCENT PROTEIN (GFP) AS A MARKER

This application is a Continuation of U.S. Ser. No. 09/226,856, filed Jan. 7, 1999, now U.S. Pat. No. 6,251,384, which is a Continuation-in-part of U.S. Ser. No. 09/067,734, filed Apr. 28, 1998, now U.S. Pat. No. 6,235,968, which is a Continuation-in-part of U.S. Ser. No. 09/049,544, filed March 27, 1998, now U.S. Pat. No. 5,235,967, which is a Continuation-in-part of U.S. Ser. No. 08/848,539, filed April 28, 1997, now U.S. Pat. No. 6,232,523, the contents of which are incorporated by reference.

## TECHNICAL FIELD

The invention relates to the study of tumor progression. Specifically, it concerns model systems for studying the metastasis of tumors in vertebrate systems and to models and methods for evaluating candidate drugs.

## BACKGROUND ART

It has long been recognized that the ability of tumor tissues to metastasize constitutes a major portion of the life-threatening aspects of malignancy. Metastasis is the growth of secondary tumors at sites different from the primary tumor. Thus, despite surgical removal of the primary tumor, it may not be possible to arrest the progress of this condition. An understanding of the mechanism whereby metastasis occurs will be crucial to the development of protocols whereby the growth of secondary tumors can be controlled. In order to understand the mechanism of metastasis, it will be necessary to provide a model which permits identification of small numbers of tumor cells against a background of many host cells so that secondary tumor emboli and micrometastases can be observed over the course of real time.

Others have demonstrated extravasation and initial seeding steps in tumor metastasis in vitro using externally fluorescently labeled tumor cells. Khokha, R. et al., *Cancer Metastasis Rev* (1995) 14:279–301; Koop, S. et al., *Cancer Res* (1995) 55:2520–2523. Further, Margolis, L. B. et al., *In Vitro Cell Dev Biol* (1995) 31:221–226 was able to visualize the migration of externally fluorescently labeled lung tumor cells in host mouse lung in histoculture. In all cases, however, long-term observation was not possible due to the limitation of exogenous fluorescent labels. Retroviral transfer of a green fluorescent protein (GFP) gene has been shown to result in stable transfectants of human cancer cells in vitro (Levy, J. P. et al., *Nature Biotechnol* (1996) 14:610–614), as well as of hematopoietic cells (Grignani, F. et al. *Cancer Res* (1998) 58:14–19 and by Cheng, L. et al. *Gene Therapy* (1997) 4:1013–1022).

Attempts have been made to provide such a model using the β-galactosidase gene as a marker (Lin, W. C. et al., *Cancer Res* (1990) 50:2808–2817; Lin, W. C. et al., *Invasion and Metastasis* (1992) 12:197–209). However, this marker has not proved satisfactory, as fresh or processed tissue cannot be used. The present invention provides a model which permits visualization of tumor invasion and micrometastasis formation in viable fresh tissue. In addition, by providing suitable contrast media, the method of the invention can be adapted to visualize angiogenesis in established and growing tumors. The methods of the invention can be applied not only to models of tumor growth and metastasis, but, through the use of retroviral vectors, can be employed to obtain clinical data in human subjects bearing tumors.

2

The present invention utilizes green fluorescent protein (GFP) as a marker. Heterologous expression of this protein, principally to monitor expression of fused DNA, was disclosed in U.S. Pat. No. 5,491,084. This document describes the expression of GFP in *E. coli* and *C. elegans* and postulates that cells in general can be modified to express GFP. Such expression, according to this document, permits not only a method to monitor expression of fused DNA, but also a means of monitoring protein localization within the cell.

The aspect of the invention which provides a metastatic model has been reported and described in a series of publications. Chishima, T. et al. *Cancer Research* (1997) 57:2042–2047 describe the construction of a dicistronic vector containing the gene for humanized green fluorescent protein (GFP) and dihydrofolate reductase (DHFR). This vector was transfected into CHO-K1 cells to obtain clone-38. Clone-38 showed stable GFP expression which was maintained in the presence of methotrexate (MTX). Clone-38 cells were injected into mice to obtain tumor fragments which were then implanted by surgical orthotopic implantation (SOI) on the ovarian serosa in nude mice. Metastasis could be followed in this model.

Chishima, T. et al. *Proc Natl Acad Sci USA* (1997) 94:11573–11576 describe the preparation of clone-26 by transfection of Anip 973 human lung adenocarcinoma cells with the codon optimized hGFP-S65T clone obtained from Clontech. Clone-26 was injected intravenously into nude mice and the resulting tumors were followed in histoculture.

Chishima, T. et al. *Clin Exp Metastasis* (1997) 15:547–552 and Chishima, T. et al. *Anticancer Res* (1997) 17:2377–2384 describe similar work with clone-26 wherein the cells were inoculated subcutaneously into nude mice resulting in a visualizable tumor which was then implanted into the visceral pleura of nude mice by SOI. Metastases were observed in this model as well.

Chishima, T. et al. *In Vitro Cell Dev Biol* (1997) 33:745–747 describe histoculture of clone-26 and visualization of growth using the fluorescence emitted by GFP.

Yang, M., et al., *Cancer Res* (1998) 58:4217–4221 describe transduction of the human lung cancer cell line H460 with a retroviral expression vector containing enhanced GFP to obtain a stable high-GFP-expressing clone. Cells from this cell line were injected into nude mice and the resulting subcutaneously growing labeled tumors were transplanted by SOI into the left lung of nude mice. Fluorescence could then be observed from the metastases in the collateral lung, pleural membrane and throughout the skeletal system.

Yang, M., et al., *Cancer Res* (In Press) report similar studies using a model for prostate tumor and showing fluorescence throughout the skeletal system in nude mice.

The contents of the foregoing publications are incorporated herein by reference.

In addition to the foregoing, Cheng, L., et al., *Gene Therapy* (1997) 4:1013–1022, describe the modification of hematopoietic stem cells using the GFP gene under control of a retroviral promoter. Although the authors state that human stem cells are transfected with this system only with difficulty, by using an enhanced form of the GFP, satisfactory brightness could be achieved.

In addition, Grignani, F., et al., *Cancer Res* (1998) 58:14–19, report the use of a hybrid EBV/retroviral vector expressing GFP to effect high-efficiency gene transfer into human hematopoietic progenitor cells.

Vectors containing various modified forms of GFP to provide various colors are marketed by Clontech. The Clon-

US 6,759,038 B2

3

tech vectors intended for mammalian cell expression place the GFP under control of the cytomegalovirus (CMV) promoter.

## DISCLOSURE OF THE INVENTION

The invention provides models which permit the intimate study of formation of metastases from primary tumors in a realistic and real-time setting. By using green fluorescent protein (GFP) as a stable and readily visualized marker, the progression of such metastasis can be modeled and the mechanism elucidated.

Thus, in one aspect, the invention is directed to a method to follow the progression of metastasis of a primary tumor, which method comprises removing fresh organ tissues from a vertebrate subject which has been modified to contain tumor cells that express GFP and observing the excised tissues for the presence of fluorescence.

In one embodiment, however, it is unnecessary to remove organ tissues; the fluorescence can be visualized in the whole animal by real-time fluorescence optical tumor imaging (FOTI).

In another aspect, the invention is directed to a vertebrate subject which has been modified to contain tumor cells expressing GFP.

In these aspects, the vertebrate subject may constitute a model system, such as an immunocompromised mouse wherein tumor cells or a tumor, modified to express green fluorescent protein has been introduced into the subject. The model system may be used to evaluate candidate drugs for their capacity to inhibit metastasis. Alternatively, the subject may be a human or other vertebrate which natively contains the tumor, but wherein the tumor has been subjected to viral infection or to transfection with a retroviral vector so as to produce said GFP. The efficacy of drugs administered to such patients can be evaluated by following the course of metastasis in the subject.

In still other aspects, the invention is directed to tumor cells modified to produce GFP under control of heterologous control elements, to cells that are immortalized to provide stable cell lines as well as comprising visible amounts of GFP, to tissues containing metastatic tumors that produce GFP, and to histocultures of tissues which contain such metastasized tumors.

The invention also includes a method to observe and follow angiogenesis in solid tumors which method comprises (usually) exposing and observing said tumors. The tumors will have been modified to express GFP, and the subject will have been administered a contrast dye to permit this observation.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1a and 1b show the construction of expression vectors useful in the invention.

## MODES OF CARRYING OUT THE INVENTION

The invention provides model systems for the study of the mechanism of metastasis of tumors generally, as well as to study angiogenesis in solid tumors. Advantage is taken of the visible marker green fluorescence protein (GFP) to label the tumor cells so that their migration and colonization in tissues distal to the tumor can be followed as the migration and colonization progresses. Further, by administering to the subject a contrast dye, such as rhodamine, the growth of blood vessels in solid tumors which have been labeled with GFP can also be observed.

4

Since sufficient intensity can be achieved to observe the migration of fluorescent cells in the intact animal, in addition to determining the migration of the cells by excising organs, the progression of metastasis can be observed in the intact subject. Either or both methods may be employed to observe metastasis in evaluating, in model systems, the efficacy of potential antimetastatic drugs. The success or failure of treatments provided to patients with potentially metastatic cancers can also be followed using the materials and methods of the invention.

The label used in the various aspects of the invention is green fluorescent protein (GFP). The native gene encoding this protein has been cloned from the bioluminescent jellyfish *Aequorea victoria* (Morin, J. et al., *J Cell Physiol* (1972) 77:313–318). The availability of the gene has made it possible to use GFP as a marker for gene expression. GFP itself is a 283 amino acid protein with a molecular weight of 27 kD. It requires no additional proteins from its native source nor does it require substrates or cofactors available only in its native source in order to fluoresce. (Prasher, D.C. et al., *Gene* (1992) 111:229–233; Yang, F. et al., *Nature Biotechnol* (1996) 14:1252–1256; Cody, C. W. et al., *Biochemistry* (1993) 32:1212–1218.) Mutants of the GFP gene have been found useful to enhance expression and to modify excitation and fluorescence. GFP-S65T (wherein serine at 65 is replaced with threonine) is particularly useful in the invention method and has a single excitation peak at 490 nm. (Heim, R. et al., *Nature* (1995) 373:663–664); U.S. Pat. No. 5,625,048. Other mutants have also been disclosed by Delagrade, S. et al., *Biotechnology* (1995) 13:151–154; Cormack, B. et al., *Gene* (1996) 173:33–38 and Cramer, A. et al. *Nature Biotechnol* (1996) 14:315–319. Additional mutants are also disclosed in U.S. Pat. No. 5,625,048. By suitable modification, the spectrum of light emitted by the GFP can be altered. Thus, although the term "GFP" is used in the present application, the proteins included within this definition are not necessarily green in appearance. Various forms of GFP exhibit colors other than green and these, too, are included within the definition of "GFP" and are useful in the methods and materials of the invention. In addition, it is noted that green fluorescent proteins falling within the definition of "GFP" herein have been isolated from other organisms, such as the sea pansy, *Renilla reriformis*. Any suitable and convenient form of the GFP gene can be used to modify the tumor cells useful in the models of the invention, and for retroviral transformation of endogenous tumors. The particular humanized hGFP-S65T clone is used in the examples set forth below for illustration.

Techniques for labeling cells in general using GFP are disclosed in U.S. Pat. No. 5,491,084 (supra).

In one application, the method of the invention provides a model system for studying the effects of various therapeutic candidate protocols and substances on metastatic growth of tumors.

In general, the model involves modifying a vertebrate, preferably a mammal, so as to contain tumor tissue, wherein the tumor cells have, themselves, been modified to contain an expression system for GFP. The tumor cells may arise from cell lines of the invention wherein tumor cells have been modified to contain expression systems for GFP and SV40 T-antigen. Tumors can be formed in such vertebrate systems by administering the transformed cells containing the GFP expression system and permitting these transformed cells to form tumors. Typically such administration is subcutaneous and the tumors are formed as solid masses. The tumors thus formed can be implanted in any suitable host tissue and allowed to progress, metastasize and develop.

US 6,759,038 B2

5

Suitable procedures for growing the initial tumor, thus, involve transcutaneous injection of the tumor cells producing GFP, such as CHO cells, HeLa cells, carcinoma and sarcoma cell lines, well established cell lines such as the human lung adenocarcinoma line Anip 973, or lung cancer cell line H460 as well as GFP-containing human breast cancer lines MDA-MB468 and MDA-MB435; human prostate cancer lines PC3 and DU-145, human glioblastoma line 324, mouse melanoma B16 and others that may become available in the art, including the immortalized cells of the invention. The administered cells will have been modified to contain an expression system for GFP. After administration, solid tumors generally develop, typically at the site of subcutaneous injection. These tumors, which are themselves fluorescent, can then be removed and used for implantation in the model vertebrate.

Techniques for implantation of the solid tumors, now labeled with GFP, into vertebrates include direct implantation by surgical orthotopic implantation (SOI) at the desired site, typically the site from which the tumor cells were derived. Suitable sites include lung, liver, pancreas, stomach, breast, ovary, prostate, bone marrow, brain, and other tissues susceptible to malignancy. Once the solid tumors have been implanted, the vertebrate becomes a model system for studying metastasis. The tumor is thus allowed to progress and develop and the vertebrate is monitored for appearance of the GFP labeled cells at sites distal from the original implantation site. The monitoring can occur either on the whole vertebrate by opening the animal and observing the organs directly with a fluorescent microscope, or the tissues may be excised and examined microscopically. In some cases the tumors are sufficiently bright that opening the animal is unnecessary—they can be seen directly through the skin. In any case, as GFP is visible to the naked eye, no development systems to stain the tissue samples are required. Tissue samples are simply properly processed as fresh samples in slices of suitable size, typically 1 mm thick, and placed under a microscope for examination. Even colonies of less than 10 cells are thus visible. A variety of microscopic visualization techniques is known in the art and any appropriate method can be used.

It is particularly convenient to visualize the migration of tumor cells in the intact animal through fluorescent optical tumor imaging (FOTI). This permits real-time observation and monitoring of progression of metastasis on a continuous basis, in particular, in model systems, in evaluation of potential anti-metastatic drugs. Thus, the relative lack of metastasis observed directly in test animals administered a candidate drug in comparison to controls which have not been administered the drugs indicates the efficacy of the candidate and its potential as a treatment. In subjects being treated for cancer, the availability of FOTI permits those devising treatment protocols to be informed on a continuous basis of the advisability of modifying or not modifying the protocol.

In addition, the development of the tumor can be studied in vitro in histological culture. Suitable systems for such study include solid supported cultures such as those maintained on collagen gels and the like.

Suitable vertebrate subjects for use as models are preferably mammalian subjects, most preferably convenient laboratory animals such as rabbits, rats, mice, and the like. For closer analogy to human subjects, primates could also be used. Particularly useful are subjects that are particularly susceptible to tumor development, such as subjects with impaired immune systems, typically nude mice or SCID mice. Any appropriate vertebrate subject can be used, the

6

choice being dictated mainly by convenience and similarity to the system of ultimate interest.

Any suitable expression system operable in the tumor cells to be implanted may be used. A number of vectors are commercially available that will effect expression in tumor cells of various types. The nature of the vector may vary with the nature of the tumor and the vertebrate in which it finds its origin. However, when GFP is used to visualize metastasis in a model system, it is preferred to utilize vectors which do not use retroviral or other viral promoters which may complicate the nature of the model.

In order to provide cell lines that are helpful in establishing tumors for these model systems, it is also advantageous to employ expression vectors which provide the cells with the SV40 T-antigen. The presence of this antigen ensures immortality of the culture. Thus, particularly useful in the invention are vectors which comprise expression systems that result in the production both of GFP and SV40 T-antigen.

In order to transfect and modify the transformed cells which are effective in generating tumors, any suitable transfection method may be used, such as liposomes, calcium phosphate precipitation, electroporation and use of a gene gun. Lipofection is preferred.

In contrast, when the method of the invention is used to visualize metastasis in tumors that natively occur in a subject such as a human cancer patient, vectors that employ retroviral or other viral promoters are preferred. The use of such vectors permits the insertion of an expression system for GFP into the already existent tumor. In addition, the expression system may contain nucleotide sequence encoding other useful proteins such as therapeutic proteins which permit simultaneous diagnosis of metastasis and treatment. Among such suitable proteins are included methioninase (see, for example, PCT/US93/11311 and PCT/US96/09935). Such proteins may be produced either as fusions with the GFP, or independently either using a dicistronic expression system or independent expression systems, one for the therapeutic protein and the other for the GFP.

Retroviral based expression systems for GFP have already been described by Grignani, F. et al. Cancer Res (1998) 58:14–19 and by Cheng, L. et al. Gene Therapy (1997) 4:1013–1022. In these reports, the retroviral expression system itself was used to transfect hematopoietic progenitor cells or packaging cells were employed to provide virus-containing supernatants which can be used directly for infection of the mammalian cells. Thus, in the method of the invention, the tumor contained in the vertebrate subject is typically infected with virus which has been modified and packaged to contain the expression system for GFP. In situ infection with virus results in the ability of the tumor to produce GFP and, in effect, label itself.

Various retroviral systems useful in producing proteins in mammalian cells are known in the art. Examples include commercially available vector and packaging systems such as those sold by Clontech, San Diego, Calif., including their Retro-X vectors pLNCX and pLXSN which permit expression of GFP under a variety of promoters by insertion into the multiple cloning site. These vectors contain ψ* (the extended viral packaging signal) and antibiotic resistance genes for selection. A number of these systems have been developed for use in gene therapy, including vectors which provide a multiple cloning site sandwiched between 5' and 3' LTR derived from retroviral sources, and thus would be useful in labeling the tumors of human patients.

Thus, retroviral based vectors such as those set forth in FIGS. 1a–1b can be transfected into packaging cells and

US 6,759,038 B2

7

transferred directly to targeted cancer cells or supernatants from the packaging cells can be used to infect tumor cells with the retrovirus. Preferred combinations of retrovirus and packaging cells include the GFP-retrovirus vector pLEIN in PT-67 packaging cells. Co-culture of the packaging cells with colon cancer cells results in transfer of the GFP-retrovirus to the cancer cells.

Using histoculture techniques, and supernatants from PT-67 packaging cells generating GFP-pLEIN virus, the successful modification of a human cancer tissue to display the fluorescence associated with GFP has been demonstrated. For use in vivo, the virus is administered, preferably locally to the tumor, which can be observed within hours after injection either of packaging cells or of the viral containing supernatants. The malignant cells can be identified by their green color, sometimes sufficiently bright so that the tumors can be seen through the skin.

In addition to direct observation of tumor metastasis and growth either in a model system or in a vertebrate, typically mammalian and more typically a human subject which is already afflicted by a tumor, the methods of the invention can be adapted to observe angiogenesis in solid tumors. The tumor is itself labeled with GFP as described above. The subject is then administered a contrast dye, typically by injection, preferably intravenous injection, which allows blood vessels in the tumor to be observed. Suitable dyes include rodamine and other contrast dyes. Any dye which forms a contrasting color with the green color of the GFP can be used. Preferably, the dye is coupled to an inert polymer such as polyethylene glycol to increase the length of time the dye will remain in the blood vessel. A sufficient amount of dye is provided to permit ready visualization; the amount of dye required will depend on the choice of dye, the location of the tumor, the nature of the background GFP, and the method used for observation. Within a few minutes, vessels growing into the solid tumors in such areas as the mesentery, colon wall, and omentum can be observed. Observations can be continued over substantial periods; for example, angiogenesis after several hours is still observed by using this method.

The following examples are intended to illustrate but not to limit the invention.

EXAMPLE 1

Preparation of Tumor Cells that Produce GFP

The humanized hGFP-S65T clone described by Zolotukhin, S. et al., *J Virol* (1996) 70:4646–4654 was used as the green fluorescent protein coding sequence. This codon-optimized gene was purchased from Clontech Laboratories, Inc. (Palo Alto, Calif.) and ligated into the dicistronic expression vector (pED-mtx[1]) obtained from Genetics Institute, Cambridge, Mass. and described in Kaufman, R. J. et al., *Nucleic Acids Res* (1991) 19:4485–4490. hGFP-S65T was digested with HindIII and blunted; the entire hGFP coding region was excised with XbaI and then unidirectionally subcloned into pED-mtx[1] which had been digested with PstI, blunted and then further digested with XbaI.

CHO-K1 cells were cultured in DMEM containing 10% fetal calf serum, 2 mM L-glutamine and 100 $\mu$M nonessential amino acids. Near confluent cells were incubated with a precipitated mixture of LipofectAMINE™ reagent (GIBCO) and saturating amounts of plasmids for six hours and then replenished with fresh medium. The cells were harvested by trypsin/EDTA 48 hours later and subcultured at

8

1:15 into selective medium containing 1.5 $\mu$M methotrexate (MTX). Cells with stably integrated plasmids were selected in MTX-containing medium and isolated with cloning cylinders (Bel-Art Products, Pequannock, N.J.) by EDTA. After amplification and transfer, Clone-38 was selected because of its high-intensity GFP fluorescence and stability.

In a similar manner, Anip 973 cells, a human lung cancer cell line obtained from Harbin Medical University, China, were cultured as described above for CHO-K1 cells except using RPMI1640 (GIBCO) in place of DMEM. Transfection, selection and amplification and transfer were conducted as described above. Clone-26 was chosen because of its high-intensity GFP fluorescence and stability.

EXAMPLE 2

Mouse Model Using Modified CHO Cells

Clone-38, which was stable at 1.5 $\mu$M MTX and which proliferated at the same rate as the parental CHO-K1 cells as ascertained by comparing doubling times, was used in this model.

Three six-week old Balb/C nu/nu female mice were injected subcutaneously with a single dose of $10^7$ Clone-38 cells that had been harvested by trypsinization and washed three times with cold serum-containing medium and then kept on ice. The cells were injected in a total volume of 0.4 ml within 40 minutes of harvesting and the nude mice sacrificed three weeks after injection. All of the mice had a subcutaneous tumor ranging in diameter from 13.0 mm to 18.5 mm (mean=15.2 mm±2.9 mm). The tumor tissue was strongly fluorescent. It was shown by extracting GFP from cultured Clone-38 cells in comparison to Clone-38 cells prepared from the tumor that the levels of production of GFP were the same in both.

To construct the model, tumor fragments (1 mm$^3$) derived from the nude mouse subcutaneous Clone-38 tumor grown as described above, were implanted by surgical or surgical orthotopic implantation (SOI) on the ovarian serosa in six nude mice as described by Fu, X. et al., *Anticancer Res* (1993) 13:283–286, incorporated herein by reference. Briefly, the mice were anesthetized by isofluran inhalation and an incision was made through the left lower abdominal pararectal line and peritoneum to expose the left ovary and part of the serosal membrane, which was scraped with a forceps. Four 1 mm$^3$ tumor pieces were fixed on the scraped site with an 8–0 nylon suture and the ovary then returned to the peritoneal cavity. The abdominal wall and skin were closed with 6–0 silk sutures.

Four weeks later, the mice were sacrificed and lung and various other organs were removed. The fresh samples were sliced at approximately 1 mm thickness and observed directly under fluorescent and confocal microscopy. Samples were also processed for histological examination for fluorescence and conventional staining. Frozen sections were prepared wherein the slides were rinsed with phosphate buffer saline and fixed for 10 minutes at 4° C.; 10% formaldehyde plus 0.2% glutaraldehyde and PBS were added and the slides were then washed with PBS. The fixed tissue was stained with hematoxylin and eosin using standard techniques.

Light and fluorescence microscopy were carried out using a Nikon microscope equipped with a Xenon lamp power supply and a GFP filter set (Chromotechnology Corp., Brattleboro, Vt.). Confocal microscopy was with an MRC-600 Confocal Imaging System (Bio-Rad) mounted on a Nikon microscope with an argon laser.

US 6,759,038 B2

**9**

The mice, at sacrifice, had tumors in the ovaries ranging in diameter from 18.7 mm–25.3 mm (mean 21.9±3.1 mm). The fresh organ tissues examined under fluorescence microscopy with no treatment of the tissues showed seeding of the tumor throughout the peritoneal cavity, including the colon (6/6 mice), cecum (5/6), small intestine (4/6), spleen (1/6), and peritoneal wall (6/6). Numerous micrometastases were detected in the lungs of all mice and multiple micrometastases were also detected on the liver (1/6), kidney (1/6), contralateral ovary (3/6), adrenal gland (2/6), para-aortic lymph node (5/6) and pleural membrane (5/6). Single-cell micrometastases could not be detected by the standard histological techniques described above and even the multiple cell colonies were difficult to detect using them. As the colonies developed, the density of tumor cells decreased markedly in the center.

In an additional experiment, $5\times10^6$ Clone-38 cells were injected into a nude mouse through the tail vein and the mouse sacrificed after two minutes. Fresh visceral organs were analyzed by fluorescence microscopy and showed the presence of fluorescent cells in peritoneal wall vessels which formed emboli in the capillaries of the lung, liver, kidney, spleen, ovary, adrenal gland, thyroid gland and brain.

Thus, using these techniques, progression of micrometastasis can be observed as seeded cells develop into colonies within the relevant target organs. Further, screening for micrometastases can be done easily and quickly in all systemic organs.

### EXAMPLE 3

Murine Model Using Human Lung Cancer Cells

The procedures are generally those set forth in Example 2 except that Clone-26 cells as prepared in Example 1 were used instead of Clone-38 CHO cells.

A. As in Example 2, tumors were grown in six-week-old Balb/C nu/nu male mice injected subcutaneously with a single 0.4 ml dose of $10^7$ Clone-26 cells within 40 minutes of harvesting by trypsinization and washing three times with cold serum-containing medium. The cells were kept on ice prior to injection. The animals were sacrificed when the tumors had reached approximately 1.2 cm diameters. The 1.2 cm tumors formed after about 5 weeks.

B. The tumor pieces, 1 mm³, were implanted by SOI into the left visceral pleura of 8 mice as described by Astoul, P. et al., *Anticancer Research* (1994) 14:85–92; Astoul, P. *J Cell Biochem* (1994) 56:9–15, both incorporated herein by reference. Briefly, the mice were anesthetized by isofluoran inhalation an a small 1 cm transverse incision made on the left lateral chest, via the fourth intercostal space, resulting in total lung collapse. Five tumor pieces were sewn together with a 7–0 nylon surgical suture and fixed by making one knot. The lung was taken up by forceps and the tumor sewn into the lower part of the lung with one suture, after which the lung was returned to the chest cavity and the muscles and skin closed with a single layer of 6–0 silk sutures. The lung was reinflated by withdrawing air from the chest cavity with a 23-gauge needle.

C. Four of the mice were sacrificed at 4 weeks and another 4 at 8 weeks. Pleural tumors for the 4-week group ranged from 244.40 mm³–522.88 mm³; those from the 8 week group from 1279.08 mm³–2714.40 mm³. This represented mean volumes of 371 mm³ and 1799 mm³. Specimens of tissue were sliced at 1 mm thickness and observed directly under fluorescent microscopy using a Nikon microscope equipped with a Xenon lamp power supply and a Leica

**10**

stereo fluorescence microscope equipped with a mercury lamp power supply and GFP filter sets. All of the animals showed chest wall invasion and local and regional spread of the tumor, but in the 8-week mice, all tumors involved the mediastinum and contralateral pleural cavity as well as metastases on the visceral and parietal pleura. Pulmonary hilum lymph nodes were involved in 3 of 4 mice of the 4-week group and all of the mice in the 8-week group. Cervical node involvement was detected in one of the mice of the 8-week group, but no other metastases were observed. The animals were also observed directly before the tissues were excised. The margin of the invading tumor in normal lung tissue could be detected by GFP fluorescence and a small vessel could be seen developing at the margin of the tumor.

D. In an additional experiment, 8 nude mice were injected in the tail vein with a single dose of $1\times10^7$ Clone-26 cells that had been harvested by trypsinization and washed 3 times with cold serum-containing medium. The injection contained a total volume of 0.8 ml within 40 min. of harvesting. Again, 4 mice were sacrificed at 4 weeks and another 4 at 8 weeks and tissue specimens were obtained and studied by microscopy as described above. Numerous micrometastatic colonies were detected in whole lung tissue in both groups ranging from 5.2 $\mu$m to 32.5 $\mu$m in the 4-week group and 5.5 $\mu$m–178.3 $\mu$m in the 8-week group. The colonies from the 8-week group did not appear further developed as compared with those from the 4-week group. Numerous small colonies ranging in number to less than 10 cells were detected at the lung surface in both groups and brain metastases were detected in 1 mouse of the 4-week group and 2 from the 8-week group. One mouse in the 8-week group had systemic metastases in the brain, the submandibular gland, the whole lung, the pancreas, the bilateral adrenal glands, the peritoneum and the pulmonary hilum lymph nodes.

E. In an additional experiment, similar to that set forth in the previous paragraph, the mice injected in a tail vein with $10^7$ Clone-26 cells were sacrificed at 4, 8 and 12 weeks and the tissues examined as described. Most of the colonies and mice sacrificed at 8 weeks were not obviously further developed compared with those sacrificed at 4 weeks, but numerous small quantities ranging in number down to less than 10 cells and ranging in size from 5.5 $\mu$m–110 $\mu$m were detected at the lung surface. At 12 weeks, there were many small metastatic colonies which appeared dormant, although other colonies grew extensively by this time, reaching a size up to 1100 $\mu$M, suggesting a heterogeneity of dormant and active tumor colonies in the lung.

### EXAMPLE 4

Growth of Clone-26 Tumor Cells in Histoculture

Six-week old SCID/SCID mice were injected intravenously with a single dose of $7.5\times10^7$ Clone-26 cells which had been harvested by trypsinization and washed 3 times with cold serum-containing medium and kept on ice as described above. The cells were injected in a total volume of 0.5 ml within 40 minutes of harvesting. After 3 weeks, numerous micrometastatic colonies were detected in whole lung tissue up to approximately 550 $\mu$m. After 5 weeks, the mice were sacrificed and the Clone-26 seeded mouse lungs were removed and histocultured on spun gels using the histoculture methods developed by Leighton, J. *Cancer Res* (1957) 17:929–941; Leighton, J. et al., *Cancer Res* (1960) 20:575–597; Hoffman, R. M. *Cancer Cells* (1991) 3:86–92. Tumor colonies spread rapidly in the lung tissue over time

US 6,759,038 B2

11

12

and after 1 week the tumor cells started to invade and colonize supporting collagen sponge-gel. After 2 weeks, tumor cells formed satellite colonies in the sponge-gel distant from the primary colonies in the lung tissue, thus growing faster in histoculture than in SCID mice. Tumor colonies could grow in histoculture for more than 1 month.

## EXAMPLE 5

### Construction of a Retroviral Expression Vector for GFP and Preparation of Labeled Tumor Cell Lines

FIGS. 1a and 1b show the construction of expression vectors for GFP under control of the SV40 promoter. The constructs employ commercially available pEGFP series vectors available from Clontech. Both bacterial and mammalian expression vectors are available which permit production of additional proteins, as well as GFP, either as fusions or in dicistronic systems. FIG. 1a shows the construction of an expression vector, pGFP/Met, for a fusion of GFP with methioninase; FIG. 1b shows the construction of a vector pGFP/SV40 for production of a fusion protein of GFP with the SV40 T-antigen.

Commercial vectors containing the GFP coding sequence of the desired spectral characteristics using the pLEIN system described in Example 6 were transfected into cell lines originating from tumors, such as human breast cancer, human prostate cancer, human glioblastoma and mouse melanoma. In this manner, human breast cancer cell lines MF-7, MDA-MB468 and MDA-MB435, human prostate cancer cell lines PC3 and DU145, human glioblastoma cell line 324, human lung cancer cells Anip-73 and H460, human colon cancer cells lines Colo-205, HCT-15 and WiDr, human gastric cancer cell line NVGC-4, human kidney cancer cell line SN12C, human tongue cancer cell line SCC-25, human melanomas LOX and SK-mel-5, labeled Chinese hamster ovary cells from cell line CHO-K1 and mouse melanoma cell line B16 labeled with green fluorescent protein were established.

The SV40 T-antigen protein is useful to immortalize cultured cells so as to establish permanent cell lines. Accordingly, the vector pGFP/SV40 is transfected into a series of tumor cell cultures to provide fluorescent immortalized cell lines.

## EXAMPLE 6

### In Vivo Labeling of Established Tumors

Unlabeled tumors derived from the human lung cancer cell line Anip973 were established in mice using the procedure set forth in Example 3, paragraphs A and B, but substituting unlabeled Anip973 cells for clone 26. The mice were then injected with $1\times10^7$ packaging cells containing the retroviral vector GFP-retrovirus pLEIN contained in PT67 cells. This virus packaging system is available from Clontech, San Diego, Calif. pLEIN contains an insert of the coding sequence for EGFP, a red-shifted variant of wild-type GFP that has been optimized for brighter fluorescence and higher expression in mammalian cells. It has an excitation maximum of 488 nm and an emission maximum at 507 nm. This mutant contains a double amino acid substitution at position 64 from Phe to Leu and at position 65 from Ser to Thr. It is described by Comack, B. et al. *Gene* (1996) 173:31–38. There are more than 190 silent base changes to maximize human codon usage preferences as described by Haas, J. et al. *Curr Biol* (1996) 6:315–324. Thus, pLEIN contains the above-described GFP coding sequence inserted

into the multiple cloning site of pLXIN to obtain a dicistronic expression system which permits coordinated translation of the GFP and neomycin resistance. Three days after injection of the cells into the peritoneal cavity of the mice, the tumor cells could be seen in the seminal vesicles under bright-field microscopy and under fluorescent microscopy.

## EXAMPLE 7

### Observation of Angiogenesis

A suspension containing $1\times10^7$ clone-38 cells, described in Example 1, were injected into the peritoneal cavity of a mouse. Five days later, the mouse was injected in the tail with rhodamine and the mouse was then put under anesthesia and the abdominal cavity opened sufficiently to visualize the tumor. Recovery from this surgery is straightforward. In some cases, abdominal opening is unnecessary as the intraperitoneal tumors can be visualized through intact skin. Tumors were visible in the abdominal cavity and angiogenesis was apparent as identified by the rhodamine fluorescence. Similar results were found in tumors growing in the omentum in the wall of the small intestine, and in the mesentery.

In an analogous experiment, a suspension containing $1\times10^7$ cells of clone-26, described in Example 1, were injected into the peritoneal cavity of a mouse. After one day, tumors appeared in the mesentery and in the colon wall. These were observed by anesthetizing the mouse and a minimal opening of the abdomen. Observations on day 3 of a similarly treated mouse showed tumors in the wall of the small intestine and in the omentum as well as in the colon wall and mesentery. On day 5, a similarly treated mouse was injected in the tail with 100 $\mu$l of $2\times10^3$ M rhodamine and a few vessels could be seen in the tumor growing in the mesentery. After day 60, numerous vessels were seen in the tumor growing in the colon wall.

## EXAMPLE 8

### Construction of Metastatic Models

Using the labeled human cancer cell lines described in Example 5, murine models are established for various types of cancer. The cell lines are implanted into 6-week-old nu/nu female mice with a single dose of 107 GFP expressing human tumor cells which had been harvested by trypsinization and washed three time with cold, serum-containing medium and then kept on ice. The cells are injected in subcutaneous space in the flank of the animal at a total volume of 0.4 ml within 40 min of harvesting. The nude mice are sacrificed to harvest the tumor fragments 3 weeks after tumor cell injection. These tumor fragments are then used for surgical implantation into the corresponding tissue (surgical orthotopic implantation (SOI)) in nude mice as recipients.

The recipient mice are first anesthetized and then implanted using established SOI techniques with fragments of the subcutaneously grown colon cancer, lung cancer, breast cancer, prostate cancer or melanoma. In all cases, except for melanoma, the size of the fragment is 1 mm$^3$; for melanoma, 0.025 mm$^3$ fragments are prepared from the human melanoma LOX-GFP subcutaneous tumor and 5–6 fragments are implanted. The progress of metastasis is then observed using FOTI with a Leica Stereomicroscope MZ12 with a mercury lamp source. GFP is excited with a D425/60 bandpass filter and a 470DCXR dichroic mirror; fluorescence is emitted through a GG475 longpass filter (Chroma

US 6,759,038 B2

13

14

Technology, Brattle-boro, Vt.) and collected by a thermo-electrically cooled ST-133 Micromass High-Speed Controlled Camera—TEA/CCD-1317K1 (Princeton Instruments, Trenton, N.J.) with a 17×1035 pixels chip. The images are processed and analyzed with ImagePro+3.1 Software (Media Cybernetics, Silver Spring, Md.). High resolution images are captured by computer, or continuously through video output onto video tape.

In the colon cancer model, a small midline incision is made in the abdomen and the colorectal part of the intestine is exteriorized. The serosa is removed and 8–15 pieces of tumor fragments are implanted. An 8–0 surgical suture is used to penetrate the small tumor pieces and suture them to the wall of the intestine. The intestine is returned to the abdominal cavity and abdominal wall is closed. The animals are then observed for metastases.

For lung cancer models, a small 1 cm transverse incision is made on the left lateral chest via the fourth intercostal space; total lung collapse results. Five tumor pieces sewn together with 8–0 nylon surgical suture are fixed by making one knot; the lung is taken out by forceps and the tumor sewn into the lower part of the lung with one suture. After returning the lung to the chest cavity, the chest muscles and skin are closed. The lung is reinflated by withdrawing air from the chest cavity with a 23-gauge needle. The animals can then be observed for metastasis either by FOTI or by excising various tissues.

For breast cancer, an incision of 1.5 cm is made along the medial side of the nipple and after blunt dissection, the fat pad is exposed. A small incision is made and a small pocket formed to accommodate 2 fragments of the tumor tissue; an 8–0 suture is made to close the pocket. The skin layer is then closed. The animals are then observed by FOTI or by tissue excision.

For prostate cancer, an opening is made above the pubic symphysis to expose the prostate gland. The fascia surrounding the dorsal portion of the prostate and the dorsal lateral lobes of the gland are separated by a small incision. Five randomized fragments are sutured into the incision using a 8–0 nylon suture. The two parts of the separated lobes are sutured together and the surrounding fascia used to wrap this portion of the gland to consolidate the incision. The abdomen is then closed and the animals maintained for observation.

For melanoma, 5–6 fragments are transplanted subdermally into the flank with a 13×¼ cancer implant needle (Popper & Sons, New Hyde Park, N.Y.).

Images can be obtained as described above showing metastases to various locations in the animal.

The animals treated as described above, can then be used to evaluate potential protocols for treatment of cancer and metastasis inhibition. The metastatic progress of the fluorescent tumors in animals administered the protocols is compared to similar animals lacking treatment. The efficacy of the protocols can then be directly observed.

What is claimed is:

1. A method to evaluate a candidate protocol or drug for the inhibition of metastasis of a primary tumor which method comprises:

administering said protocol or drug to a subject which is a mouse, rat or rabbit which contains a primary tumor that stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes and monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence at various locations in the treated subject;

wherein said subject contains said tumor that expresses GFP and wherein said subject is a genetically immunocompromised mouse, rat or rabbit, or a mouse, rat or rabbit which is syngeneic to said tumor;

monitoring the progression of metastasis in a control, which contains a similar tumor that expresses green fluorescent protein;

wherein said control subject contains said tumor that expresses GFP wherein said control subject is an immunocompromised mouse, rat or rabbit, or a mouse, rat or rabbit which is syngeneic to said tumor; and

comparing the progression of metastasis in said treated subject with the progression of metastasis in said control subject wherein the control subject and treated subject are intact;

whereby a diminution of the progression of metastasis in said treated subject as compared to said control subject identifies the protocol or drug as effective in inhibiting metastasis.

2. The method of claim 1 wherein the progression of metastasis is monitored by fluorescent optical tumor imaging in the intact subject.

3. The method of claim 1 wherein said subject contains said tumor by virtue of surgical orthotopic implantation of said tumor.

4. The method of claim 1 wherein said subject contains said tumor by virtue of injecting cells of a stably transformed tumor cell line which has been transfected with an expression vector containing a first nucleotide sequence encoding green fluorescent protein (GFP) and a second nucleotide sequence encoding a selection marker, both said first and second nucleotide sequences being under control of a viral promoter and wherein said cell line stably effects high level expression of said GFP in the absence of selection agent and maintains a high level expression of GFP when said cell line proliferates through multiple passages of said cell line.

5. A method to monitor metastasis of a primary tumor in a subject which is a mouse, rat or rabbit which contains said primary tumor, and wherein said tumor stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes,

wherein said subject contains said tumor that expresses GFP and wherein said subject is a genetically immunocompromised mouse, rat or rabbit, or a mouse, rat or rabbit which is syngeneic to said tumor;

which method comprises monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence as a function of time at various locations in said subject wherein the subject is intact.

6. The method of claim 5 wherein the progression of metastasis is monitored by fluorescent optical tumor imaging in the intact subject.

7. The method of claim 5 wherein said subject contains said tumor by virtue of surgical orthotopic implantation of said tumor.

8. The method of claim 5 wherein said subject contains said tumor by virtue of injecting cells of a stably transformed tumor cell line which has been transfected with an expression vector containing a first nucleotide sequence encoding green fluorescent protein (GFP) and a second nucleotide sequence encoding a selection marker, both said first and second nucleotide sequences being under control of a viral promoter and wherein said cell line stably effects high level expression of said GFP in the absence of selection agent and maintains a high level expression of GFP when said cell line proliferates through multiple passages of said cell line.

US 6,759,038 B2

15

16

**9**. A method to monitor metastasis of a primary tumor in a mammalian subject which contains said primary tumor, and wherein said tumor stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes,

wherein said primary tumor is endogenous to said mammalian subject and expresses said GFP as a result of locally administering a retroviral vector to said subject in the vicinity of said tumor, said retroviral vector containing an expression system for said GFP;

which method comprises monitoring the progression of metastasis by observing the presence, absence or inten-

sity of the fluorescence as a function of time at various locations in said subject.

**10**. The method of claim **9** wherein the subject is human.

**11**. The method of claim **9** wherein the progression of metastasis is monitored by excising fresh organ tissues from various locations in said subject.

**12**. The method of claim **11** wherein said excised tissues are observed by microscopic examination of fresh tissue slices.

\*   \*   \*   \*   \*

# Exhibit 5

US006251384B1

(12) **United States Patent** (10) Patent No.: **US 6,251,384 B1**

Tan et al. (45) Date of Patent: **Jun. 26, 2001**

(54) **METASTASIS MODELS USING GREEN FLUORESCENT PROTEIN (GFP) AS A MARKER**

(75) Inventors: **Yuying Tan**, San Diego, CA (US); **Takashi Chishima**, Yokohama (JP)

(73) Assignee: **AntiCancer, Inc.**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/226,856**

(22) Filed: **Jan. 7, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/067,734, filed on Apr. 28, 1998, which is a continuation-in-part of application No. 09/049,544, filed on Mar. 27, 1998, which is a continuation-in-part of application No. 08/848,539, filed on Apr. 28, 1997.

(51) Int. Cl.[7] .......................... **A61K 35/00**; A61K 48/00; C12N 15/63; C12N 15/85

(52) U.S. Cl. .................... **424/93.21**; 514/44; 435/320.1; 800/9; 800/10

(58) Field of Search ........................... 514/44; 424/93.21; 800/9, 10; 435/320.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,650,135 * 7/1997 Contag et al. ........................ 424/9.1
5,874,304 * 2/1999 Zolotukhin et al. ................. 435/366

FOREIGN PATENT DOCUMENTS

WO 97/18841 5/1997 (WO) .
WO 97 45550 12/1997 (WO) .
WO 98/49336 11/1998 (WO) .

OTHER PUBLICATIONS

Kaufman et al. (1995) Annu. Rev. Immunol. , vol. 13, 339–367, 1995.*
Miller et al. (1995) FASEB, vol. 9, 190–199, 1995.*
Vieweg et al. (1995) Cancer Invest., vol. 13(2), 193–201, 1995.*

(List continued on next page.)

*Primary Examiner*—Karen M. Hauda
*Assistant Examiner*—Anne Marie S. Beckerleg
(74) *Attorney, Agent, or Firm*—Morrison & Foerster LLP

(57) **ABSTRACT**

A method to follow the progression of metastasis of a primary tumor, which method comprises removing fresh organ tissues from a vertebrate subject which has been modified to contain tumor cells that express GFP and observing the excised tissues for the presence of fluorescence is disclosed. The fluorescence can also be monitored by observing the tissues in situ. Vertebrate subjects which contain GFP producing tumors are useful models to study the mechanism of metastasis, as well as to evaluate candidate protocols and drugs. In addition, subjects already harboring tumors can be treated so as to modify the endogenous tumors to contain GFP. This permits clinical applications. Finally, by injecting a contrast dye into a subject harboring a GFP-labeled tumor, angiogenesis in the tumor can be observed directly.

**6 Claims, 2 Drawing Sheets**







# US 6,251,384 B1

Page 2

## OTHER PUBLICATIONS

Romer et al. (1995) APMIS, vol. 103, 582–587, 1995.*

Astoul et al. (1994) J. Cell. Biochem., vol. 56, 9–15, 1994.*

Hoffman, "Orthotopic Metastatic Mouse Models for Anticancer Drug Discovery and Evaluation: A Bridge to the Clinic," *Investigational New Drugs* (1999) 17(4):343–359 (Abstract).

Yang et al., "Widespread Skeletal Metastatic Potential of Human Lung Cancer Revealed by Green Fluorescent Protein Expression," *Cancer Research* (1998) 58(19):4217–4221.

Yang et al., "A Fluorescent Orthotopic Bone Metastasis Model of Human Prostate Cancer," *Cancer Research* (1999) 59(4):781–786.

Yang et al., "Green Fluorescent Protein: New Light to Visualize Metastasis and Angiogenesis in Cancer," *Proc SPIE—Int Soc Opt Eng* (1999) 117–124 (Abstract).

Levy, J P et al., "Retroviral Transfer and Expression of a Humanized, Red–Shifted Green Fluorescent Protein Gene Into Human Tumor Cells", *Nature Biotechnology*, vol. 14, No. 5, May 1996, pp 610–614.

Plautz, J. D. et al., "Green fluorescent protein and its derivatives as versatile markers for gene expression in living *Drosophila melanogaster*, plant and mammalian cells", *Gene*, vol. 173, 1996, pp. 83–87.

Chalfie, M. et al., "Green fluorescent protein as a marker for gene expression", *Science*, vol. 263, Feb. 11, 1994, pp 802–805.

Lin, W. C., et al., "Bacterial lacZ gene as a highly sensitive marker to detect micrometastasis formation during tumor progression", *Cancer Research*, vol. 50, No. 9, May 1, 1990, pp. 2808–2817.

Lin, W. C., et al., "Altered establishment/clearance mechanisms during experimental micrometastasis with live and/or disabled bacterial lacZ–tagged tumor cells", *Invasion Metastasis*, vol. 12, May 1992–Aug. 1992.

Chishisma, T. et al., "Metastatic patterns of lung cancer visualized live and in process by green fluorescence protein expression", *Clinical and Experimental Metastasis*, vol. 15, No. 5, Sep. 1997, pp. 547–552.

Chishima, T. et al., "Visualization of the metastatic process by green fluorescent protein expression", *Anticancer Research*, vol. 17, No. 4a, Jul. 1997, pp. 2377–2384.

Chishima, T. et al., "Cancer Invasion and micrometastasis visualized in live tissue by green fluorescent protein expression", *Cancer Research*, vol. 57, No. 10, May 15, 1997, pp 2042–2047.

Chishima, T. et al., "Governing step of metastasis visualized in vitro", *Proceedings of the National Academy of Sciences of USA*, vol. 94, No. 21, Oct. 1997, pp. 11573–11576.

Hyer, M. L. et al., "Adenovirus–mediated gene transfer of GFP (green fluorescent protein) to mouse and human prostate cancer cells", *Cancer Gene Therapy*, vol. 4, No. 6, Nov. 1997, pp. s29–s30.

Li, Y. et al., "Use of a Green Fluorescent Protein in Studies of Apoptosis of Transfected Cells", *Biotechnologies*, vol. 23, No. 6, Dec. 1997, pp. 1026–1029.

Chishima et al. (1997) Proc. Am. Assoc. Canc. Res., vol. 38, p. 489 #3276—Dated Mar. 1997.

Aboody–Guterman et al. (1996) Society for Neuroscience Abstracts, vol. 22, 949–1998.

Romer et al. (1995) APMIS, vol. 103,582–587.

Levy et al (1996) Nature Biotech., vol. 14, 610–614.

Astoul et al. (1994) J. Cell, Biochem., vol. 56, 9–15.

Margolis et al. (1995) Annu. Rev. Immunol., vol. 13, 339–367.

Aboody–Guterman et al., *Society for Neuroscience Abstracts* (1996) 22:949–1998.

Astoul, P. et al., *Anticancer Res.* (1994) 14:85–92.

Astoul, P. et al., *J. Cell Biochem.* (1994) 56:9–15.

Chalfie, M. et al., *Science* (1994) 263:802–805.

Chishima et al., *Proc. Am. Assoc. Canc. Res* (1997) 38:489 (#3276—Mar. 1997).

Chishima, T. et al., *Clinical and Experimental Metastais* (1997) 15(5):547–552.

Chishima, T. et al., *AnticancerRes.* (1997) 17:2377–2384.

Chishima, T. et al., *Cancer Res.* (1997) 57(10):2042–2047.

Chishima, T. et al., *Proc. Nat'l Academy of Sciences of USA* (1997) 94:11573–11576.

Cody, C.W. et al., *Biochemistry* (1993) 32:1212–1218.

Cormack, B. et al., *Gene* (1996) 173:33–38.

Crameri, A. et al., *Nature Biotechnol.* (1996) 14:315–319.

Delagrave, S. et al., *Biotechnology* (1995) 13:151–154.

Fu, X. et al., *Anticancer Res.* (1993) 13:283–286.

Heim, R. et al., *Nature* (1995) 373:663–664.

Hoffman, R.M., *Cancer Cells* (1991) 3:86–92.

Hyer, M. L. et al., *Cancer Gene Therapy* (1997) 4(6):s29–s30.

Kaufman, R.J. et al., *Nucleic Acids Res.* (1991) 19:4485–4490.

Khokha, R. et al., *Cancer Metastasis Rev.* (1995) 14:279–301.

Koop, S. et al., *Cancer Res.* (1995) 55:2520–2523.

Leighton, J., *Cancer Res.* (1957) 17:929–941.

Leighton, J., *Cancer Res.* (1960) 20:575–597.

Levy, J.P. et al., *Nature Biotechnol.* (1996) 14:610–614.

Li, Y. et al., *Biotechnologies*, (1997) 23:1026–1029.

Lin, W.C. et al., *Cancer Res.* (1990) 50:2808–2817.

Lin, W.C. et al., *Invasion and Metastasis* (1992) 12:197–209.

Margolis, L.B. et al., *In Vitro Cell Dev. Biol.* (1995) 31:221–226.

Margolis et al., *Annu. Rev. Immunol.* (1995) 13:339–367.

Morin, J. et al., *J. Cell. Physiol.* (1972) 77:313–318.

Plautz, J. D. et al., *Gene* (1996) 173:83–87.

Prasher, D.C. et al., *Gene* (1992) 111:229–233.

Romer et al., *APMIS* (1995) 103:582–587.

Yokoe, H. et al., *Nature Biotechnol.* (1996) 14:1252–1256.

Zolotukhin, S. et al., *J. Virol.* (1996) 70:4646–4654.

* cited by examiner



# Fig. 1a



Fig. 1b

US 6,251,384 B1

1

# METASTASIS MODELS USING GREEN FLUORESCENT PROTEIN (GFP) AS A MARKER

This application is a continuation-in-part of U.S. Ser. No. 09/067,734 filed Apr. 28, 1998 which is a continuation-in-part of U.S. Ser. No. 09/049,544 filed Mar. 27, 1998 which is a continuation-in-part of U.S. Ser. No. 08/848,539 filed Apr. 28, 1997, the contents of which are incorporated herein by reference.

## TECHNICAL FIELD

The invention relates to the study of tumor progression. Specifically, it concerns model systems for studying the metastasis of tumors in vertebrate systems and to models and methods for evaluating candidate drugs.

## BACKGROUND OF THE INVENTION

It has long been recognized that the ability of tumor tissues to metastasize constitutes a major portion of the life-threatening aspects of malignancy. Metastasis is the growth of secondary tumors at sites different from the primary tumor. Thus, despite surgical removal of the primary tumor, it may not be possible to arrest the progress of this condition. An understanding of the mechanism whereby metastasis occurs will be crucial to the development of protocols whereby the growth of secondary tumors can be controlled. In order to understand the mechanism of metastasis, it will be necessary to provide a model which permits identification of small numbers of tumor cells against a background of many host cells so that secondary tumor emboli and micrometastases can be observed over the course of real time.

Others have demonstrated extravasation and initial seeding steps in tumor metastasis in vitro using externally fluorescently labeled tumor cells. Khokha, R. et al., *Cancer Metastasis Rev* (1995) 14:279–301; Koop, S. et al., *Cancer Res* (1995) 55:2520–2523. Further, Margolis, L. B. et al., *In Vitro Cell Dev Biol* (1995) 31:221–226 was able to visualize the migration of externally fluorescently labeled lung tumor cells in host mouse lung in histoculture. In all cases, however, long-term observation was not possible due to the limitation of exogenous fluorescent labels. Retroviral transfer of a green fluorescent protein (GFP) gene has been shown to result in stable transfectants of human cancer cells in vitro (Levy, J. P. et al., *Nature Biotechnol* (1996) 14:610–614), as well as of hematopoietic cells (Grignani, F. et al. *Cancer Res* (1998) 58:14–19 and by Cheng, L. et al. *Gene Therapy* (1997) 4:1013–1022).

Attempts have been made to provide such a model using the β-galactosidase gene as a marker (Lin, W. C. et al., *Cancer Res* (1990) 50:2808–2817; Lin, W. C. et al., *Invasion and Metastasis* (1992) 12:197–209). However, this marker has not proved satisfactory, as fresh or processed tissue cannot be used. The present invention provides a marker which permits visualization of tumor invasion and micrometastasis formation in viable fresh tissue. In addition, by providing suitable contrast media, the method of the invention can be adapted to visualize angiogenesis in established and growing tumors. The methods of the invention can be applied not only to models of tumor growth and metastasis, but, through the use of retroviral vectors, can be employed to obtain clinical data in human subjects bearing tumors.

The present invention utilizes green fluorescent protein (GFP) as a marker. Heterologous expression of this protein, principally to monitor expression of fused DNA, was dis-

2

closed in U.S. Pat. No. 5,491,084. This document describes the expression of GFP in *E. coli* and *C. elegans* and postulates that cells in general can be modified to express GFP. Such expression, according to this document, permits not only a method to monitor expression of fused DNA, but also a means of monitoring protein localization within the cell.

The aspect of the invention which provides a metastatic model has been reported and described in a series of publications. Chishima, T. et al. *Cancer Research* (1997) 57:2042–2047 describe the construction of a dicistronic vector containing the gene for humanized green fluorescent protein (GFP) and dihydrofolate reductase (DHFR). This vector was transfected into CHO-K1 cells to obtain clone-38. Clone-38 showed stable GFP expression which was maintained in the presence of methotrexate (MTX). Clone-38 cells were injected into mice to obtain tumor fragments which were then implanted by surgical orthotopic implantation (SOI) on the ovarian serosa in nude mice. Metastasis could be followed in this model.

Chishima, T. et al. *Proc Natl Acad Sci USA* (1997) 94:11573–11576 describe the preparation of clone-26 by transfection of Anip 973 human lung adenocarcinoma cells with the codon optimized hGFP-S65T clone obtained from Clontech. Clone-26 was injected intravenously into nude mice and the resulting tumors were followed in histoculture.

Chishima, T. et al. *Clin Exp Metastasis* (1997) 15:547–552 and Chishima, T. et al. *Anticancer Res* (1997) 17:2377–2384 describe similar work with clone-26 wherein the cells were inoculated subcutaneously into nude mice resulting in a visualizable tumor which was then implanted into the visceral pleura of nude mice by SOI. Metastases were observed in this model as well.

Chishima, T. et al. *In Vitro Cell Dev Biol* (1997) 33:745–747 describe histoculture of clone-26 and visualization of growth using the fluorescence emitted by GFP.

Yang, M., et al., *Cancer Res* (1998) 58:4217–4221 describe transduction of the human lung cancer cell line H460 with a retroviral expression vector containing enhanced GFP to obtain a stable high-GFP-expressing clone. Cells from this cell line were injected into nude mice and the resulting subcutaneously growing labeled tumors were transplanted by SOI into the left lung of nude mice. Fluorescence could then be observed from the metastases in the collateral lung, pleural membrane and throughout the skeletal system.

Yang, M., et al., *Cancer Res* (In Press) report similar studies using a model for prostate tumor and showing fluorescence throughout the skeletal system in nude mice.

The contents of the foregoing publications are incorporated herein by reference.

In addition to the foregoing, Cheng, L., et al., *Gene Therapy* (1997) 4:1013–1022, describe the modification of hematopoietic stem cells using the GFP gene under control of a retroviral promoter. Although the authors state that human stem cells are transfected with this system only with difficulty, by using an enhanced form of the GFP, satisfactory brightness could be achieved.

In addition, Grignani, F., et al., *Cancer Res* (1998) 58:14–19, report the use of a hybrid EBV/retroviral vector expressing GFP to effect high-efficiency gene transfer into human hematopoietic progenitor cells.

Vectors containing various modified forms of GFP to provide various colors are marketed by Clontech. The Clontech vectors intended for mammalian cell expression place the GFP under control of the cytomegalovirus (CMV) promoter.

US 6,251,384 B1

3

## DISCLOSURE OF THE INVENTION

The invention provides models which permit the intimate study of formation of metastases from primary tumors in a realistic and real-time setting. By using green fluorescent protein (GFP) as a stable and readily visualized marker, the progression of such metastasis can be modeled and the mechanism elucidated.

Thus, in one aspect, the invention is directed to a method to follow the progression of metastasis of a primary tumor, which method comprises removing fresh organ tissues from a vertebrate subject which has been modified to contain tumor cells that express GFP and observing the excised tissues for the presence of fluorescence.

In one embodiment, however, it is unnecessary to remove organ tissues; rather, the fluorescence can be visualized in the whole animal by real-time fluorescence optical tumor imaging (FOTI).

In another aspect, the invention is directed to a vertebrate subject which has been modified to contain tumor cells expressing GFP.

In these aspects, the vertebrate subject may constitute a model system, such as an immunocompromised mouse wherein tumor cells or a tumor, modified to express green fluorescent protein has been introduced into the subject. The model system may be used to evaluate candidate drugs for their capacity to inhibit metastasis. Alternatively, the subject may be a human or other vertebrate which natively contains the tumor, but wherein the tumor has been subjected to viral infection or to transfection with a retroviral vector so as to produce said GFP. The efficacy of drugs administered to such patients can be evaluated by following the course of metastasis in the subject.

In still other aspects, the invention is directed to tumor cells modified to produce GFP under control of heterologous control elements, to cells that are immortalized to provide stable cell lines as well as comprising visible amounts of GFP, to tissues containing metastatic tumors that produce GFP, and to histocultures of tissues which contain such metastasized tumors.

The invention also includes a method to observe and follow angiogenesis in solid tumors which method comprises (usually) exposing and observing said tumors. The tumors will have been modified to express GFP, and the subject will have been administered a contrast dye to permit this observation.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1a and 1b show the construction of expression vectors useful in the invention.

## MODES OF CARRYING OUT THE INVENTION

The invention provides model systems for the study of the mechanism of metastasis of tumors generally, as well as to study angiogenesis in solid tumors. Advantage is taken of the visible marker green fluorescence protein (GFP) to label the tumor cells so that their migration and colonization in tissues distal to the tumor can be followed as the migration and colonization progresses. Further, by administering to the subject a contrast dye, such as rhodamine, the growth of blood vessels in solid tumors which have been labeled with GFP can be observed.

Since sufficient intensity can be achieved to observe the migration of fluorescent cells in the intact animal, in addition to determining the migration of the cells by excising organs,

4

the progression of metastasis can be observed in the intact subject. Either or both methods may be employed to observe metastasis in evaluating, in model systems, the efficacy of potential antimetastatic drugs. The success or failure of treatments provided to patients with potentially metastatic cancers can also be followed using the materials and methods of the invention.

The label used in the various aspects of the invention is green fluorescent protein (GFP). The native gene encoding this protein has been cloned from the bioluminescent jellyfish *Aequorea victoria* (Morin, J. et al.,*J Cell Physiol* (1972) 77:313–318). The availability of the gene has made it possible to use GFP as a marker for gene expression. GFP itself is a 283 amino acid protein with a molecular weight of 27 kD. It requires no additional proteins from its native source nor does it require substrates or cofactors available only in its native source in order to fluoresce. (Prasher, D. C. et al., *Gene* (1992) 111:229–233; Yang, F. et al., *Nature Biotechnol* (1996) 14:1252–1256; Cody, C. W. et al., *Biochemistry* (1993) 32:1212–1218.) Mutants of the GFP gene have been found useful to enhance expression and to modify excitation and fluorescence. GFP-S65T (wherein serine at 65 is replaced with threonine) is particularly useful in the invention method and has a single excitation peak at 490 nm. (Heim, R. et al., *Nature* (1995) 373:663–664); U.S. Pat. No. 5,625,048. Other mutants have also been disclosed by Delagrade, S. et al., *Biotechnology* (1995) 13:151–154; Cormack, B. et al., *Gene* (1996) 173:33–38 and Cramer, A. et al. *Nature Biotechnol* (1996) 14:315–319. Additional mutants are also disclosed in U.S. Pat. No. 5,625,048. By suitable modification, the spectrum of light emitted by the GFP can be altered. Thus, although the term "GFP" is used in the present application, the proteins included within this definition are not necessarily green in appearance. Various forms of GFP exhibit colors other than green and these, too, are included within the definition of "GFP" and are useful in the methods and materials of the invention. In addition, it is noted that green fluorescent proteins falling within the definition of "GFP" herein have been isolated from other organisms, such as the sea pansy, *Renilla reriformis*. Any suitable and convenient form of the GFP gene can be used to modify the tumor cells useful in the models of the invention, and for retroviral transformation of endogenous tumors. The particular humanized hGFP-S65T clone is used in the examples set forth below for illustration.

Techniques for labeling cells in general using GFP are disclosed in U.S. Pat. No. 5,491,084 (supra).

In one application, the method of the invention provides a model system for studying the effects of various therapeutic candidate protocols and substances on metastatic growth of tumors.

In general, the model involves modifying a vertebrate, preferably a mammal, so as to contain tumor tissue, wherein the tumor cells have, themselves, been modified to contain an expression system for GFP. The tumor cells may arise from cell lines of the invention wherein tumor cells have been modified to contain expression systems for GFP and SV40 T-antigen. Tumors can be formed in such vertebrate systems by administering the transformed cells containing the GFP expression system and permitting these transformed cells to form tumors. Typically such administration is subcutaneous and the tumors are formed as solid masses. The tumors thus formed can be implanted in any suitable host tissue and allowed to progress, metastasize and develop.

Suitable procedures for growing the initial tumor, thus, involve transcutaneous injection of the tumor cells produc-

US 6,251,384 B1

5

ing GFP, such as CHO cells, HeLa cells, carcinoma and sarcoma cell lines, well established cell lines such as the human lung adenocarcinoma line Anip 973, or lung cancer cell line H460 as well as GFP-containing human breast cancer lines MDA-MB468 and MDA-MB435; human prostate cancer lines PC3 and DU-145, human glioblastoma line 324, mouse melanoma B16 and others that may become available in the art, including the immortalized cells of the invention. The administered cells will have been modified to contain an expression system for GFP. After administration, solid tumors generally develop, typically at the site of subcutaneous injection. These tumors, which are themselves fluorescent, can then be removed and used for implantation in the model vertebrate.

Techniques for implantation of the solid tumors, now labeled with GFP, into vertebrates include direct implantation by surgical orthotopic implantation (SOI) at the desired site, typically the site from which the tumor cells were derived. Suitable sites include lung, liver, pancreas, stomach, breast, ovary, prostate, bone marrow, brain, and other tissues susceptible to malignancy. Once the solid tumors have been implanted, the vertebrate becomes a model system for studying metastasis. The tumor is thus allowed to progress and develop and the vertebrate is monitored for appearance of the GFP labeled cells at sites distal from the original implantation site. The monitoring can occur either on the whole vertebrate by opening the animal and observing the organs directly with a fluorescent microscope, or the tissues may be excised and examined microscopically. In some cases the tumors are sufficiently bright that opening the animal is unnecessary—they can be seen directly through the skin. In any case, as GFP is visible to the naked eye, no development systems to stain the tissue samples are required. Tissue samples are simply properly processed as fresh samples in slices of suitable size, typically 1 mm thick, and placed under a microscope for examination. Even colonies of less than 10 cells are thus visible. A variety of microscopic visualization techniques is known in the art and any appropriate method can be used.

It is particularly convenient to visualize the migration of tumor cells in the intact animal through fluorescent optical tumor imaging (FOTI). This permits real-time observation and monitoring of progression of metastasis on a continuous basis, in particular, in model systems, in evaluation of potential anti-metastatic drugs. Thus, the relative lack of metastasis observed directly in test animals administered a candidate drug in comparison to controls which have not been administered the drugs indicates the efficacy of the candidate and its potential as a treatment. In subjects being treated for cancer, the availability of FOTI permits those devising treatment protocols to be informed on a continuous basis of the advisability of modifying or not modifying the protocol.

In addition, the development of the tumor can be studied in vitro in histological culture. Suitable systems for such study include solid supported cultures such as those maintained on collagen gels and the like.

Suitable vertebrate subjects for use as models are preferably mammalian subjects, most preferably convenient laboratory animals such as rabbits, rats, mice, and the like. For closer analogy to human subjects, primates could also be used. Particularly useful are subjects that are particularly susceptible to tumor development, such as subjects with impaired immune systems, typically nude mice or SCID mice. Any appropriate vertebrate subject can be used, the choice being dictated mainly by convenience and similarity to the system of ultimate interest.

6

Any suitable expression system operable in the tumor cells to be implanted may be used. A number of vectors are commercially available that will effect expression in tumor cells of various types. The nature of the vector may vary with the nature of the tumor and the vertebrate in which it finds its origin. However, when GFP is used to visualize metastasis in a model system, it is preferred to utilize vectors which do not use retroviral or other viral promoters which may complicate the nature of the model.

In order to provide cell lines that are helpful in establishing tumors for these model systems, it is also advantageous to employ expression vectors which provide the cells with the SV40 T-antigen. The presence of this antigen ensures immortality of the culture. Thus, particularly useful in the invention are vectors which comprise expression systems that result in the production both of GFP and SV40 T-antigen.

In order to transfect and modify the transformed cells which are effective in generating tumors, any suitable transfection method may be used, such as liposomes, calcium phosphate precipitation, electroporation and use of a gene gun. Lipofection is preferred.

In contrast, when the method of the invention is used to visualize metastasis in tumors that natively occur in a subject such as a human cancer patient, vectors that employ retroviral or other viral promoters are preferred. The use of such vectors permits the insertion of an expression system for GFP into the already existent tumor. In addition, the expression system may contain nucleotide sequence encoding other useful proteins such as therapeutic proteins which permit simultaneous diagnosis of metastasis and treatment. Among such suitable proteins are included methioninase (see, for example, PCT/US93/11311 and PCT/US96/09935). Such proteins may be produced either as fusions with the GFP, or independently either using a dicistronic expression system or independent expression systems, one for the therapeutic protein and the other for the GFP.

Retroviral based expression systems for GFP have already been described by Grignani, F. et al. *Cancer Res* (1998) 58:14–19 and by Cheng, L. et al. *Gene Therapy* (1997) 4:1013–1022. In these reports, the retroviral expression system itself was used to transfect hematopoietic progenitor cells or packaging cells were employed to provide virus-containing supernatants which can be used directly for infection of the mammalian cells. Thus, in the method of the invention, the tumor contained in the vertebrate subject is typically infected with virus which has been modified and packaged to contain the expression system for GFP. In situ infection with virus results in the ability of the tumor to produce GFP and, in effect, label itself.

Various retroviral systems useful in producing proteins in mammalian cells are known in the art. Examples include commercially available vector and packaging systems such as those sold by Clontech, San Diego, Calif., including their Retro-X vectors pLNCX and pLXSN which permit expression of GFP under a variety of promoters by insertion into the multiple cloning site. These vectors contain ψ* (the extended viral packaging signal) and antibiotic resistance genes for selection. A number of these systems have been developed for use in gene therapy, including vectors which provide a multiple cloning site sandwiched between 5'40 and 3' LTR derived from retroviral sources, and thus would be useful in labeling the tumors of human patients.

Thus, retroviral based vectors such as those set forth in FIGS. 1a–1b can be transfected into packaging cells and transferred directly to targeted cancer cells or supernatants

**7**

from the packaging cells can be used to infect tumor cells with the retrovirus. Preferred combinations of retrovirus and packaging cells include the GFP-retrovirus vector pLEIN in PT-67 packaging cells. Co-culture of the packaging cells with colon cancer cells results in transfer of the GFP-retrovirus to the cancer cells.

Using histoculture techniques, and supernatants from PT-67 packaging cells generating GFP-pLEIN virus, the successful modification of a human cancer tissue to display the fluorescence associated with GFP has been demonstrated. For use in vivo, the virus is administered, preferably locally to the tumor, which can be observed within hours after injection either of packaging cells or of the viral containing supernatants. The malignant cells can be identified by their green color, sometimes sufficiently bright so that the tumors can be seen through the skin.

In addition to direct observation of tumor metastasis and growth either in a model system or in a vertebrate, typically mammalian and more typically a human subject which is already afflicted by a tumor, the methods of the invention can be adapted to observe angiogenesis in solid tumors. The tumor is itself labeled with GFP as described above. The subject is then administered a contrast agent, typically by injection, preferably intravenous injection, which allows blood vessels in the tumor to be observed. Suitable dyes include rodamine and other contrast dyes. Any dye which forms a contrasting color with the green color of the GFP can be used. Preferably, the dye is coupled to an inert polymer such as polyethylene glycol to increase the length of time the dye will remain in the blood vessel. A sufficient amount of dye is provided to permit ready visualization; the amount of dye required will depend on the choice of dye, the location of the tumor, the nature of the background GFP, and the method used for observation. Within a few minutes, vessels growing into the solid tumors in such areas as the mesentery, colon wall, and omentum can be observed. Observations can be continued over substantial periods; for example, angiogenesis after several hours is still observed by using this method.

The following examples are intended to illustrate but not to limit the invention.

### EXAMPLE 1

#### Preparation of Tumor Cells that Produce GFP

The humanized hGFP-S65T clone described by Zolotukhin, S. et al., *J Virol* (1996) 70:4646–4654 was used as the green fluorescent protein coding sequence. This codon-optimized gene was purchased from Clontech Laboratories, Inc. (Palo Alto, Calif.) and ligated into the dicistronic expression vector (pED-mtx[40]) obtained from Genetics Institute, Cambridge, Mass. and described in Kaufinan, R. J. et al., *Nucleic Acids Res* (1991) 19:4485–4490. hGFP-S65T was digested with HindIII and blunted; the entire hGFP coding region was excised with XbaI and then unidirectionally subcloned into pED-mtx[1] which had been digested with PstI, blunted and then further digested with XbaI.

CHO-K1 cells were cultured in DMEM containing 10% fetal calf serum, 2 mM L-glutamine and 100 $\mu$M nonessential amino acids. Near confluent cells were incubated with a precipitated mixture of LipofectAMIN™ reagent (GIBCO) and saturating amounts of plasmids for six hours and then replenished with fresh medium. The cells were harvested by trypsin/EDTA 48 hours later and subcultured at 1:15 into selective medium containing 1.5 $\mu$M methotrexate (MTX).

**8**

Cells with stably integrated plasmids were selected in MTX-containing medium and isolated with cloning cylinders (Bel-Art Products, Pequannock, N.J.) by EDTA. After amplification and transfer, Clone-38 was selected because of its high-intensity GFP fluorescence and stability.

In a similar manner, Anip 973 cells, a human lung cancer cell line obtained from Harbin Medical University, China, were cultured as described above for CHO-K1 cells except using RPMI1640 (GIBCO) in place of DMEM. Transfection, selection and amplification and transfer were conducted as described above. Clone-26 was chosen because of its high-intensity GFP fluorescence and stability.

### EXAMPLE 2

#### Mouse Model Using Modified CHO Cells

Clone-38, which was stable at 1.5 $\mu$M MTX and which proliferated at the same rate as the parental CHO-K1 cells as ascertained by comparing doubling times, was used in this model.

Three six-week old Balb/C nu/nu female mice were injected subcutaneously with a single dose of $10^7$ Clone-38 cells that had been harvested by trypsinization and washed three times with cold serum-containing medium and then kept on ice. The cells were injected in a total volume of 0.4 ml within 40 minutes of harvesting and the nude mice sacrificed three weeks after injection. All of the mice had a subcutaneous tumor ranging in diameter from 13.0 mm to 18.5 mm (mean=15.2 mm±2.9 mm). The tumor tissue was strongly fluorescent. It was shown by extracting GFP from cultured Clone-38 cells in comparison to Clone-38 cells prepared from the tumor that the levels of production of GFP were the same in both.

To construct the model, tumor fragments (1 mm³) derived from the nude mouse subcutaneous Clone-38 tumor grown as described above, were implanted by surgical or surgical orthotopic implantation (SOI) on the ovarian serosa in six nude mice as described by Fu, X. et al., *Anticancer Res* (1993) 13:283–286, incorporated herein by reference. Briefly, the mice were anesthetized by isofluran inhalation and an incision was made through the left lower abdominal pararectal line and peritoneum to expose the left ovary and part of the serosal membrane, which was scraped with a forceps. Four 1 mm³ tumor pieces were fixed on the scraped site with an 8-0 nylon suture and the ovary then returned to the peritoneal cavity. The abdominal wall and skin were closed with 6-0 silk sutures.

Four weeks later, the mice were sacrificed and lung and various other organs were removed. The fresh samples were sliced at approximately 1 mm thickness and observed directly under fluorescent and confocal microscopy. Samples were also processed for histological examination for fluorescence and conventional staining. Frozen sections were prepared wherein the slides were rinsed with phosphate buffer saline and fixed for 10 minutes at 4° C.; 10% formaldehyde plus 0.2% glutaraldehyde and PBS were added and the slides were then washed with PBS. The fixed tissue was stained with hematoxylin and eosin using standard techniques.

Light and fluorescence microscopy were carried out using a Nikon microscope equipped with a Xenon lamp power supply and a GFP filter set (Chromotechnology Corp., Brattleboro, Vt.). Confocal microscopy was with an MRC-600 Confocal Imaging System (Bio-Rad) mounted on a Nikon microscope with an argon laser.

The mice, at sacrifice, had tumors in the ovaries ranging in diameter from 18.7 mm–25.3 mm (mean 21.9±3.1 mm).

US 6,251,384 B1

9                                                                          10

The fresh organ tissues examined under fluorescence microscopy with no treatment of the tissues showed seeding of the tumor throughout the peritoneal cavity, including the colon (6/6 mice), cecum (5/6), small intestine (4/6), spleen (1/6), and peritoneal wall (6/6). Numerous micrometastases were detected in the lungs of all mice and multiple micrometastases were also detected on the liver (1/6), kidney (1/6), contralateral ovary (3/6), adrenal gland (2/6), para-aortic lymph node (5/6) and pleural membrane (5/6). Single-cell micrometastases could not be detected by the standard histological techniques described above and even the multiple cell colonies were difficult to detect using them. As the colonies developed, the density of tumor cells decreased markedly in the center.

In an additional experiment, $5\times10^6$ Clone-38 cells were injected into a nude mouse through the tail vein and the mouse sacrificed after two minutes. Fresh visceral organs were analyzed by fluorescence microscopy and showed the presence of fluorescent cells in peritoneal wall vessels which formed emboli in the capillaries of the lung, liver, kidney, spleen, ovary, adrenal gland, thyroid gland and brain.

Thus, using these techniques, progression of micrometastasis can be observed as seeded cells develop into colonies within the relevant target organs. Further, screening for micrometastases can be done easily and quickly in all systemic organs.

EXAMPLE 3

Murine Model Using Human Lung Cancer Cells

The procedures are generally those set forth in Example 2 except that Clone-26 cells as prepared in Example 1 were used instead of Clone-38 CHO cells.

A. As in Example 2, tumors were grown in six-week-old Balb/C nu/nu male mice injected subcutaneously with a single 0.4 ml dose of $10^7$ Clone-26 cells within 40 minutes of harvesting by trypsinization and washing three times with cold serum-containing medium. The cells were kept on ice prior to injection. The animals were sacrificed when the tumors had reached approximately 1.2 cm diameters. The 1.2 cm tumors formed after about 5 weeks.

B. The tumor pieces, 1 $mm^3$, were implanted by SOI into the left visceral pleura of 8 mice as described by Astoul, P. et al., *Anticancer Research* (1994) 14:85–92; Astoul, P. *J Cell Biochem* (1994) 56:9–15, both incorporated herein by reference. Briefly, the mice were anesthetized by isofluoran inhalation an a small 1 cm transverse incision made on the left lateral chest, via the fourth intercostal space, resulting in total lung collapse. Five tumor pieces were sewn together with a 7-0 nylon surgical suture and fixed by making one knot. The lung was taken up by forceps and the tumor sewn into the lower part of the lung with one suture, after which the lung was returned to the chest cavity and the muscles and skin closed with a single layer of 6-0 silk sutures. The lung was reinflated by withdrawing air from the chest cavity with a 23-gauge needle.

C. Four of the mice were sacrificed at 4 weeks and another 4 at 8 weeks. Pleural tumors for the 4-week group ranged from 244.40 $mm^3$–522.88 $mm^3$; those from the 8 week group from 1279.08 $mm^3$–2714.40 $mm^3$. This represented mean volumes of 371 $mm^3$ and 1799 $mm^3$. Specimens of tissue were sliced at 1 mm thickness and observed directly under fluorescent microscopy using a Nikon microscope equipped with a Xenon lamp power supply and a Leica stereo fluorescence microscope equipped with a mercury lamp power supply and GFP filter sets. All of the animals showed chest wall invasion and local and regional spread of

the tumor, but in the 8-week mice, all tumors involved the mediastinum and contralateral pleural cavity as well as metastases on the visceral and parietal pleura. Pulmonary hilum lymph nodes were involved in 3 of 4 mice of the 4-week group and all of the mice in the 8-week group. Cervical node involvement was detected in one of the mice of the 8-week group, but no other metastases were observed. The animals were also observed directly before the tissues were excised. The margin of the invading tumor in normal lung tissue could be detected by GFP fluorescence and a small vessel could be seen developing at the margin of the tumor.

D. In an additional experiment, 8 nude mice were injected in the tail vein with a single dose of $1\times10^7$ Clone-26 cells that had been harvested by trypsinization and washed 3 times with cold serum-containing medium. The injection contained a total volume of 0.8 ml within 40 min. of harvesting. Again, 4 mice were sacrificed at 4 weeks and another 4 at 8 weeks and tissue specimens were obtained and studied by microscopy as described above. Numerous micrometastatic colonies were detected in whole lung tissue in both groups ranging from 5.2 $\mu m$ to 32.5 $\mu m$ in the 4-week group and 5.5 $\mu m$–178.3 $\mu m$ in the 8-week group. The colonies from the 8-week group did not appear further developed as compared with those from the 4-week group. Numerous small colonies ranging in number to less than 10 cells were detected at the lung surface in both groups and brain metastases were detected in 1 mouse of the 4-week group and 2 from the 8-week group. One mouse in the 8-week group had systemic metastases in the brain, the submandibular gland, the whole lung, the pancreas, the bilateral adrenal glands, the peritoneum and the pulmonary hilum lymph nodes.

E. In an additional experiment, similar to that set forth in the previous paragraph, the mice injected in a tail vein with $10^7$ Clone-26 cells were sacrificed at 4,8 and 12 weeks and the tissues examined as described. Most of the colonies and mice sacrificed at 8 weeks were not obviously further developed compared with those sacrificed at 4 weeks, but numerous small quantities ranging in number down to less than 10 cells and ranging in size from 5.5 $\mu m$–110 $\mu m$ were detected at the lung surface. At 12 weeks, there were many small metastatic colonies which appeared dormant, although other colonies grew extensively by this time, reaching a size up to 1100 $\mu m$, suggesting a heterogeneity of dormant and active tumor colonies in the lung.

EXAMPLE 4

Growth of Clone-26 Tumor Cells in Histoculture

Six-week old SCID/SCID mice were injected intravenously with a single dose of $7.5\times10^7$ Clone-26 cells which had been harvested by trypsinization and washed 3 times with cold serum-containing medium and kept on ice as described above. The cells were injected in a total volume of 0.5 ml within 40 minutes of harvesting. After 3 weeks, numerous micrometastatic colonies were detected in whole lung tissue up to approximately 550 $\mu m$. After 5 weeks, the mice were sacrificed and the Clone-26 seeded mouse lungs were removed and histocultured on spun gels using the histoculture methods developed by Leighton, *J. Cancer Res* (1957) 17:929–941; Leighton, J. et al., *Cancer Res* (1960) 20:575–597; Hoffmnan, R. M. *Cancer Cells* (1991) 3:86–92. Tumor colonies spread rapidly in the lung tissue over time and after 1 week the tumor cells started to invade and colonize supporting collagen sponge-gel. After 2 weeks, tumor cells formed satellite colonies in the sponge-gel

US 6,251,384 B1

11

distant from the primary colonies in the lung tissue, thus growing faster in histoculture than in SCID mice. Tumor colonies could grow in histoculture for more than 1 month.

### EXAMPLE 5

### Construction of a Retroviral Expression Vector for GFP and Preparation of Labeled Tumor Cell Lines

FIGS. 1a and 1b show the construction of expression vectors for GFP under control of the SV40 promoter. The constructs employ commercially available pEGFP series vectors available from Clontech. Both bacterial and mammalian expression vectors are available which permit production of additional proteins, as well as GFP, either as fusions or in dicistronic systems. FIG. 1a shows the construction of an expression vector, pGFP/Met, for a fusion of GFP with methioninase; FIG. 1b shows the construction of a vector pGFP/SV40 for production of a fusion protein of GFP with the SV40 T-antigen.

Commercial vectors containing the GFP coding sequence of the desired spectral characteristics using the pLEIN system described in Example 6 were transfected into cell lines originating from tumors, such as human breast cancer, human prostate cancer, human glioblastoma and mouse melanoma. In this manner, human breast cancer cell lines MF-7, MDA-MB468 and MDA-MB435, human prostate cancer cell lines PC3 and DU145, human glioblastoma cell line 324, human lung cancer cells Anip-73 and H460, human colon cancer cells lines Colo-205, HCT-15 and WiDr, human gastric cancer cell line NVGC-4, human kidney cancer cell line SN12C, human tongue cancer cell line SCC-25, human melanomas LOX and SK-mel-5, labeled Chinese hamster ovary cells from cell line CHO-K1 and mouse melanoma cell line B16 labeled with green fluorescent protein were established.

The SV40 T-antigen protein is useful to immortalize cultured cells so as to establish permanent cell lines. Accordingly, the vector pGFP/SV40 is transfected into a series of tumor cell cultures to provide fluorescent immortalized cell lines.

### EXAMPLE 6

### In Vivo Labeling of Established Tumors

Unlabeled tumors derived from the human lung cancer cell line Anip973 were established in mice using the procedure set forth in Example 3, paragraphs A and B, but substituting unlabeled Anip973 cells for clone 26. The mice were then injected with $1 \times 10^7$ packaging cells containing the retroviral vector GFP-retrovirus pLEIN contained in PT67 cells. This virus packaging system is available from Clontech, San Diego, Calif. pLEIN contains an insert of the coding sequence for EGFP, a red-shifted variant of wild-type GFP that has been optimized for brighter fluorescence and higher expression in mammalian cells. It has an excitation maximum of 488 nm and an emission maximum at 507 nm. This mutant contains a double amino acid substitution at position 64 from Phe to Leu and at position 65 from Ser to Thr. It is described by Comack, B. et al. *Gene* (1996) 173:31–38. There are more than 190 silent base changes to maximize human codon usage preferences as described by Haas, J. et al. *Curr Biol* (1996) 6:315–324. Thus, pLEIN contains the above-described GFP coding sequence inserted into the multiple cloning site of pLXIN to obtain a dicistronic expression system which permits coordinated translation of the GFP and neomycin resistance. Three days after

12

injection of the cells into the peritoneal cavity of the mice, the tumor cells could be seen in the seminal vesicles under bright-field microscopy and under fluorescent microscopy.

### EXAMPLE 7

### Observation of Angiogenesis

A suspension containing $1 \times 10^7$ clone-38 cells, described in Example 1, were injected into the peritoneal cavity of a mouse. Five days later, the mouse was injected in the tail with rhodamine and the mouse was then put under anesthesia and the abdominal cavity opened sufficiently to visualize the tumor. Recovery from this surgery is straightforward. In some cases, abdominal opening is unnecessary as the intraperitoneal tumors can be visualized through intact skin. Tumors were visible in the abdominal cavity and angiogenesis was apparent as identified by the rhodamine fluorescence. Similar results were found in tumors growing in the omentum in the wall of the small intestine, and in the mesentery.

In an analogous experiment, a suspension containing $1 \times 10^7$ cells of clone-26, described in Example 1, were injected into the peritoneal cavity of a mouse. After one day, tumors appeared in the mesentery and in the colon wall. These were observed by anesthetizing the mouse and a minimal opening of the abdomen. Observations on day 3 of a similarly treated mouse showed tumors in the wall of the small intestine and in the omentum as well as in the colon wall and mesentery. On day 5, a similarly treated mouse was injected in the tail with 100 $\mu$l of $2 \times 10^{-3}$ M rhodamine and a few vessels could be seen in the tumor growing in the mesentery. After day 60, numerous vessels were seen in the tumor growing in the colon wall.

### EXAMPLE 8

### Construction of Metastatic Models

Using the labeled human cancer cell lines described in Example 5, murine models are established for various types of cancer. The cell lines are implanted into 6-week-old nu/nu female mice with a single dose of $10^7$ GFP expressing human tumor cells which had been harvested by trypsinization and washed three time with cold, serum-containing medium and then kept on ice. The cells are injected in subcutaneous space in the flank of the animal at a total volume of 0.4 ml within 40 min of harvesting. The nude mice are sacrificed to harvest the tumor fragments 3 weeks after tumor cell injection. These tumor fragments are then used for surgical implantation into the corresponding tissue (surgical orthotopic implantation (SOI)) in nude mice as recipients.

The recipient mice are first anesthetized and then implanted using established SOI techniques with fragments of the subcutaneously grown colon cancer, lung cancer, breast cancer, prostate cancer or melanoma. In all cases, except for melanoma, the size of the fragment is 1 mm³; for melanoma, 0.025 mm³ fragments are prepared from the human melanoma LOX-GFP subcutaneous tumor and 5–6 fragments are implanted. The progress of metastasis is then observed using FOTI with a Leica Stereomicroscope MZ12 with a mercury lamp source. GFP is excited with a D425/60 bandpass filter and a 470DCXR dichroic mirror; fluorescence is emitted through a GG475 longpass filter (Chroma Technology, Brattle -boro, Vt.) and collected by a thermoelectrically cooled ST-133 Micromass High-Speed Controlled Camera—TEA/CCD-1317K1 (Princeton

US 6,251,384 B1

13

Instruments, Trenton, N.J.) with a 1317×1035 pixels chip. The images are processed and analyzed with ImagePro⁺ 3.1 Software (Media Cybernetics, Silver Spring, Md.). High resolution images are captured by computer, or continuously through video output onto video tape.

In the colon cancer model, a small midline incision is made in the abdomen and the colorectal part of the intestine is exteriorized. The serosa is removed and 8–15 pieces of tumor fragments are implanted. An 8-0 surgical suture is used to penetrate the small tumor pieces and suture them to the wall of the intestine. The intestine is returned to the abdominal cavity and abdominal wall is closed. The animals are then observed for metastases.

For lung cancer models, a small 1 cm transverse incision is made on the left lateral chest via the fourth intercostal space; total lung collapse results. Five tumor pieces sewn together with 8-0 nylon surgical suture are fixed by making one knot; the lung is taken out by forceps and the tumor sewn into the lower part of the lung with one suture. After returning the lung to the chest cavity, the chest muscles and skin are closed. The lung is reinflated by withdrawing air from the chest cavity with a 23-gauge needle. The animals can then be observed for metastasis either by FOTI or by excising various tissues.

For breast cancer, an incision of 1.5 cm is made along the medial side of the nipple and after blunt dissection, the fat pad is exposed. A small incision is made and a small pocket formed to accommodate 2 fragments of the tumor tissue; an 8-0 suture is made to close the pocket. The skin layer is then closed. The animals are then observed by FOTI or by tissue excision.

For prostate cancer, an opening is made above the pubic symphysis to expose the prostate gland. The fascia surrounding the dorsal portion of the prostate and the dorsal lateral lobes of the gland are separated by a small incision. Five randomized fragments are sutured into the incision using a 8-0 nylon suture. The two parts of the separated lobes are sutured together and the surrounding fascia used to wrap this portion of the gland to consolidate the incision. The abdomen is then closed and the animals maintained for observation.

For melanoma, 5–6 fragments are transplanted subdermally into the flank with a 13×¼ cancer implant needle (Popper & Sons, New Hyde Park, N.Y.).

Images can be obtained as described above showing metastases to various locations in the animal.

The animals treated as described above, can then be used to evaluate potential protocols for treatment of cancer and metastasis inhibition. The metastatic progress of the fluorescent tumors in animals administered the protocols is compared to similar animals lacking treatment. The efficacy of the protocols can then be directly observed.

What is claimed is:

1. A method to evaluate a candidate protocol or drug for the inhibition of metastasis of a primary tumor which method comprises:

administering said protocol or drug to a mammalian subject which contains a primary tumor that stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes and monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence at

14

various locations in the treated subject by fluorescent optical tumor imaging in the intact subject;

wherein said subject has been modified to contain said tumor that expresses GFP by surgical orthotopic implantation of said tumor wherein said subject is a nude or SCID mouse or is a mouse which is syngeneic to said tumor;

monitoring the progression of metastasis in a control subject by fluorescent optical tumor imaging in the intact control subject, which contains a similar tumor that expresses green fluorescent protein;

wherein said control subject has been modified to contain said tumor that expresses GFP by surgical orthotopic implantation of said tumor wherein said control subject is a nude or SCID mouse or is a mouse which is syngeneic to said tumor; and

comparing the progression of metastasis in said treated subject with the progression of metastasis in said control subject;

whereby a diminution of the progression of metastasis in said treated subject as compared to said control subject identifies the protocol or drug as effective in inhibiting metastasis.

2. The method of claim 1 wherein the progression of metastasis is further monitored by excising fresh organ tissues from various locations in said subject.

3. The method of claim 2 wherein said excised tissues are observed by microscopic examination of fresh tissue slices.

4. A method to monitor metastasis of a primary tumor in a mammalian subject which contains said primary tumor, and wherein said tumor stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor stably metastasizes,

wherein said subject has been modified to contain said tumor that expresses GFP by surgical orthotopic implantation of said tumor and wherein said subject is a nude or SCID mouse or is a mouse which is syngeneic to said tumor;

which method comprises monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence as a function of time at various locations in said subject by fluorescent optical tumor imaging in the intact subject.

5. A method to monitor metastasis of a primary tumor in a mammalian subject which contains said primary tumor, and wherein said tumor stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes,

wherein said primary tumor is endogenous to said mammalian subject and expresses said GFP as a result of locally administering a retroviral vector to said subject in the vicinity of said tumor, said retroviral vector containing an expression system for said GFP;

which method comprises monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence as a function of time at various locations in said subject by fluorescent optical tumor imaging in the intact subject.

6. The method of claim 5 wherein the subject is human.

*  *  *  *  *

# EXHIBIT 2

1  STEVEN D. WERTH, #121153
   STEVEN R. RUTH, #146868
2  LOW, BALL & LYNCH
   601 California Street, 21st Floor
3  San Francisco, California  94108
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   LEICA MICROSYSTEMS, INC.

6

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  FEDERAL INSURANCE COMPANY,          )    NO. C02-00193 JW
                                        )
13                    Plaintiff,        )
                                        )
14         vs.                          )
                                        )
15  CAMBRIDGE INSTRUMENT COMPANY, LTD.; )    ANSWER OF DEFENDANT
    CAMBRIDGE INSTRUMENT COMPANY        )    LEICA MICROSYSTEMS, INC.
16  UNITED KINGDOM; LEICA MICROSYSTEMS, )
    INC.; LEICA CAMBRIDGE LIMITED BEAM  )
17  RIDER SYSTEMS; LEICA MICROSYSTEMS   )
    LITHOGRAPHER LIMITED; LEICA         )
18  MICROSYSTEMS AG; AND DOES 1 THROUGH )
    20, INCLUSIVE,                      )
19                                      )
                      Defendants.       )
20                                      )
    _____)

21         Defendant Leica Microsystems, Inc. answers the Complaint for Damages as follows.

22         1.      Defendant denies the allegations of paragraph 1 on the basis that the allegations therein

23  do not pertain to and are not asserted against this defendant.

24         2.      Defendant denies the allegations of paragraph 2 on the basis that the allegations therein

25  do not pertain to and are not asserted against this defendant.

26         3.      Defendant denies the allegations of paragraph 3 on the basis that the allegations therein

27  do not pertain to and are not asserted against this defendant.

28         4.      Defendant denies the allegations of paragraph 4 on the basis that the allegations therein

-1-
H:\1008\sf0485\P-ANSWER.wpd

do not pertain to and are not asserted against this defendant.

       5.     Defendant admits that it was and is doing business in California. Defendant denies the allegations of paragraph 5 in all other respects insofar as they concern itself. Insofar as the allegations contained in paragraph 5 relate to any other defendant, the allegations do not pertain to this answering defendant, and on that basis, this answering defendant denies them.

       6.     Defendant denies the allegations of paragraph 6 on the basis that the allegations therein do not pertain to and are not asserted against this defendant.

       7.     Defendant denies the allegations of paragraph 7 on the basis that the allegations therein do not pertain to and are not asserted against this defendant.

       8.     Defendant denies the allegations of paragraph 8 on the basis that the allegations therein do not pertain to and are not asserted against this defendant.

       9.     Defendant lacks information sufficient to enable it to admit the allegations contained in paragraph 9, and on that basis denies them.

       10.    Defendant denies the allegations of paragraph 10 on the basis that the allegations therein do not pertain to and are not asserted against this defendant.

       11.    Defendant denies the allegations contained in paragraph 11 insofar as they concern itself. Insofar as the allegations in paragraph 11 relate to any other defendant, the allegations do not pertain to this answering defendant, and on that basis, this answering defendant denies them.

       12.    Defendant denies the allegations contained in paragraph 12 insofar as they concern itself. Insofar as the allegations in paragraph 12 relate to any other defendant, the allegations do not pertain to this answering defendant, and on that basis, this answering defendant denies them.

       13.    Defendant denies the allegations of paragraph 13 on the basis that the allegations therein do not pertain to and are not asserted against this defendant.

       14.    Defendant denies the allegations of paragraph 14 on the basis that the allegations therein do not pertain to and are not asserted against this defendant.

       15.    Defendant denies the allegations of paragraph 15 on the basis that the allegations therein do not pertain to and are not asserted against this defendant.

       16.    Defendant denies the allegations contained in paragraph 16 insofar as they concern itself.

Insofar as the allegations in paragraph 16 relate to any other defendant, the allegations do not pertain to this answering defendant, and on that basis, this answering defendant denies them.

17.     Defendant denies the allegations of paragraph 17 on the basis that the allegations therein do not pertain to and are not asserted against this defendant.

18.     Defendant denies the allegations contained in paragraph 18 insofar as they concern itself. Insofar as the allegations in paragraph 18 relate to any other defendant, the allegations do not pertain to this answering defendant, and on that basis, this answering defendant denies them.

19.     Defendant incorporates by reference each and every admission and denial contained in paragraphs 1 through 18, as though fully set forth herein.

20.     This answering defendant denies the allegations contained in paragraph 20 insofar as they relate to this answering defendant.  This answering defendant lacks sufficient information to enable it to admit the remainder of the allegations contained in paragraph 20 and therefore denies them.

21.     This answering defendant denies the allegations contained in paragraph 21 insofar as they relate to this answering defendant.  This answering defendant lacks sufficient information to enable it to admit the remainder of the allegations contained in paragraph 21 and therefore denies them.

22.     This answering defendant denies the allegations contained in paragraph 22 insofar as they relate to this answering defendant.  This answering defendant lacks sufficient information to enable it to admit the remainder of the allegations contained in paragraph 22 and therefore denies them.

23.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 23 and on that basis denies them.

24.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 24 and on that basis denies them.

25.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 25 and on that basis denies them.

26.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 26 and on that basis denies them.

27.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 27 and on that basis denies them.

28.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 28 and on that basis denies them.

29.     This answering defendant denies that plaintiff is entitled to judgment in its favor.

30.     This answering defendant incorporates by reference each and every admission and denial contained in paragraphs 1 through 29, inclusive, as though fully set forth herein.

31.     This answering defendant denies the allegations contained in paragraph 31 insofar as they relate to this answering defendant.  This answering defendant lacks sufficient information to enable it to admit the remainder of the allegations contained in paragraph 31 and therefore denies them.

32.     This answering defendant denies the allegations contained in paragraph 32 insofar as they relate to this answering defendant.  This answering defendant lacks sufficient information to enable it to admit the remainder of the allegations contained in paragraph 32 and therefore denies them.

33.     This answering defendant denies the allegations contained in paragraph 33 insofar as they relate to this answering defendant.  This answering defendant lacks sufficient information to enable it to admit the remainder of the allegations contained in paragraph 33 and therefore denies them.

34.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 34 and on that basis denies them.

35.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 35 and on that basis denies them.

36.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 36 and on that basis denies them.

37.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 37 and on that basis denies them.

38.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 38 and on that basis denies them.

39.     This answering defendant denies the allegations contained in paragraph 39 insofar as they relate to this answering defendant.  This answering defendant lacks sufficient information to enable it to admit the remainder of the allegations contained in paragraph 39 and therefore denies them.

40.     This answering defendant denies that plaintiff is entitled to judgment in its favor.

41.     This answering defendant incorporates by reference each and every admission and denial contained in paragraphs 1 through 40, inclusive, as though fully set forth herein.

42.     This answering defendant lacks information sufficient to enable it to admit or deny this request and on that basis denies them.

43.     Defendant denies the allegations of paragraph 43 on the basis that the allegations therein do not pertain to and are not asserted against this defendant.

44.     Defendant denies the allegations of paragraph 44 on the basis that the allegations therein do not pertain to and are not asserted against this defendant.

45.     Defendant denies the allegations of paragraph 45 on the basis that the allegations therein do not pertain to and are not asserted against this defendant.

46.     Defendant denies the allegations of paragraph 46 on the basis that the allegations therein do not pertain to and are not asserted against this defendant.

47.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 47 and on that basis denies them.

48.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 48 and on that basis denies them.

49.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 49 and on that basis denies them.

50.     Defendant denies the allegations contained in paragraph 50 insofar as they concern itself. Insofar as the allegations in paragraph 50 relate to any other defendant, the allegations do not pertain to this answering defendant, and on that basis, this answering defendant denies them.

51.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 51 and on that basis denies them.

52.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 52 and on that basis denies them.

53.     This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 53 and on that basis denies them.

54.     This answering defendant denies that plaintiff is entitled to judgment in its favor.

ANSWER OF DEFENDANT LEICA MICROSYSTEMS, INC.

55. This answering defendant incorporates by reference each and every admission and denial contained in paragraphs 1 through 54, inclusive, as though fully set forth herein.

56. Defendant denies the allegations contained in paragraph 56 insofar as they concern itself. Insofar as the allegations in paragraph 56 relate to any other defendant, the allegations do not pertain to this answering defendant, and on that basis, this answering defendant denies them.

57. Defendant denies the allegations contained in paragraph 57 insofar as they concern itself. Insofar as the allegations in paragraph 57 relate to any other defendant, the allegations do not pertain to this answering defendant, and on that basis, this answering defendant denies them.

58. This answering defendant denies the allegations contained in paragraph 58 insofar as they relate to itself. This answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 58 insofar as they relate to itself. To the extent that the allegations contained in paragraph 58 relate to any other defendant, they do not pertain to this answering defendant, and on that basis, this answering defendant denies them. To the extent that the allegations relate to plaintiff in any other respect, this answering defendant lacks sufficient information to enable it to admit the allegations contained in paragraph 58 and on that basis denies them.

<u>AFFIRMATIVE DEFENSES</u>

AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

The complaint fails to state a claim against this answering defendant upon which relief can be granted.

AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

This Court lacks subject matter jurisdiction.

AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiff's causes of action are barred by the applicable statutes of limitations, including, but not limited to, California Code of Civil Procedure §§337, 340, and 343. Plaintiff and/or its insured was guilty of willful misconduct and wanton and reckless behavior in and about the matters and events set forth in said complaint, and said willful misconduct and wanton and reckless behavior contributed to the injuries and damages alleged, if any there were.

1    AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

2    ALLEGES:

3         This answering defendant is entitled to a set-off of any damages recovered by plaintiff.

4    AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

5         Defendant is not liable for any acts or omissions alleged in the complaint because the complaint

6    only alleges that it is liable based on the acts or omissions of others.

7    AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

8         Plaintiff's claims are barred to the extent that it or its insured assumed the risk of any injury

9    alleged in the Complaint.

10    AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

11    ALLEGES:

12         Plaintiff's claims are barred to the extent that it or its insured was contributorily negligent.

13    AS AND FOR A EIGHTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

14    ALLEGES:

15         Plaintiff's claims are barred by the doctrine of waiver.

16    AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

17    ALLEGES:

18         Plaintiff's claims are barred by the doctrine of estoppel.

19    AS AND FOR A TENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

20    ALLEGES:

21         Plaintiff's claims are barred by the doctrine of laches.

22    AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

23    ALLEGES:

24         Plaintiff's claims are barred by the doctrine of unclean hands.

25    AS AND FOR A TWELFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

26    ALLEGES:

27         This Court lacks jurisdiction over this action because one or more of the DOE Defendants named

28    in the Complaint is a citizen or resident of the State of California.

ANSWER OF DEFENDANT LEICA MICROSYSTEMS, INC.

H:\1008\sf0485\P-ANSWER.wpd

1    AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

2    ALLEGES:

3        Plaintiff's claims are barred to the extent that it or its insured has already been compensated by

4    one or more third parties.  The third-party payor has the exclusive right to assert a claim for

5    reimbursement of those expenses and is completely subrogated to the rights of plaintiff or plaintiff's

6    insured in this respect.  The portion of plaintiff's claim that represents expenses paid by any third-party

7    payor is therefore not properly a part of plaintiff's claim and to recover these expenses, any such third-

8    party payor must be joined as a party to the action as an indispensable party.

9    AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

10    ALLEGES:

11        Plaintiff's damages, if any, are due solely and totally to the acts or omissions of others for whom

12    this defendant has no responsibility.

13    AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

14    ALLEGES:

15        The product in question was improperly used and this improper use caused the accident and

16    injuries, loss and damages complained of, if any there were.

17    AS AND FOR A SIXTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

18    ALLEGES:

19        This defendant is not liable to the extent the product in question was abused and that this abuse

20    caused the accident and injuries, loss damages complained of, if any there were.

21    AS AND FOR A SEVENTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

22    ALLEGES:

23        This defendant is not liable to the extent that the equipment or product allegedly involved in this

24    accident was altered after the particular parts made by this defendant had been manufactured and

25    assembled, thus relieving this defendant of responsibility for the consequences of such alteration.

26    AS AND FOR A EIGHTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

27    ALLEGES:

28        This defendant is not liable to the degree that the product in question was not used as intended

for its intended purpose, thus relieving this defendant from all liability which may arise from such use.

AS AND FOR A NINETEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiff's claims are barred to the extent that plaintiff or its insured was not in privity of contract with this defendant.

AS AND FOR A TWENTIETH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

The plaintiff and its insured failed to mitigate damages.

AS AND FOR A TWENTY-FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

This answering defendant lacks sufficient information to enable it to assert other affirmative defenses and expressly reserves the right to amend its answer to assert further affirmative defenses.

WHEREFORE, this answering defendant prays that the plaintiffs take nothing by way of its complaint on file herein and that defendant has judgment for its costs and attorney's fees and for such other and further relief as the Court deems proper.

Dated:  May _____, 2002.

LOW, BALL & LYNCH

By_____
STEVEN D. WERTH
STEVEN R. RUTH
Attorneys for Defendant
LEICA MICROSYSTEMS, INC.

ANSWER OF DEFENDANT LEICA MICROSYSTEMS, INC.

H:\1008\sf0485\P-ANSWER.wpd

# EXHIBIT 3

Phase 2/3 Research Lab - Myriad RBM, innovative biomarker solutions to advance your research.   From: Christopher Martin

# Bob Cowden    (3rd)

### Imaging Specialist at Leica-Microsystems

Greater San Diego Area    Medical Devices

Imaging Specialist at Leica-Microsytems at Leica Microsystems
Industry Imaging Specialist at Leica Microsystems (Danaher Corp.)

Sales Manager, The Americas at Media Cybernetics
Sales Manager, Americas at Photometrics, QImaging, Media Cybernetics
General Manager at Kronus, Inc.

California State University-Bakersfield

**201 connections**

Company Website

http://www.linkedin.com/pub/bob-cowden/11/630/a94

| Share | PDF | Print |
| --- | --- | --- |

## Experience

### Imaging Specialist at Leica-Microsytems

**Leica Microsystems**
Privately Held; 1001-5000 employees; Medical Devices industry
March 2008 – Present (4 years)

Industrial imaging specialist responsible for the North American space; engaged in selling, supporting and demonstrating leading edge imaging tools.

### Industry Imaging Specialist

**Leica Microsystems (Danaher Corp.)**
Privately Held; 1001-5000 employees; Medical Devices industry
2008 – Present (4 years)

### Sales Manager, The Americas

**Media Cybernetics**
Public Company; 51-200 employees; ROP, Computer Software industry
1998 – 2007 (9 years)

Analytical Software company

### Sales Manager, Americas

**Photometrics, QImaging, Media Cybernetics**
1998 – 2007 (9 years)

### General Manager

**Kronus, Inc.**
1996 – 1998 (2 years)

Boutique diagnostics firm specializing in autoimmune blood tests.

## Education

### California State University-Bakersfield

MS, Health Services
1977 – 1979

## Additional Information

| | |
| --- | --- |
| Websites: | • Company Website |
| Interests: | Learning something new every day; helping to grow our channel partner's businesses; enjoy tennis and raising Great Danes |
| Groups and Associations: | Microscopy professional networking group <br> **Join** |