Exhibit 2



201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Main 801.532.1234
Fax 801.536.6111
parsonsbehle.com

A Professional
Law Corporation

DANAHER CORPORATION                              Dec 14, 2012        PAGE    4
INVOICE NO.: 315497



COSTS AND DISBURSEMENTS

06/30/12  CONVERSION OF ELECTRONIC DOCUMENT                           2.70
          INTO TIFF IMAGE FOR CASE MANAGEMENT SYSTEM
          Rate=0.15  Quantity=18



201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Main 801.532.1234
Fax 801.536.6111
parsonsbehle.com

A Professional
Law Corporation

DANAHER CORPORATION                    Jan  8, 2013        PAGE    5

INVOICE NO.: 316007



COSTS AND DISBURSEMENTS

```
12/31/12  OPTICAL CHARACTER RECOGNITION                     104.80
          OF IMAGED DOCUMENTS
          Rate=0.04   Quantity=2620
12/31/12  CONVERSION OF ELECTRONIC DOCUMENT                 393.00
          INTO TIFF IMAGE FOR CASE MANAGEMENT SYSTEM
          Rate=0.15   Quantity=2620
```



201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Main 801.532.1234
Fax 801.536.6111
parsonsbehle.com

A Professional
Law Corporation



## COSTS AND DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 01/29/13 | EDD NATIVE PROCESSING | 3920.00 |
| 01/31/13 | OPTICAL CHARACTER RECOGNITION OF IMAGED DOCUMENTS<br>Rate=0.04 Quantity=4325 | 173.00 |
| 01/31/13 | ELECTRONIC BATES NUMBERING ON IMAGED DOCUMENTS<br>Rate=0.03 Quantity=4302 | 129.06 |
| 01/31/13 | CONVERSION OF ELECTRONIC DOCUMENT INTO TIFF IMAGE FOR CASE MANAGEMENT SYSTEM<br>Rate=0.15 Quantity=30576 | 4586.40 |
| 01/31/13 | DVD COPY<br>Rate=25.00 Quantity=6 | 150.00 |